IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2005 JUN 13  A 10: 00

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

| | |
|---|---|
| LISA BARNETTE, JERRY BARNETTE, SARA CRUZ, C.B. a minor, by and through his mother and next friend, Lisa Barnette,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PHENIX CITY, et al.,<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. 3:05-CV-473-B

## DEFENDANTS' ANSWER TO COMPLAINT

Come now Defendants, City of Phenix City, Alabama, Greg Lahr, Terrance, Walker, Michael Bailey, Steve Nolin, Curtis Mitchell, Louis Coreano and Warren McLaughlin and file their Answer to Plaintiffs' Complaint as follows:

1.    The Defendants would deny the allegations contained in paragraph 1 of the Plaintiffs' Complaint and would demand strict proof thereof.

2.    The Defendants would deny the allegations contained in paragraph 2 of the Plaintiffs' Complaint and would demand strict proof thereof.

3.    The Defendants would deny the allegations contained in paragraph 3 of the Plaintiffs' Complaint and would demand strict proof thereof.

4.    The Defendants would deny the allegations contained in paragraph 4 of the Plaintiffs' Complaint and would demand strict proof thereof.

5.    The Defendants would deny the allegations contained in paragraph 5 of the Plaintiffs' Complaint and would demand strict proof thereof.

6.    The Defendants would deny the allegations contained in paragraph 6 of Count One the Plaintiffs' Complaint and would demand strict proof thereof.

7.    The Defendants would deny the allegations contained in paragraph 7 of the Plaintiffs' Complaint and would demand strict proof thereof.

8.    The Defendants would deny the allegations contained in paragraph 8 of the Plaintiffs' Complaint and would demand strict proof thereof.

9.    The Defendants would deny the allegations contained in paragraph 9 of the Plaintiffs' Complaint and would demand strict proof thereof.

10.    The Defendants would deny the allegations contained in paragraph 10 of the Plaintiffs' Complaint and would demand strict proof thereof.

11.    The Defendants would deny the allegations contained in paragraph 11 of the Plaintiffs' Complaint and would demand strict proof thereof.

12.    The Defendants would deny the allegations contained in paragraph 12 of the Plaintiffs' Complaint and would demand strict proof thereof.

13.    The Defendants would deny the allegations contained in paragraph 13 of the Plaintiffs' Complaint and would demand strict proof thereof.

14.    The Defendants would deny the allegations contained in paragraph 14 of the Plaintiffs' Complaint and would demand strict proof thereof.

15.    The Defendants would deny the allegations contained in paragraph 15 of the Plaintiffs' Complaint and would demand strict proof thereof.

16.    The Defendants would deny the allegations contained in paragraph 16 of the Plaintiffs' Complaint and would demand strict proof thereof.

17.    The Defendants would deny the allegations contained in paragraph 17 of the Plaintiffs' Complaint and would demand strict proof thereof.

18.    The Defendants would deny the allegations contained in paragraph 18 of the Plaintiffs' Complaint and would demand strict proof thereof.

19.    The Defendants would deny the allegations contained in paragraph 19 of the Plaintiffs' Complaint and would demand strict proof thereof.

20.    The Defendants would deny the allegations contained in paragraph 20 of the Plaintiffs' Complaint and would demand strict proof thereof.

21.    The Defendants would deny the allegations contained in paragraph 21 of the Plaintiffs' Complaint and would demand strict proof thereof.

22.    The Defendants would deny the allegations contained in paragraph 22 of the Plaintiffs' Complaint and would demand strict proof thereof.

23.    The Defendants would deny the allegations contained in paragraph 23 of the Plaintiffs' Complaint and would demand strict proof thereof.

24.    The Defendants would deny the allegations contained in paragraph 24 of the Plaintiffs' Complaint and would demand strict proof thereof.

25.    The Defendants would deny the allegations contained in paragraph 25 of the Plaintiffs' Complaint and would demand strict proof thereof.

26.    The Defendants would deny the allegations contained in paragraph 26 of the Plaintiffs' Complaint and would demand strict proof thereof.

27.    The Defendants would deny the allegations contained in paragraph 27 of the Plaintiffs' Complaint and would demand strict proof thereof.

28.    The Defendants would deny the allegations contained in paragraph 28 of the Plaintiffs' Complaint and would demand strict proof thereof.

29.    The Defendants would deny the allegations contained in paragraph 29 of the Plaintiffs' Complaint and would demand strict proof thereof.

30.    The Defendants would deny the allegations contained in paragraph 30 of the Plaintiffs' Complaint and would demand strict proof thereof.

31.    The Defendants would deny the allegations contained in paragraph 31 of the Plaintiffs' Complaint and would demand strict proof thereof.

32.    The Defendants would deny the allegations contained in paragraph 32 of the Plaintiffs' Complaint and would demand strict proof thereof.

33. The Defendants would deny the allegations contained in paragraph 33 of the Plaintiffs' Complaint and would demand strict proof thereof.

34.    The Defendants would deny the allegations contained in paragraph 34 of the Plaintiffs' Complaint and would demand strict proof thereof.

35.    The Defendants would deny the allegations contained in paragraph 35 of the Plaintiffs' Complaint and would demand strict proof thereof.

36.    The Defendants would deny the allegations contained in paragraph 36 of the Plaintiffs' Complaint and would demand strict proof thereof.

37.    The Defendants would deny the allegations contained in paragraph 37 of the Plaintiffs' Complaint and would demand strict proof thereof.

38.    The Defendants would deny the allegations contained in paragraph 38 of the Plaintiffs' Complaint and would demand strict proof thereof.

39.  The Defendants would deny the allegations contained in paragraph 39 of the Plaintiffs' Complaint and would demand strict proof thereof.

40.  The Defendants would deny the allegations contained in paragraph 40 of the Plaintiffs' Complaint and would demand strict proof thereof.

41.  The Defendants would deny the allegations contained in paragraph 41 of the Plaintiffs' Complaint and would demand strict proof thereof.

42.  The Defendants would deny the allegations contained in paragraph 42 of the Plaintiffs' Complaint and would demand strict proof thereof.

43.  The Defendants would deny the allegations contained in paragraph 43 of the Plaintiffs' Complaint and would demand strict proof thereof.

44.  The Defendants would deny the allegations contained in paragraph 44 of the Plaintiffs' Complaint and would demand strict proof thereof.

45.  The Defendants would deny the allegations contained in paragraph 45 of the Plaintiffs' Complaint and would demand strict proof thereof.

46.  The Defendants would deny the allegations contained in paragraph 46 of the Plaintiffs' Complaint and would demand strict proof thereof.

47.  The Defendants would deny the allegations contained in paragraph 47 of the Plaintiffs' Complaint and would demand strict proof thereof.

48.  The Defendants would deny the allegations contained in paragraph 48 of the Plaintiffs' Complaint and would demand strict proof thereof.

49.  The Defendants would deny the allegations contained in paragraph 49 of the Plaintiffs' Complaint and would demand strict proof thereof.

50.     The Defendants would deny the allegations contained in paragraph 50 of the Plaintiffs' Complaint and would demand strict proof thereof.

51.     The Defendants would deny the allegations contained in paragraph 51 of the Plaintiffs' Complaint and would demand strict proof thereof.

52.     The Defendants would deny the allegations contained in paragraph 52 of the Plaintiffs' Complaint and would demand strict proof thereof.

53.     The Defendants would deny the allegations contained in paragraph 53 of the Plaintiffs' Complaint and would demand strict proof thereof.

54.     The Defendants would deny the allegations contained in paragraph 54 of the Plaintiffs' Complaint and would demand strict proof thereof.

55.     The Defendants would deny the allegations contained in paragraph 55 of the Plaintiffs' Complaint and would demand strict proof thereof.

56.     The Defendants would deny the allegations contained in paragraph 56 of the Plaintiffs' Complaint and would demand strict proof thereof.

57.     The Defendants would deny the allegations contained in paragraph 57 of the Plaintiffs' Complaint and would demand strict proof thereof.

58.     The Defendants would deny the allegations contained in paragraph 58 of the Plaintiffs' Complaint and would demand strict proof thereof.

59.     The Defendants would deny the allegations contained in paragraph 59 of the Plaintiffs' Complaint and would demand strict proof thereof.

60.     The Defendants would deny the allegations contained in paragraph 60 of the Plaintiffs' Complaint and would demand strict proof thereof.

61.    The Defendants would deny the allegations contained in paragraph 61 of the Plaintiffs' Complaint and would demand strict proof thereof.

62.    The Defendants would deny the allegations contained in paragraph 62 of the Plaintiffs' Complaint and would demand strict proof thereof.

63.    The Defendants would deny the allegations contained in paragraph 63 of the Plaintiffs' Complaint and would demand strict proof thereof.

64.    The Defendants would deny the allegations contained in paragraph 64 of the Plaintiffs' Complaint and would demand strict proof thereof.

65.    The Defendants would deny the allegations contained in paragraph 65 of the Plaintiffs' Complaint and would demand strict proof thereof.

66.    The Defendants would deny the allegations contained in paragraph 66 of the Plaintiffs' Complaint and would demand strict proof thereof.

67.    The Defendants would deny the allegations contained in paragraph 67 of the Plaintiffs' Complaint and would demand strict proof thereof.

68.    The Defendants would deny the allegations contained in paragraph 68 of the Plaintiffs' Complaint and would demand strict proof thereof.

69.    The Defendants would deny the allegations contained in paragraph 69 of the Plaintiffs' Complaint and would demand strict proof thereof.

70.    The Defendants would deny the allegations contained in paragraph 70 of the Plaintiffs' Complaint and would demand strict proof thereof.

71.    The Defendants would deny the allegations contained in paragraph 71 of the Plaintiffs' Complaint and would demand strict proof thereof.

72.    The Defendants would deny the allegations contained in paragraph 72 of the Plaintiffs' Complaint and would demand strict proof thereof.

73.    The Defendants would deny the allegations contained in paragraph 73 of the Plaintiffs' Complaint and would demand strict proof thereof.

74.    The Defendants would deny the allegations contained in paragraph 74 of the Plaintiffs' Complaint and would demand strict proof thereof.

75.    The Defendants would deny the allegations contained in paragraph 75 of the Plaintiffs' Complaint and would demand strict proof thereof.

76.    The Defendants would deny the allegations contained in paragraph 76 of the Plaintiffs' Complaint and would demand strict proof thereof.

77.    The Defendants would deny the allegations contained in paragraph 77 of the Plaintiffs' Complaint and would demand strict proof thereof.

78.    The Defendants would deny the allegations contained in paragraph 78 of the Plaintiffs' Complaint and would demand strict proof thereof.

79.    The Defendants would deny the allegations contained in paragraph 79 of the Plaintiffs' Complaint and would demand strict proof thereof.

80.    The Defendants would deny the allegations contained in paragraph 80 of the Plaintiffs' Complaint and would demand strict proof thereof.

81.    The Defendants would deny the allegations contained in paragraph 81 of the Plaintiffs' Complaint and would demand strict proof thereof.

82.    The Defendants would deny the allegations contained in paragraph 82 of the Plaintiffs' Complaint and would demand strict proof thereof.

83.   The Defendants would deny the allegations contained in paragraph 83 of the Plaintiffs' Complaint and would demand strict proof thereof.

84.   The Defendants would deny the allegations contained in paragraph 84 of the Plaintiffs' Complaint and would demand strict proof thereof.

85.   The Defendants would deny the allegations contained in paragraph 85 of the Plaintiffs' Complaint and would demand strict proof thereof.

86.   The Defendants would deny the allegations contained in paragraph 86 of the Plaintiffs' Complaint and would demand strict proof thereof.

87.   The Defendants would deny the allegations contained in paragraph 87 of the Plaintiffs' Complaint and would demand strict proof thereof.

88.   The Defendants would deny the allegations contained in paragraph 88 of the Plaintiffs' Complaint and would demand strict proof thereof.

89.   The Defendants would deny the allegations contained in paragraph 89 of the Plaintiffs' Complaint and would demand strict proof thereof.

90.   The Defendants would deny the allegations contained in paragraph 90 of the Plaintiffs' Complaint and would demand strict proof thereof.

91.   The Defendants would deny the allegations contained in paragraph 91 of the Plaintiffs' Complaint and would demand strict proof thereof.

92.   The Defendants would deny the allegations contained in paragraph 92 of the Plaintiffs' Complaint and would demand strict proof thereof.

93.   The Defendants would deny the allegations contained in paragraph 93 of the Plaintiffs' Complaint and would demand strict proof thereof.

94.    The Defendants would deny the allegations contained in paragraph 94 of the Plaintiffs' Complaint and would demand strict proof thereof.

95.    The Defendants would deny the allegations contained in paragraph 95 of the Plaintiffs' Complaint and would demand strict proof thereof.

96.    The Defendants would deny the allegations contained in paragraph 96 of the Plaintiffs' Complaint and would demand strict proof thereof.

97.    The Defendants would deny the allegations contained in paragraph 97 of the Plaintiffs' Complaint and would demand strict proof thereof.

98.    The Defendants would deny the allegations contained in paragraph 98 of the Plaintiffs' Complaint and would demand strict proof thereof.

99.    The Defendants would deny the allegations contained in paragraph 99 of the Plaintiffs' Complaint and would demand strict proof thereof.

100.  The Defendants would deny the allegations contained in paragraph 100 of the Plaintiffs' Complaint and would demand strict proof thereof.

101.  The Defendants would deny the allegations contained in paragraph 101 of the Plaintiffs' Complaint and would demand strict proof thereof.

102.  The Defendants would deny the allegations contained in paragraph 102 of the Plaintiffs' Complaint and would demand strict proof thereof.

103.  The Defendants would deny the allegations contained in paragraph 103 of the Plaintiffs' Complaint and would demand strict proof thereof.

104.  The Defendants would deny the allegations contained in paragraph 104 of the Plaintiffs' Complaint and would demand strict proof thereof.

105. The Defendants would deny the allegations contained in paragraph 105 of the Plaintiffs' Complaint and would demand strict proof thereof.

106. The Defendants would deny the allegations contained in paragraph 106 of Count One the Plaintiffs' Complaint and would demand strict proof thereof.

107. The Defendants would deny the allegations contained in paragraph 107 of the Plaintiffs' Complaint and would demand strict proof thereof.

108. The Defendants would deny the allegations contained in paragraph 108 of the Plaintiffs' Complaint and would demand strict proof thereof.

109. The Defendants would deny the allegations contained in paragraph 109 of the Plaintiffs' Complaint and would demand strict proof thereof.

110. The Defendants would deny the allegations contained in paragraph 110 of the Plaintiffs' Complaint and would demand strict proof thereof.

111. The Defendants would deny the allegations contained in paragraph 111 of the Plaintiffs' Complaint and would demand strict proof thereof.

112. The Defendants would deny the allegations contained in paragraph 112 of the Plaintiffs' Complaint and would demand strict proof thereof.

113. The Defendants would deny the allegations contained in paragraph 113 of the Plaintiffs' Complaint and would demand strict proof thereof.

114. The Defendants would deny the allegations contained in paragraph 114 of the Plaintiffs' Complaint and would demand strict proof thereof.

115. The Defendants would deny the allegations contained in paragraph 115 of the Plaintiffs' Complaint and would demand strict proof thereof.

116. The Defendants would deny the allegations contained in paragraph 116 of the Plaintiffs' Complaint and would demand strict proof thereof.

117. The Defendants would deny the allegations contained in paragraph 117 of the Plaintiffs' Complaint and would demand strict proof thereof.

118. The Defendants would deny the allegations contained in paragraph 118 of the Plaintiffs' Complaint and would demand strict proof thereof.

119. The Defendants would deny the allegations contained in paragraph 119 of the Plaintiffs' Complaint and would demand strict proof thereof.

120. The Defendants would deny the allegations contained in paragraph 120 of the Plaintiffs' Complaint and would demand strict proof thereof.

121. The Defendants would deny the allegations contained in paragraph 121 of the Plaintiffs' Complaint and would demand strict proof thereof.

122. The Defendants would deny the allegations contained in paragraph 122 of the Plaintiffs' Complaint and would demand strict proof thereof.

123. The Defendants would deny the allegations contained in paragraph 123 of the Plaintiffs' Complaint and would demand strict proof thereof.

124. The Defendants would deny the allegations contained in paragraph 124 of the Plaintiffs' Complaint and would demand strict proof thereof.

125. The Defendants would deny the allegations contained in paragraph 125 of the Plaintiffs' Complaint and would demand strict proof thereof.

126. The Defendants would deny the allegations contained in paragraph 126 of the Plaintiffs' Complaint and would demand strict proof thereof.

127. The Defendants would deny the allegations contained in paragraph 127 of the Plaintiffs' Complaint and would demand strict proof thereof.

128. The Defendants would deny the allegations contained in paragraph 128 of the Plaintiffs' Complaint and would demand strict proof thereof.

129. The Defendants would deny the allegations contained in paragraph 129 of the Plaintiffs' Complaint and would demand strict proof thereof.

130. The Defendants would deny the allegations contained in paragraph 130 of the Plaintiffs' Complaint and would demand strict proof thereof.

131. The Defendants would deny the allegations contained in paragraph 131 of the Plaintiffs' Complaint and would demand strict proof thereof.

132. The Defendants would deny the allegations contained in paragraph 132 of the Plaintiffs' Complaint and would demand strict proof thereof.

133. The Defendants would deny the allegations contained in paragraph 133 of the Plaintiffs' Complaint and would demand strict proof thereof.

134. The Defendants would deny the allegations contained in paragraph 134 of the Plaintiffs' Complaint and would demand strict proof thereof.

135. The Defendants would deny the allegations contained in paragraph 135 of the Plaintiffs' Complaint and would demand strict proof thereof.

136. The Defendants would deny the allegations contained in paragraph 136 of the Plaintiffs' Complaint and would demand strict proof thereof.

137. The Defendants would deny the allegations contained in paragraph 137 of the Plaintiffs' Complaint and would demand strict proof thereof.

138.  The Defendants would deny the allegations contained in paragraph 138 of the Plaintiffs' Complaint and would demand strict proof thereof.

139.  The Defendants would deny the allegations contained in paragraph 139 of the Plaintiffs' Complaint and would demand strict proof thereof.

140.  The Defendants would deny the allegations contained in paragraph 140 of the Plaintiffs' Complaint and would demand strict proof thereof.

141.  The Defendants would deny the allegations contained in paragraph 141 of the Plaintiffs' Complaint and would demand strict proof thereof.

142.  The Defendants would deny the allegations contained in paragraph 142 of the Plaintiffs' Complaint and would demand strict proof thereof.

143.  The Defendants would deny the allegations contained in paragraph 143 of the Plaintiffs' Complaint and would demand strict proof thereof.

144.  The Defendants would deny the allegations contained in paragraph 144 of the Plaintiffs' Complaint and would demand strict proof thereof.

145.  The Defendants would deny the allegations contained in paragraph 145 of the Plaintiffs' Complaint and would demand strict proof thereof.

146.  The Defendants would deny the allegations contained in paragraph 146 of the Plaintiffs' Complaint and would demand strict proof thereof.

147.  The Defendants would deny the allegations contained in paragraph 147 of the Plaintiffs' Complaint and would demand strict proof thereof.

148.  The Defendants would deny the allegations contained in paragraph 148 of the Plaintiffs' Complaint and would demand strict proof thereof.

149.  The Defendants would deny the allegations contained in paragraph 149 of the Plaintiffs' Complaint and would demand strict proof thereof.

## FIRST AFFIRMATIVE DEFENSE

Defendants aver that any damages or loss sustained by Plaintiff was not proximately caused by Defendants.

## SECOND AFFIRMATIVE DEFENSE

Defendants are not guilty of contributory negligence.

## ADDITIONAL DEFENSES

1.    These Defendants deny the allegations of the Complaint and demand strict proof of same.

2.    These Defendants plead the general issue.

3.    These Defendants aver that the Complaint fails to state a cause of action entitling Plaintiff to relief.

4.    Each Defendant, separately and severally, pleads insufficiency of process, insufficiency of service of process and improper service.

5.    These Defendants plead statute of limitations.

6.    These Defendants committed no act or omission nor did they breach any duty that caused or contributed in any manner to the injuries and damages complained of by the Plaintiff.

7.    Defendants deny that they have acted in any negligent or wanton manner that caused or contributed to Plaintiffs' alleged damages.

8.    These Defendants allege that the Plaintiff suffered damages which were not within their control to either cause or prevent.

9.      These Defendants deny any proximate cause between any of their alleged acts or omissions and any damages suffered by the Plaintiff.

10.     These Defendants aver that the damages suffered by the Plaintiff were caused by an efficient intervening cause which would insulate these Defendants from liability.

11.     These Defendants deny that any act committed or done was the proximate cause of the damages suffered by the Plaintiff.

12.     The award of punitive damages claimed by the Plaintiff violates Article 1, Section 10[1] and/or the Fourth, Fifth, Sixth, Eighth and/or Fourteenth Amendments to the Constitution of the United States and Article 1, Section 6 and other provisions of the Constitution of Alabama on the following separate and several grounds:

a.      That civil procedures pursuant to which punitive damages are awarded may result wrongfully in a punishment by a punitive damages award after the fact.

b.      That civil procedures pursuant to which punitive damages are awarded may result in the award of joint and several judgments against multiple Defendants for different alleged acts of wrongdoing.

c.      That civil procedures pursuant to which punitive damages are awarded fail to provide means for awarding separate judgment against alleged joint tort-feasors.

d.      That civil procedures pursuant to which punitive damages are awarded fail to provide a limit on the amount of the award against Defendants.

e.     That civil procedures to which punitive damages are awarded fail to provide specific standards for the amount of the award of punitive damages.

f.     That civil procedures pursuant to which punitive damages are awarded fail to provide specific standards for the award of punitive damages.

g.     That civil procedures pursuant to which punitive damages are awarded permit the award of punitive damages upon satisfaction of the standard of proof less than that applicable to the imposition of criminal sanctions.

h.     That civil procedures pursuant to which punitive damages are awarded permit multiple awards of punitive damages for the same alleged act.

i.     That civil procedures pursuant to which punitive damages are awarded fail to provide clear consistent appellate standard of review of an award of punitive damages.

j.     That civil procedure pursuant to which punitive damages are awarded permit the admission of evidence relative to the punitive damages in the same proceeding during which liability and compensatory damages are determined.

k.     That standard of conduct upon which punitive damages are awarded is vague.

l.     That civil procedures pursuant to which punitive damages are awarded would permit the imposition of excessive fines.

m.    That civil procedures pursuant to which punitive damages are awarded permit the award of punitive damages upon satisfaction of a standard of proof which is not heightened in relation to the standard of proof for ordinary civil cases.

n.    The civil procedures pursuant to which punitive damages are awarded permit the imposition of arbitrary, capricious and oppressive penalties.

o.    That civil procedures pursuant to which punitive damages are awarded fail to limit the discretion of the jury and the award of punitive damages.

13.    These Defendants aver that the demand for punitive damages in the instant case is subject to those limitations established by the Alabama legislature and set forth at Alabama Code Section 6-11-21 (Repl. Vol. 1993).

14.    The Alabama Supreme Court's action in abolishing the legislatively created cap on punitive damages was unconstitutional and without effect.

15.    Under the Constitution of the United States and the State of Alabama, the Alabama Supreme Curt cannot abolish the cap created by the legislature on punitive damages through judicial decision.  See Honda Motor Company, Ltd. V. Oberg, 114 S.Ct. 2331 (1994).

16.    To the extent that Plaintiffs' demand for punitive damages may result in multiple punitive damages awards to be assessed for the same act or omission against the Defendants, this award contravenes the Defendant's right to due process under the Fourteenth Amendment of the United States Constitution and the Due Process Clause of Article 1, Section 13 of the Alabama

Constitution. In addition, such an award would infringe upon the Defendant's right against double jeopardy insured by the Fifth Amendment of the United States Constitution and/or Article 1, Section 9 of the Alabama Constitution.

17.    With respect to the Plaintiffs' demand for punitive damages, the Defendant specifically incorporates by reference any and all standards or limitations regarding the determination and/or enforceability of punitive damage awards that may be articulated in the decision of BMW North American, Inc. v. Gore, 517 U.S. 559, S. Ct. 1589, 134L.Ed.2s 809(1996).

18.    These Defendants contend that Plaintiff is not entitled to an award of punitive damages, and that an award of punitive damages against these Defendants, on the facts of this case, would be contrary to the Constitution of the State of Alabama and the Constitution of the United States. Further, any award of punitive damages to the Plaintiff is limited to the standards set out in BMW North American, Inc. v. Gore, 517 U.S. 559, S. Ct. 1589, 134L.Ed.2s 809(1996).

19.    The Alabama system and structure for punitive damage awards, together with the claims for punitive damages sought by the Plaintiff in this lawsuit, constitutes a violation of the Due Process Clause of the Constitution of the United States, under authority BMW North American, Inc. v. Gore, 517 U.S. 559, S. Ct. 1589, 134L.Ed.2s 809(1996). The allegations made by the Plaintiff in this action, and the Plaintiffs' claims for punitive damages generally, and under the Alabama system specifically, constitute inadequate notice to Defendants as to deprive Defendants of due process of law.

20.    These Defendants aver that any award of punitive damages in this case would violate the Due Process Clause, Equal Protection Clause and other provisions of the United States Constitution including, but not limited to, as follows:

(a)    Due Process Clause – Fourteenth Amendment to the Constitution of the United States:   Punitive damages are vague and not rationally related to legitimate governmental interests.

(b)    Sixth Amendment to the Constitution of the United States: Punitive damages are penal in nature and consequently, Defendants are entitled to the same procedural safeguards accorded to criminal Defendants.

(c)    Self-Incrimination Clause – Fifth Amendment to the Constitution of the United States: It violates the right against self-incrimination to impose punitive damages against the Defendants that are penal in nature, yet compel Defendants to disclose potentially incriminating documents and evidence.

(d)    Excessive Fines Clause – Eight Amendment to the Constitution of the United States: In the event that any portion of a punitive damages award against Defendants were to inure to the benefit of any state, governmental or private entity other than the Plaintiff, such an award would violate the excessive fines clause of the Eighth Amendment to the Constitution.

21.    Defendants plead the statutory cap applicable to any award of punitive damages.

22.    Defendants plead all other affirmative defenses in bar or abatement of the claims asserted against each in the Complaint.

JAMES P. GRAHAM, JR. (GRA-030)
712 13th Street
P.O. Box 3380
Phenix City, Alabama 36867
(334) 291-0315

JAMES R. MCKOON (GRA-020)
925 Broad Street
P.O. Box 3220
Phenix City, Alabama 36867
(334) 297-2300

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon

**Jay Lewis, Esq.** and **K. Anderson Nelms, Esq.** by placing a copy of the same in

the United States Mail, postage prepared and attached, addressed to their last

known address as follows:

Jay Lewis, Esq.
K. Anderson Nelms, Esq.
P.O. Box 5059
Montgomery, Alabama  36103

This the _10th_ day of June, 2005.

Of Counsel