**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 17, 2005

# NOTICE OF REASSIGNMENT

Re:  Lisa Barnette, et al. v. City of Phenix City, Inc.
     Civil Action No. 3:05cv473-B

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 3:05cv473-T. This new case number should be used on all future correspondence and pleadings in this action.