IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, JERRY BARNETTE, SARA CRUZ, C.B. a minor, by and through his mother and next friend, Lisa Barnette,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PHENIX CITY, et al.,<br><br>Defendants, | CASE NO. 3:05-CV-473 |

## DEFENDANTS' AMENDED ANSWER TO COMPLAINT

Come now Defendants, City of Phenix City, Alabama, Greg Lahr, Terrance, Walker, Michael Bailey, Steve Nolin, Curtis Mitchell, Louis Coreano, Jared Barr and Warren McLaughlin and file their Amended Answer to Plaintiffs' Complaint as follows:

1. Defendant's hereby amended their answers to paragraphs 1 through 7 by admitting the allegations contained in said paragraphs in Plaintiff's Complaint.

JAMES P. GRAHAM, JR. (GRA-030)
712 13th Street
P.O. Box 3380
Phenix City, Alabama 36867
(334) 291-0315

/s/ James R. McKoon
_____
**JAMES R. MCKOON** (GRA-020)
925 Broad Street
P.O. Box 3220
Phenix City, Alabama 36867
(334) 297-2300

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon **Jay Lewis, Esq.** and **K. Anderson Nelms, Esq.** by placing a copy of the same in the United States Mail, postage prepared and attached, addressed to their last known address as follows:

Jay Lewis, Esq.
K. Anderson Nelms, Esq.
P.O. Box 5059
Montgomery, Alabama 36103

This the _16th_ day of June, 2005.

_____
Of Counsel