IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:05-cv-00473-DRB |
| PHENIX CITY, ALABAMA, et al., | ) |
| Defendants. | ) |

### DEFENDANTS GROVER GOODRICH AND HEATH TAYLOR'S MOTION TO DISMISS

COME NOW Grover Goodrich, Deputy Sheriff for the Russell County Sheriff's Department, and Heath Taylor, Deputy Sheriff for the Russell County Sheriff's Department, Defendants in the above-styled cause, and move this Honorable Court to dismiss the Plaintiffs' Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as the Plaintiffs' Complaint, separately and severally, fails to state a claim against these Defendants for which relief may be granted. As grounds for so moving, Defendants state as follows:

1. Plaintiffs' claims against Deputy Goodrich and Deputy Taylor, in their official capacities, are in essence a suit against the State of Alabama and due to be dismissed.

   a. Plaintiffs' claims under 42 U.S.C. § 1983 against Deputy Goodrich and Deputy Taylor, in their official capacities as deputy sheriffs of Russell County, Alabama, are barred by the Eleventh Amendment to the United States Constitution as such would be a claim against the State of Alabama.

b. Deputy Goodrich and Deputy Taylor, as sued in their official capacities as deputy sheriffs of Russell County, Alabama, are not "persons" within the meaning of 42 U.S.C. § 1983.

2. The Defendants are entitled to qualified immunity because the Complaint is premised upon vague and conclusory allegations.

3. The Plaintiffs' Fifth Amendment claims are due to be dismissed because the Fifth Amendment applies to the federal government.

4. The Plaintiffs' Fourteenth Amendment substantive and procedural due process claims are due to be dismissed as a matter of law because the allegations are governed by the Fourth Amendment.

5. The Plaintiffs' conspiracy claims are due to be dismissed because they do not allege sufficient facts for such a claim.

6. All claims for injunctive relief are due to be dismissed due to lack of standing.

7. All claims for declaratory judgment are due to be dismissed because there has not been a violation of the Plaintiffs' constitutional rights.

8. Plaintiffs' state law claims against Deputy Goodrich and Deputy Taylor, in their individual capacities, are due to be dismissed.

a. Deputy Goodrich and Deputy Taylor are entitled to absolute sovereign immunity.

b. The Eleventh Amendment bars jurisdiction over the Plaintiffs' state law claims.

WHEREFORE, PREMISES CONSIDERED, Defendants Deputy Grover Goodrich and Deputy Heath Taylor, respectfully request that this Honorable Court grant their Motion to

Dismiss and grant unto them such other, further, and different relief to which they may be entitled, including attorney's fees and costs in this matter.

Respectfully submitted this 20th day of June, 2005.

> **s/C. Richard Hill, Jr.**
> KENDRICK E. WEBB – Bar No. WEB022
> C. RICHARD HILL, JR. – Bar No. HIL045
> Attorneys for Defendants Heath Taylor
> and Grover Goodrich
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June 20, 2005**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay Lewis, Esq., Keith A. Nelms, Esq., James P. Graham, Jr., Esq., and James R. McKoon, Jr., Esq.**

> **s/C. Richard Hill, Jr.**
> Of Counsel