## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil Action No.  3:05-cv-00473-DRB |
| | ) | |
| CITY OF PHENIX CITY, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ANSWER OF DEFENDANTS GROVER GOODRICH AND HEATH TAYLOR

COME NOW Grover Goodrich, Deputy Sheriff of Russell County, Alabama, and Heath Taylor, Deputy Sheriff of Russell County, Defendants in the above-styled cause, and, subject to their contemporaneously filed Motion for Partial Dismissal, answer the Plaintiff's Complaint as follows:

### JURISDICTION AND VENUE

1.    To the extent individual capacity claims are alleged, Defendants Goodrich and Taylor admit that this Court has jurisdiction over the Plaintiff's federal claims against Defendants pursuant to 28 U.S.C. § 1331.  All other averments as to Jurisdiction, capacities and claims are denied.

2.    Denied.

### PARTIES

3.    Upon information and belief, admitted.

4.    Upon information and belief, admitted.

5.    Upon information and belief, admitted.

6.    Upon information and belief, admitted.

7.    Upon information and belief, admitted.

8.    Denied.

9.    Denied.

10.    Denied.

11.    Denied.

12.    Denied.

13.    Denied.

14.    Denied.

15.    Denied.

16.    Denied.

17.    Denied.

18.    This paragraph does not appear to require a response from these Defendants. However, to the extent the allegations and inferences therein can be construed as imposing liability on these Defendants, the same are denied.

<u>NATURE OF PROCEEDINGS</u>

19.    This paragraph does not appear to require a response from these Defendants. However, to the extent the allegations and inferences therein can be construed as imposing liability on these Defendants, the same are denied.

<u>FACTS</u>

20.    This paragraph does not appear to require a response from these Defendants. However, to the extent the allegations and inferences therein can be construed as imposing liability on these Defendants, the same are denied.

21.    Denied.

22.     Denied.

23.     Denied.

24.     Denied.

25.     Denied.

26.     Denied.

27.     Denied.

28.     Denied.

29.     Denied.

30.     Denied.

31.     Denied.

32.     Denied.

33.     Denied.

34.     Denied.

35.     Admitted.

36.     Admitted.

37.     Denied.

38.     Denied.

39.     Denied.

40.     Denied.

41.     Denied.

42.     Denied.

43.     Denied.

44.     Denied.

45.     Denied.

46.     Denied.

47.     Denied.

48.     Denied.

49.     Denied.

50.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

51.     Denied.

52.     Denied.

53.     Denied.

54.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

55.     Denied.

56.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

57.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and

inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

58.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

59.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

60.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

61.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

62.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

## CAUSES OF ACTION

63.      This paragraph does not appear to require further response from these Defendants.

## COUNT I – UNLAWFUL ENTRY

64.      This allegation contained in this paragraph appears to be a statement of law that requires no response from this Defendant.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

65.      This allegation contained in this paragraph appears to be a statement of law that requires no response from this Defendant.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

66.      This allegation contained in this paragraph appears to be a statement of law that requires no response from this Defendant.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

67.      This allegation contained in this paragraph appears to be a statement of law that requires no response from this Defendant.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

68.      This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

69.      Denied.

70.      This allegation contained in this paragraph appears to be a statement of law that requires no response from this Defendant.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

71.    This allegation contained in this paragraph appears to be a statement of law that requires no response from this Defendant.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

72.    This paragraph does not appear to require a response from this Defendant.  However, to the extent the allegations and inferences therein can be construed as imposing liability on these Defendants, the same are denied.

73.    Denied.

## COUNT II – UNLAWFUL SEARCH AND SEIZURE

74.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

75.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

76.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

77.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and

inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

78. This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants. However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

79. This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants. However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

80. This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants. However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

81. This paragraph does not appear to require a response from this Defendant. However, to the extent the allegations and inferences therein can be construed as imposing liability on these Defendants, the same are denied.

82. This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants. However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on this Defendant, the same are denied.

## COUNT III – UNLAWFUL TAKING

83.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

84.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

85.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

86.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

87.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

88.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and

inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

89.    Denied.

## COUNT IV – EXCESSIVE FORCE

90.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

91.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

92.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

93.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

94.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and

inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

95.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

96.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

97.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

98.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

99.     This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

100.   This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

101.   This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

102.   Denied.

## COUNT V – CONSPIRACY TO VIOLATE CIVIL RIGHTS

103.   This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

104.   This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

105.   This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

106.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

107.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

108.    Denied.

## COUNT VI – NEGLECT TO PREVENT VIOLATION OF CIVIL RIGHTS

109.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

110.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

111.    Denied.

112.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

## COUNT VII -- TRESPASS

113.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

114.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

115.    Denied.

116.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

117.    Denied.

118.    Denied.

119.    Denied.

## COUNT VIII – ASSAULT AND BATTERY

120.    Denied.

121.    Denied.

122.    Denied.

123.    Denied.

## <u>COUNT IX – INVASION OF PRIVACY</u>

124.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

125.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

126.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

127.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

128.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.   However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

129.    Denied.

## COUNT X – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

130.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.    However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

131.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.    However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

132.    Denied.

133.    Denied.

134.    Denied.

135.    Denied.

## COUNT XI – CONVERSION AND/OR INTERMEDDLING WITH CHATTELS

136.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.    However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

137.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.    However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

138.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

139.    This allegation contained in this paragraph appears to be a statement of law that requires no response from these Defendants.  However, to the extent the allegations and inferences in this paragraph can be construed as imposing liability on these Defendants, the same are denied.

### COUNT XII – NEGLECTFULNESS, UNSKILLFULSNESS OR CARELESSNESS

140.    This paragraph doe not appear to require a response from these Defendants. However, to the extent the allegations and inferences therein can be construed as imposing liability on these Defendants, the same are denied.

141.    This paragraph doe not appear to require a response from these Defendants. However, to the extent the allegations and inferences therein can be construed as imposing liability on these Defendants, the same are denied.

142.    This paragraph doe not appear to require a response from these Defendants. However, to the extent the allegations and inferences therein can be construed as imposing liability on these Defendants, the same are denied.

### COUNT XIII – FALSE ARREST, FALSE IMPRISONMENT

143.    Denied.

144.    Denied.

145.    Denied.

146.    Denied.

147.    Denied.

148.    Denied.

149.    Denied.

## PRAYER FOR RELIEF

Defendants deny that the Plaintiffs are entitled to any relief requested in their Complaint.

## <u>AFFIRMATIVE DEFENSES</u>

1.    The Complaint fails to state a claim against these Defendants upon which relief may be granted.

2.    In their individual capacities, Defendants Goodrich and Taylor are entitled to qualified immunity from the Plaintiffs' federal claims.

3.    Defendants Goodrich and Taylor are entitled to absolute sovereign immunity from the Plaintiffs' state law claims pursuant to Art. I, § 14 of the Alabama Constitution of 1901.

4.    The Plaintiffs' deceased was contributorily negligent.

5.    The Plaintiffs' deceased assumed the risk by, *inter alia*, resisting arrest and assaulting police officers/sheriff's deputies.

6.    Defendants plead the defense of "defense of others."

7.    Defendants plead superceding intervening causation.

8.    Plaintiffs lack standing to assert a personal claim for damages resulting from the alleged deprivation of another's rights.

9.    The Eleventh Amendment to the United States Constitution deprives this Court of jurisdiction to hear the Plaintiffs' state law claims.

10.    The Eleventh Amendment to the United States Constitution deprives this Court of jurisdiction to hear the Plaintiffs' federal claims.

11.     Defendants reserve the right to amend this Answer to add additional affirmative defenses as discovery progresses.

Respectfully submitted this 20th day of June, 2005.

> **s/C. Richard Hill, Jr.**
> KENDRICK E. WEBB Bar No.  WEB022
> C. RICHARD HILL, JR. Bar No. HIL045
>
> Attorneys for Defendants Heath Taylor and Grover Goodrich
>
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June 20, 2005**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay Lewis, Esq., Keith Anderson Nelms, Esq., James Paul Graham, Jr., Esq., and James Robert McKoon, Jr., Esq.**

> **s/C. Richard Hill, Jr.**
> OF COUNSEL