IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al.,           )<br>                                  )<br>    Plaintiffs,                  )<br>                                  )<br>    v.                            )<br>                                  )<br>CITY OF PHENIX CITY,              )<br>et al.,                          )<br>                                  )<br>    Defendants.                   ) | CIVIL ACTION NO.<br>   3:05cv473-T |

ORDER

It is ORDERED that defendants' motion to dismiss (Doc. No. 11) is set for submission, without oral argument, on July 18, 2005, with all briefs due by said date.

DONE, this the 21st day of June, 2005.

                                                        __/s/ Myron H. Thompson__
                                               UNITED STATES DISTRICT JUDGE