IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LISA BARNETTE, et al.,** * | |
| Plaintiffs, * | |
| * | |
| v. * | Civil Case No. 3:05-cv-473-T |
| * | |
| **CITY OF PHENIX CITY, et al.** * | |
| Defendants. * | |

### REPORT OF PARTIES' PLANNING MEETING

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone on July 15, 2005, among the following participants:

   Jay Lewis
   Law Offices of Jay Lewis, LLC
   Attorney for Plaintiffs

   C. Richard Hill, Jr.
   Webb & Eley, P.C.
   Attorney for Defendants Goodrich and Taylor

   James P. Graham, Jr.
   The Graham Legal Firm
   Attorney for Defendants City of Phenix City and Phenix City police officers

   James R. McKoon
   McKoon & Thomas
   Attorney for Defendants City of Phenix City and Phenix City police officers

2. **Pre-Discovery Disclosures.** The parties will exchange by August 2, 2005 the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the following subjects:

        1.  All information pertaining to Plaintiff's claims and damages.

        2.  All information pertaining to Defendants' defenses.

    b.    All discovery commenced in time to be completed by March 31, 2006.

    c.    There will be a maximum of 25 interrogatories by each party to any other party. The responses will be due 30 days after service.

    d.    There will be a maximum of 30 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

    e.    There will be a maximum of 25 requests for admission by each party to any other party. Responses will be due 30 days after service.

    f.    The parties agree that no more than 12 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.    Reports from retained experts under Rule 26(a)(2) will be due from Plaintiffs by December 1, 2005, and from Defendants by January 2, 2006.

    h.    Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

4. **Other items.**

    a.    **Scheduling Conference**
The parties do not request a conference with the court before entry of the scheduling order.

    b.    **Pretrial Conference**
The parties request a pretrial conference in May, 2006.

    c.    **Additional Parties, Claims and Defenses**
The parties must join additional parties and amend the pleadings by December 15, 2005.

    d.    **Dispositive Motions**
All potentially dispositive motions should be filed by February 28, 2006.

    e.    **Settlement**
Settlement and the possibility of mediation cannot be evaluated until some discovery is complete.

    f.    **Trial Evidence**

The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

g. **Trial Date**

This case should be ready for trial by July 10, 2006, and at this time is expected to take approximately 3 days of trial time.

Date: July 18, 2005

/s/ JAY LEWIS
Jay Lewis
Attorney for Plaintiff
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

/s/ C. RICHARD HILL, JR.
C. Richard Hill, Jr.
Attorney for Defendants Goodrich, Taylor
Webb & Eley, P.C.
P.O. Box 240909
Montgomery, Alabama 36124
334-262-1850 (voice)
334-2621889 (fax)
rhill@webbeley.com
ASB- HIL045

/s/ JAMES R. McKOON
James R. McKoon
McKoon & Taylor
P.O. Box 3220
Phenix City, Alabama 36867
334-297-2300 (voice)
334-297-2777(fax)
jrmckoon@aol.com
ASB-3005-O78J

/s/ KENDRICK E. WEBB
Kendrick E. Webb
Attorney for Defendants Goodrich, Taylor
Webb & Eley, P.C.
P.O. Box 240909
Montgomery, Alabama 36124
334-262-1850 (voice)
334-2621889 (fax)
rhill@webbeley.com
ASB- WEB022

/s/ JAMES P. GRAHAM, JR.
James P. Graham, Jr.
Attorney for Defendants City of Phenix City
and Phenix City police officers
P.O. Box 3380
Phenix City, Alabama 36867
334-291-0315 (voice)
334-291-9136 (fax)
Manager@grahamlegal.org
ASB-GRA030