IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-00473- |
| ) | WKW-DRB |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of the parties' Joint Motion for Continuance of Deadlines (Doc. # 19), and for good cause shown, it is ORDERED that the motion is GRANTED. The Uniform Scheduling Order (Doc. # 17) entered on August 1, 2005, is AMENDED to reflect the following continuances: jury trial in this case is continued to December 4, 2006; final pretrial conference is continued to October 30, 2006; and discovery deadline is continued to July 30, 2006. All other deadlines in this case are tied to these exact dates.

DONE the 9th day of February, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE