IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al.,           ) | |
| )| |
| Plaintiffs,           ) | |
| ) | |
| v.           ) | Civil Action No.  3:05-cv-00473-WKW-DRB |
| ) | |
| PHENIX CITY, ALABAMA, et al.,           ) | |
| ) | |
| Defendants.           ) | |

### JOINT MOTION FOR EXTENSION OF TIME OF ALL DEADLINES

COME NOW the parties to the above styled cause and move this honorable Court for an extension of time of thirty (30) days for all deadlines in this matter.  As reasons for so moving, the parties state as follows:

1. All parties in this matter have been diligently working to complete discovery. However, due to conflicting schedules of the parties' counsel including, among other things, trials set in other matters, discovery cannot be completed by the date set by the Court.

2. No party to this action will be prejudiced by an extension of the deadlines in this matter.

3. Counsel for Co-Defendant Phenix City, Alabama, Officer Lahr, Officer Bailey, Officer Nolin, Officer Mitchell, Officer Coreano, Officer McLaughlin and Officer Barr, and counsel for the Plaintiffs, have reviewed this Motion and given counsel for Defendants Grover Goodrich and Heath Taylor permission to submit their electronic signature to the Court below.

WHEREFORE, the parties respectfully request an extension of thirty (30) days for all deadlines, including, but not limited to, discovery, submission of dispositive motions, and trial.

1

Respectfully submitted this 14th day of July, 2006.

**s/C. Richard Hill, Jr.**
KENDRICK E. WEBB – Bar No. WEB022
C. RICHARD HILL, JR. – Bar No. HIL045
Attorneys for Defendants Heath Taylor
and Grover Goodrich
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: rhill@webbeley.com

**s/Keith Anderson Nelms**
JAY LEWIS – Bar No. LEW031
KEITH ANDERSON NELMS – Bar No. NEL022
Attorneys for Plaintiffs
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, Alabama 36103-5059
Telephone: 334-263-7733
Fax: 334-832-4390
andynelms@jaylewislaw.com

**s/James Paul Graham, Jr.**
JAMES PAUL GRAHAM, JR. – Bar No. GRA030
Attorney for Defendants City of Phenix City, Officer Lahr, Officer Walker, Officer Bailey, Officer Nolin, Officer Mithchell, Officer Coreano, Officer McLaughlin, and Officer Barr
The Graham Legal Firm
P.O. Box 3380
Phenix City, Alabama 36868-3380
Telephone: 334-291-0315
Fax: 334-291-9136
manager@grahamlegal.org

**s/James Robert McKoon, Jr.**
JAMES ROBERT MCKOON, JR.

Attorney for Defendants City of Phenix City, Officer Lahr, Officer Walker, Officer Bailey, Officer Nolin, Officer Mithchell, Officer Coreano, Officer McLaughlin, and Officer Barr
MCKOON & THOMAS
P.O. Box 3220
Phenix City, Alabama 36868-3220
Telephone: 334-297-2300
Fax: 334-297-2777
jrmckoon@aol.com