IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-00473-WKW |
| ) | |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the parties' Joint Motion for Extension of Time of All Deadlines (Doc. # 22), it is ORDERED that the motion is GRANTED. The jury trial in this case is continued from December 4, 2006 to February 26, 2007; the final pretrial conference is continued from October 30, 2006, to January 22, 2007; and the discovery cutoff is continued from July 30, 2006, to December 21, 2006. All other deadlines in this case are tied to these exact dates.

DONE this the 19th day of July, 2006.

　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE