IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LISA BARNETTE, et al.,                          )
                                                )
              Plaintiffs,                       )
                                                )
vs.                                             )    CASE NO.: 3:05-CV-473-DRB
                                                )
PHENIX CITY, ALABAMA, et al.,                   )
                                                )
              Defendants.                       )

## DEFENDANTS′ SECOND AMENDED
## ANSWER TO COMPLAINT

Come now the Defendants, City of Phenix City, Alabama, Greg Lahr, Terrance Walker, Michael Bailey, Steve Nolin, Curtis Mitchell, Louis Coreano, Jared Barr and Warren McLaughlin and file their Second Amended Answer to Plaintiff′s Complaint as follows:

1.      The Defendants plead that they are immune from liability under the doctrine of governmental immunity, sovereign immunity, qualified immunity, absolute immunity and good faith immunity.

2.      The Defendants plead that there can be no recovery by the Plaintiff because at all times the Defendants were acting lawfully and within the line and scope of their appropriate governmental function.

3.      The Defendants plead the limitation of liability available to the municipalities under Alabama Law.

4.      The Defendants plead the defense of privilege.

/s/ James R. McKoon, Jr. (MCK020)
Attorney for Defendants
P.O. Box 3220
Phenix City, Al 36868–3220
(334) 297–2300


/s/ James P. Graham, Jr. (GRA030)
Attorney for Defendants
P.O. Box 3380
Phenix City, Al 36868–3380
(334) 291–0315

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing

Second Amended Answer to Complaint upon:

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama  36103–5059

Kendrick E. Webb, Esq.
C. Richard Hill, Jr., Esq.
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, Alabama 36124

This the 3rd day of October, 2006.


/s/ James P. Graham, Jr.
Of  Counsel

PDF created with pdfFactory trial version www.pdffactory.com