IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 3:05-cv-473-DRB |
| | ) |
| CITY OF PHENIX CITY, et al., | ) |
| | ) |
| Defendants. | ) |

### *MOTION TO WITHDRAW*

Comes now James R. McKoon, Jr., one of the attorneys for the Defendants, City of Phenix City, Alabama, Greg Lahr, Terrance Walker, Michael Bailey, Steve Nolin, Curtis Mitchell, Louis Coreano, Jared Barr and Warren McLaughlin and moves the Court for an Order allowing him to withdraw from further representation of the above said Defendants. As grounds for said Motion, James R. McKoon, Jr. says as follows:

1. During a recess of the deposition of the Plaintiff, Jerry Barnette, taken on October 4th 2006, Plaintiffs' attorney raised an issue as to a potential conflict of interest concerning James R. McKoon, Jr. and one of the Plaintiffs.

2. After discussion between counsel for the Plaintiffs and James R. McKoon, Jr., upon review of the particular facts regarding the potential conflict of interest and Rule 1.9 of the Alabama Rules of Professional Conduct, a decision was made to confer with the General Counsel of the Alabama State Bar by phone.

PDF created with pdfFactory trial version www.pdffactory.com

3. After the above said phone consultation and consideration of all the facts and circumstances, it was decided by James R. McKoon, Jr., that even though he believes that a conflict of interest does not exist within the meaning of Rule 1.9 of the Alabama Rules of Professional Conduct, it would be best to file this Motion for Withdrawal from this case.

WHEREFORE, the above premises considered, James R. McKoon, Jr., respectfully requests that he be allowed to withdraw from further representation of these Defendants.

/s/ James R. McKoon, Jr. (MCK020)
Attorney for Defendants
P.O. Box 3220
Phenix City, Al 36868-3220
(334) 297-2300

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing Second Amended Answer to Complaint upon:

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama  36103-5059

Kendrick E. Webb, Esq.
C. Richard Hill, Jr., Esq.
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, Alabama 36124

PDF created with pdfFactory trial version www.pdffactory.com

James P. Graham, Jr., Esq.
The Graham Legal Firm
P.O. Box 3380
Phenix City, Al 36868-3380

This the 16th day of October, 2006.

/s/ James R. McKoon, Jr.
Of Counsel

PDF created with pdfFactory trial version www.pdffactory.com