IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | CASE NO. 3:05-cv-473-WKW |
| ) | |
| City of Phenix City, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of James R. McKoon, Jr.'s Motion to Withdraw as Counsel (Doc. #26) filed on October 16, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 19th of October, 2006.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE