IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **LISA BARNETTE, et al.,** | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. 3:05-CV-473-WKW |
| | * | |
| **CITY OF PHENIX CITY, et al.,** | * | |
| Defendants. | * | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiffs has met and conferred with counsel for the defendants regarding the possibility of settling this case.  At this point, it appears that settlement will not be possible; however the parties continue to negotiate.   The parties do not now believe that mediation will assist them in resolving this case short of trial.

RESPECTFULLY SUBMITTED on this the __20__ day of November, 2006.

/s/ JAY LEWIS
Jay Lewis
Attorney for Plaintiff
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2006, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Richard Hill, Jr.
Kendrick Webb
James Paul Graham, Jr.

                                                    /s/ JAY LEWIS
                                                    Jay Lewis
                                                    Attorney for Plaintiff
                                                    LAW OFFICES OF JAY LEWIS, LLC
                                                    P.O. Box 5059
                                                    Montgomery, Alabama, 36104
                                                    334-263-7733 (voice)
                                                    334-263-7733 (fax)
                                                    J-Lewis@JayLewisLaw.com
                                                    ASB-2014-E66J