IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-cv-00473-DRB |
| | ) |
| PHENIX CITY, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Scott W. Gosnell, of the law firm of Webb & Eley, P.C., and files his Notice of Appearance as additional counsel of record for Defendants in the above-captioned matter.

Respectfully submitted on this the 29th day of November, 2006.

> **s/Scott W. Gosnell**
> SCOTT W. GOSNELL, Bar Number: GOS002
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Road
> P.O. Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: sgosnell@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

      Kendrick E. Webb, Esq.
      C. Richard Hill, Jr., Esq.
      WEBB & ELEY, P.C.
      7475 Halcyon Pointe Road
      P.O. Box 240909
      Montgomery, Alabama  36124

      Jay Lewis, Esq.
      Andy Nelms, Esq.
      Law Offices of Jay Lewis, LLC
      P. O. Box 5059
      Montgomery, AL  36103-5059

      James Paul Graham, Jr., Esq.
      The Graham Legal Firm
      P. O. Box 3380
      Phenix City, AL  36868-3380

      **s/Scott W. Gosnell**
      OF COUNSEL