IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al.,                )             | |
|                                        )             | |
|     Plaintiffs,    )             | |
|                                        )             | |
| v.                                     )             | Civil Action No. 3:05-cv-00473-DRB |
|                                        )             | |
| PHENIX CITY, ALABAMA, et al.,          )             | |
|                                        )             | |
|     Defendants.    )             | |

**MOTION FOR HIPAA ORDER**

COME NOW Grover Goodrich, Deputy Sheriff for the Russell County Sheriff's Department, and Heath Taylor, Deputy Sheriff for the Russell County Sheriff's Department, Defendants in the above-styled cause, and file this Motion for HIPAA Order. In support of this Motion for HIPAA Order, the Defendants state as follows:

1. In their Complaint, and in various discovery responses, the Plaintiffs allege that on or about February 10, 2005, they were subjected to an unlawful entry, search and seizure, accompanied by excessive force. They allege that as a result of that incident, they have suffered, *inter alia*, mental anguish and emotional distress. In her response to Interrogatories, Plaintiff Lisa Barnette states that she gets "really upset and nervous almost on a daily basis," for which she takes prescription medication. Ms. Barnett and Plaintiffs C.B. and Sara Cruz further identify Dr. Michael Johnston and East Alabama Mental Health as entities which treated them regarding their problems and injuries.

2. The Defendants move for an order which complies with HIPAA Privacy Rules, 45 C.F.R. § 164.512(3) to facilitate obtaining the records and testimony, including psychiatric

and mental health information, of Dr. Michael Johnston and East Alabama Mental Health, as both of these providers have "protected health information" regarding the Plaintiffs. Similar orders have been granted by federal courts in Alabama.

3. The undersigned has spoken with counsel for the Plaintiffs, who has indicated that he does not intend to oppose this Motion.

4. A proposed order is attached hereto.

Respectfully submitted on this the 4th day of December, 2006.

> s/Scott W. Gosnell
> KENDRICK E. WEBB – Bar No. WEB022
> SCOTT W. GOSNELL – Bar No. GOS002
> Attorneys for Defendants
> Heath Taylor and Grover Goodrich
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  sgosnell@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 4, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jay Lewis, Esq., Keith A. Nelms, Esq., James P. Graham, Jr., Esq., and James R. McKoon, Jr., Esq.**

> s/Scott W. Gosnell
> Of Counsel