IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 3:05-CV-00473-WKW |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**
**AND**
**QUALIFIED HIPAA PROTECTIVE ORDER**

Upon review of the unopposed *Motion for HIPAA Order* (Doc. 30, December 4, 2006), filed by Defendants Grover Goodrich and Heath Taylor, Deputy Sheriffs for the Russell County Sheriff's Department, it is

**ORDERED** that the Motion is **GRANTED.** Accordingly, the parties are to be governed by the following Qualified HIPAA Protective Order:

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the Orders of this Court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition, including psychiatric and mental health condition, of any individual who is a party to this action (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the provision of health care, including mental health and psychiatric care, to such individual and payment for the provision of such health care. The parties are further hereby granted the right to

obtain, by deposition, subpoena or otherwise, the testimony of said health care provider, health plan, or other entity, and the current discovery deadline is hereby extended by thirty (30) days for that limited purpose.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA 45 C.F.R. § 164.512(e)(1)(i).

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties are ordered to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made), immediately upon conclusion of this action. See 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

Done this 5th day of December, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE