IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. 3:05-cv-473-WKW |
| | * | |
| CITY OF PHENIX CITY, et al., | * | |
| | * | |
| Defendants. | * | |

### JOINT MOTION OF ALL PARTIES TO CONTINUE TRIAL DATE AND TO ESTABLISH NEW CUT-OFF DATES

Come now the Defendants, City of Phenix City, Alabama, Greg Lahr, Terrance Walker, Michael Bailey, Steve Nolin, Curtin Mitchell, Luis Coreano, Warren McLoughlin and Jarrod Barr, and, **JOINED BY ALL PARTIES**, respectfully move the Court to continue the trial of this case until the next Opelika trial term of August 20, 2007; to set a pretrial conference in early July 2007; to set a discovery cut-off of March 30, 2007 and to set dispositive motions ninety (90) days before the pretrial conference and as grounds therefore show unto the Court as follows:

1. The lead attorney for these defendants had to withdraw from the defense of these defendants due to a conflict.

2. The undersigned, Ronald G. Davenport, entered an appearance for these defendants on December 12, 2006.

3. The parties have not been able to conduct necessary discovery because they were waiting for a new attorney to enter an appearance for these defendants.

1

4. All parties join in this motion requesting a continuance of the trial date and new cut-off dates.

WHEREFORE, all the parties, by and through their respective attorneys, respectfully move the Court to continue the trial of this case until the next Opelika trial term of August 20, 2007 and to continue the cut-off dates as set forth above.

Respectfully submitted this the 12 December 2006.

/s/ Ronald G. Davenport
RONALD G. DAVENPORT (DAV044)
Attorney for Defendants City of Phenix City,
Officer Lahr, Officer Walker, Officer Bailey,
Officer Nolin, Officer Mitchell, Officer
Coreano, Officer McLoughlin and Officer
Barr
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

/s/ Keith Anderson Nelms
Jay Lewis (LEW031)
Keith Anderson Nelms (NEL022)
Attorneys for Plaintiffs
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL 36103-5059
(334) 263-7733
(334-832-4390 (fax)
andynelms@jaylewislaw.com

/s/ Richard Hill, Jr.
C. Richard Hill, Jr. (HIL045)
Kendrick E. Webb (WEB022)
Scott W. Gosnell (GOS002)
Attorneys for Defendants Heath Taylor
and Grover Goodrich
Webb & Eley, P.C.
P. O. Box 240909

        Montgomery, AL 36124
        (334) 262-1850
        (334) 262-1889 (fax)
        rhill@webbeley.com

        <u>/s/ James P. Graham, Jr.</u>
        James P. Graham, Jr. (GRA030)
        Attorney for Defendants City of Phenix City,
        Officer Lahr, Officer Walker, Officer Bailey,
        Officer Nolin, Officer Mitchell, Officer
        Coreano, Officer McLoughlin and Officer
        Barr
        Graham Legal Firm
        P. O. Box 3380
        Phenix City, AL 36867
        (334) 291-0315
        (334) 291-9136 (fax)
        manager@grahamlegal.org