IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. 3:05-cv-473-WKW |
| | * | |
| CITY OF PHENIX CITY, et al., | * | |
| | * | |
| Defendants. | * | |

**MOTION BY DEFENDANTS CITY OF PHENIX CITY, ALABAMA, GREG LAHR, TERRANCE WALKER, MICHAEL BAILEY, STEVE NOLIN, CURTIS MITCHELL, LUIS COREANO, WARREN McLOUGHLIN AND JARROD BARR FOR LEAVE TO FILE AN AMENDED ANSWER**

Come now the Defendants, City of Phenix City, Alabama, Greg Lahr, Terrance Walker, Michael Bailey, Steve Nolin, Curtin Mitchell, Luis Coreano, Warren McLoughlin and Jarrod Barr, and move the Court for leave to file an Amended Answer and as grounds therefore show as follows:

1. One of these defendants' former attorneys, James R. McKoon, Jr., has withdrawn as attorney for these defendants.

2. Ronald G. Davenport is entering an appearance as attorney for these defendants.

3. These defendants desire to file an Amended Answer, attached hereto as **Exhibit A**, which consolidates the Answers heretofore filed and adds some new defenses.

WHEREFORE, these defendants move the Court for leave to file their Amended Answer.

1

/s/ Ronald G. Davenport
RONALD G. DAVENPORT (DAV044)
Attorney for Defendants City of Phenix City,
Officer Lahr, Officer Walker, Officer Bailey,
Officer Nolin, Officer Mitchell, Officer
Coreano, Officer McLoughlin and Officer
Barr

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL 36103-5059

C. Richard Hill, Jr., Esq.
Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
Webb & Eley, P.C.
P. O. Box 240909
Montgomery, AL 36124

James P. Graham, Jr., Esq.
Graham Legal Firm
P. O. Box 3380
Phenix City, AL 36867

/s/ Ronald G. Davenport
OF COUNSEL