IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-00473-WKW |
| ) | |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Joint Motion of All Parties to Continue Trial Date and to Establish New Cut-off Dates (Doc. # 33), it is ORDERED that the motion is GRANTED. The jury trial in this case is continued from May 14, 2007, to August 20, 2007; the final pretrial conference is continued from April 9, 2007, to July 23, 2007; the discovery cutoff is continued from December 21, 2006, to March 30, 2007; and the dispositive motions deadline is April 16, 2007.

All other deadlines in this case are tied to these exact dates.

DONE this 20th day of December, 2006.

                                                /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE