IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-00473-WKW |
| ) | |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the defendants' Motion for Leave to File an Amended Answer (Doc. # 34), it is ORDERED that the plaintiffs shall show cause **on or before January 5, 2007,** why the motion should not be granted.

DONE this 20th day of December, 2006.

          /s/  W.  Keith Watkins
          UNITED STATES DISTRICT JUDGE