IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **LISA BARNETTE, et al.,** | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. 3:05-CV-473-DRB |
| | * | |
| **CITY OF PHENIX CITY, et al.,** | * | |
| Defendants. | * | |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

**COME NOW** Plaintiffs by and through their attorneys of record in response to Order to Show Cause and state Plaintiffs have no objection to granting defendants' Motion for Leave to file their proposed Amended Answer.

Respectfully submitted this the __20th___ day of December, 2006.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By:  Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiff
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing to counsel of record listed below by filing the same with the Clerk of the Court via CM/ECF which will send a copy to the following on this the __20th___ day of December, 2006.

Scott Gosnell, Esq.
Ron Davenport, Esq.
James P. Graham, Jr., Esq.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By: Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiff
Garden City Boxing Club, Inc.
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com