IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN  DIVISION

LISA BARNETTE, *et al.,*                    )
                                            )
      Plaintiffs,                          )
                                            )
      v.                                   )    CASE NO. 3:05-cv-473-WKW
                                            )
CITY OF PHENIX CITY, *et al.,*              )
                                            )
      Defendants.                          )

## **ORDER**

It is hereby ORDERED that the pretrial set in Opelika, Alabama for July 23, 2007 is

rescheduled  for July 18, 2007, in the G. W. Andrews Federal Building & U. S. Courthouse, 701

Avenue A, Opelika, Alabama.  The August 20, 2007 trial date remains the same.

Done this the 18th day of January, 2007.


            /s/   W.  Keith Watkins
            UNITED STATES DISTRICT JUDGE