IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 JAN 22  A 9: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| LISA BARNETTE, JERRY BARNETTE, | ) | |
| SARA CRUZ, C.B. a minor, by and through | ) | |
| his mother and next friend, Lisa Barnette, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:05-CV-473-B |
| | ) | |
| CITY OF PHENIX CITY, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MOTION TO WITHDRAW

Come now James P. Graham, Jr., as one of the Attorneys for the Defendants, City of Phenix City, Alabama, Greg Lahr, Terrance, Walker, Michael Bailey, Steve Nolin, Curtis Mitchell, Louis Coreano, Jared Barr and Warren McLaughlin and moves the Court for an Order allowing him to withdraw from further representations of the above said Defendants. As grounds for said Motion, the undersigned states follows:

1.    During the recess of the deposition of the Plaintiff, Jerry Barnette, taken on October 4, 2006, Plaintiff's attorney raised the issue as to a potential conflict of interest concerning James P. Graham, Jr. and one of the Plaintiffs.

2.    After a discussion between the counsel for the Plaintiffs and James P. Graham, Jr. upon review of the particular facts regarding the potential conflicts of interest and Rule 1.9 of the Alabama Rules of Professional Conduct,

a decision was made to confer with the General Counsel of the Alabama State Bar by phone.

3.      After the above said phone consultation and consideration of all the facts and circumstances, it was decided by James P. Graham, Jr., that even though he believes that a conflict of interest does not exist within the meaning of the Rule 1.9 of the Alabama Rules of Professional Conduct, it would be best to file this Motion for Withdrawal from this case.

**WHEREFORE**, the above premises considered, the undersigned respectfully requests that he be allowed to withdraw from further representation of these Defendants.

JAMES P. GRAHAM, JR. (GRA-030)
712 13th Street
P.O. Box 3380
Phenix City, Alabama 36867
(334) 291-0315

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon

**Jay Lewis, Esq., K. Anderson Nelms, Esq., Kendrick E. Webb, Esq, C. Richard**

**Hill, Jr., Esq. and Ronald G. Davenport, Esq.** by placing a copy of the same in

the United States Mail, postage prepared and attached, addressed to their last

known address as follows:

> **Jay Lewis, Esq.**
> **K. Anderson Nelms, Esq.**
> Law Office of Jay Lewis, LLC
> P.O. Box 5059
> Montgomery, Alabama  36103
>
> **Kendrick E. Webb, Esq.**
> **C. Richard Hill, Jr., Esq.**
> Webb & Eley, P.C.
> 7475 Halcyon Pointe Drive
> P.O. Box 240909
> Montgomery, Alabama  36124
>
> **Ronald G. Davenport, Esq.**
> Rushton, Stakley, Johnston & Garrett, P.A.
> P.O. Box 270
> Montgomery, Alabama  36101-0270

This the ___19___ day of January, 2007.

Of Counsel