IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-00473-WKW |
| ) | |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the defendants' Motion for Leave to File an Amended Answer (Doc. # 34), it is ORDERED that motion is GRANTED. The defendants shall file electronically **on or before February 2, 2007**, an exact duplicate of Defendants' Third Amended Answer to Complaint that is attached to their motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

DONE this 23rd day of January, 2007.

                                                        /s/   W. Keith Watkins
                                                  UNITED STATES DISTRICT JUDGE