IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-473-WKW |
| ) | |
| CITY OF PHENIX CITY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #39) filed by James P. Graham, Jr. on January 22, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 24th day of January, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE