IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LISA BARNETTE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:05-cv-473-DRB |
| ) | |
| **PHENIX CITY, ALABAMA, et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

**PLEASE TAKE NOTICE** that the following discovery documents have been filed on behalf of the Defendant in the above-styled cause:

( X ) Interrogatories: **2nd Set to Lisa & Jerry Barnette**
(   ) Answers to Interrogatories
( X ) Request for Production: **2nd Set to Lisa & Jerry Barnette**
(   ) Response to Request for Production
(   ) Request for Admissions
(   ) Response to Request for Admissions
(   ) Notice of Intent to Serve Subpoena
(   ) Notice of Deposition
(   ) Other: _____

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served a copy on all counsel of record by U.S. Mail, postage prepaid.

**s/Scott W. Gosnell**
Scott W. Gosnell, Bar Number: GOS002
Kendrick E. Webb, Bar Number: WEBB022
Attorneys for Defendants Goodrich and Taylor
WEBB & ELEY, P.C.
7475 Halcyon Pointe Road
P.O. Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: sgosnell@webbeley.com