IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:05-cv-00473-DRB |
| ) | |
| PHENIX CITY, ALA., et al., ) | |
| ) | |
|     Defendants. ) | |

**DEFENDANTS GROVER GOODRICH AND HEATH TAYLOR'S
MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

COME NOW Grover Goodrich and Heath Taylor, Defendants in the above-styled cause, and move this Court for an extension of the dispositive motion deadline from April 16, 2007 to April 19, 2007. In support thereof, these Defendants state the following:

1.    On August 1, 2005, the Court entered its Uniform Scheduling Order which in Section 2 set forth the deadline for filing dispositive motion as "no later than NINETY (90) DAYS prior to the pretrial hearing." (emphasis in original)

2.    The remaining deadlines were extended by Court Orders on February 9, 2006 and July 19, 2006; and the Court's Order of October 12, 2006 rescheduled pretrial hearing and trial dates; thus, resetting the dispositive motion deadline each time.

3.    This Court entered an Order on December 20, 2006, continuing trial and establishing new deadlines, in which it specifically set April 16, 2007 as the deadline for dispositive motion.

4.    On January 18, 2007, the Court reset the dates for pretrial conference and trial. At this time the undersigned's staff recalculated the remaining deadlines as they pertained to the pretrial and trial dates. At that time April 19, 2007, which is "no later than NINETY 90 DAYS

prior to the pretrial hearing," was listed on the calendars of counsel for Defendants herein as the dispositive motion deadline.

5. Not until April 10, 2007, when Defendants' counsel received a call from counsel for co-defendants, did undersigned counsel realize this error in calendaring.

6. Counsel for Defendants herein have long planned to be out of town the end of this week through the weekend and will be unable to fairly represent their clients' positions in dispositive motions by the April 16, 2007 deadline.

7. Co-defendants Phenix City, Alabama, Officer Lahr, Officer Bailey, Officer Nolin, Officer Mitchell, Officer Coreano, Officer McLaughlin and Officer Barr join in this motion.

8. The Plaintiffs will not be prejudiced by this three-day extension.

WHEREFORE, PREMISES CONSIDERED, Defendants' counsel respectfully requests a three-day extension of the dispositive motion deadline up to and including April 19, 2007.

Respectfully submitted this 11th day of April, 2007.

s/Kendrick E. Webb
KENDRICK E. WEBB, Bar No. WEB022
SCOTT W. GOSNELL, Bar No. GOS002
Attorneys for Defendants Heath Taylor
and Grover Goodrich
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  kwebb@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 11, 1007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay Lewis, Esq., Keith Anderson Nelms, Esq. and Ronald G. Davenport, Esq.**

s/Kendrick E. Webb
OF COUNSEL

2