IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. 3:05-cv-473-WKW |
| | * | |
| CITY OF PHENIX CITY, et al., | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF APPEARANCE**

Comes now the law firm of Rushton, Stakely, Johnston & Garrett, P.A., by and through R. Brett Garrett, and enters an appearance as additional counsel for the Defendants City of Phenix City, Alabama, Officer Greg Lahr, Officer Terrance Walker, Officer Michael Bailey, Officer Steve Nolin, Officer Curtis Mitchell, Officer Luis Coreano, Officer Warren McLoughlin and Officer Jarrod Barr.

/s/ R. Brett Garrett
R. BRETT GARRETT (GAR085)
Attorney for Defendants City of Phenix City,
Officer Lahr, Officer Walker, Officer Bailey,
Officer Nolin, Officer Mitchell, Officer
Coreano, Officer McLoughlin and
Officer Barr

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0808 (fax)
bg@rsjg.com (email)

1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL 36103-5059

C. Richard Hill, Jr., Esq.
Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
Webb & Eley, P.C.
P. O. Box 240909
Montgomery, AL 36124

                                            *s/ R. Brett Garrett*
                                            OF COUNSEL