IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cv-00473-WKW |
| | ) | |
| | ) | |
| PHENIX CITY, ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the defendants' Motion to Extend Dispositive Motion Deadline (Doc. # 45), it is ORDERED that the motion is GRANTED. The deadline to file dispositive motions for all Defendants is extended from April 16, 2007, to **April 20, 2007.**

DONE this 13th day of April, 2007.

                                              /s/  W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE