IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. 3:05-cv-473-WKW |
| | * | |
| CITY OF PHENIX CITY, et al., | * | |
| | * | |
| Defendants. | * | |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS CITY OF PHENIX CITY, ALABAMA, GREG LAHR, TERRANCE WALKER, MICHAEL BAILEY, STEVE NOLIN, CURTIN MITCHEL, LUIS COREANO, WARREN McLAUGHLIN AND JARROD BARR**

COME NOW the Defendants, City of Phenix City, Alabama, Greg Lahr, Terrance Walker, Michael Bailey, Steve Nolin, Curtin Mitchell, Luis Coreano, Warren McLaughlin and Jarrod Barr, and move this Honorable Court as follows:

1. To enter, pursuant to Rule 56 of the Alabama Rules of Civil Procedure, an Order dismissing the Defendants with prejudice on the grounds that there is no genuine issue as to any material fact and the Defendants are entitled to a summary judgment as a matter of law.

2. The Defendants submit their motion for summary judgment upon the Affidavit of Len Wills, attached hereto as Exhibit "A;" the Affidavit of Heath Taylor, attached hereto as Exhibit "B;" the Affidavit of Grover Goodrich, attached hereto as Exhibit "C;" the Affidavit of Capt. Robert Casteel, attached hereto as Exhibit "D," the Affidavit of Officer Michael Bailey, which will be supplemented as Exhibit "E" hereto,

the narrative summary of undisputed facts, the brief in support of motion for summary judgment, and the pleadings filed and discovery conducted in this case.

    3.    The Defendants request that said order be entered as a final order in accordance with the terms and conditions of Ala. R. Civ. P. 54(b), as there is no just reason for delay.

Respectfully submitted this the 20th day of April, 2007.

                              *s/ Ronald G. Davenport*
                              *s/ R. Brett Garrett*
                              RONALD G. DAVENPORT (DAV044)
                              R. BRETT GARRETT (GAR085)
                              Attorneys for Defendants City of Phenix City,
                              Officer Lahr, Officer Walker, Officer Bailey,
                              Officer Nolin, Officer Mitchell, Officer
                              Coreano, Officer McLoughlin and
                              Officer Barr

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0808 (fax)
bg@rsjg.com (email)

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
LAW OFFICES OF JAY LEWIS, LLC
P. O. Box 5059
Montgomery, AL 36103-5059

C. Richard Hill, Jr., Esq.
Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
WEBB & ELEY, P.C.
P. O. Box 240909
Montgomery, AL 36124

                                              *s/ R. Brett Garrett*
                                              OF COUNSEL