IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:05-cv-473-DRB |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**EVIDENTIARY SUBMISSIONS IN SUPPORT OF DEFENDANTS HEATH TAYLOR AND GROVER GOODRICH'S MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Lieutenant Heath Taylor and Investigator Grover Goodrich, and submit the following Evidentiary Materials in support of their contemporaneously filed Motion for Summary Judgment:

| Exhibit | Description |
|---|---|
| A | Affidavit of Len Wills |
| B | Deposition of Lisa Barnette |
| C | Affidavit of Heath Taylor |
| D | Affidavit of Grover Goodrich |
| E | Deposition of C.B. Barnette |
| F | Deposition of Jerry Barnette |

Respectfully submitted this the 20th day of April, 2007.

        **s/Scott W. Gosnell**
        KENDRICK E. WEBB, Bar Number: WEBB022
        SCOTT W. GOSNELL, Bar Number: GOS002
        Attorneys for Defendants Goodrich and Taylor
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Road (36117)
        P. O. Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  sgosnell@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the **20th day of April, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay Lewis, Esq.; Keith Anderson Nelms, Esq.;** and **Ronald G. Davenport, Esq.**

        **s/Scott W. Gosnell**
        OF COUNSEL