# EXHIBIT E
# Deposition of C.B. Barnette

# FREEDOM COURT REPORTING

1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE MIDDLE DISTRICT OF ALABAMA

3              EASTERN DIVISION

4

5   CASE NUMBER:  3:05CV473-B          **ORIGINAL**

6   LISA BARNETTE, et al.,

7              Plaintiffs,

8              vs.

9   CITY OF PHENIX CITY, et al.,

10             Defendants.

11

12          S T I P U L A T I O N

13          IT IS STIPULATED AND AGREED by and

14   between the parties through their respective

15   counsel, that the deposition of C.B.

16   Barnette may be taken before Angela Smith,

17   RPR, CRR, at the offices of McKoon, Thomas &

18   McKoon, at 925 Broad Street, Phenix City,

19   Alabama 36867, on the 3rd day of October,

20   2006.

21

22          DEPOSITION OF C.B. BARNETTE

23



**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 20

1  thirty minutes, then I went to Sara's room

2  for thirty minutes.

3          Q.      What did you do when you were

4  in Sara's room?

5          A.      Just laid down.

6          Q.      Who else was there?

7          A.      Sara and my mom.

8          Q.      Okay.  Do you know where Kenny

9  was?

10          A.      No, sir.

11          Q.      Did you ever see Kenny leave?

12          A.      No, sir.

13          Q.      Did you ever hear Kenny leave?

14          A.      I heard the door open.

15          Q.      Did he ever say goodbye to

16  you?

17          A.      No, sir.  I didn't hear him

18  say goodbye.  He didn't come in there.

19          Q.      Do you know if he was talking

20  on the telephone at any time while you were

21  there?

22          A.      I heard him talking to

23  somebody on the phone.

**FREEDOM COURT REPORTING**

Page 21

1    Q.    Do you know who that was?

2    A.    No, sir.

3    Q.    Do you know -- How long were

4 you there when you heard him talking on the

5 phone to somebody?

6    A.    What do you mean?

7    Q.    How long had you been there

8 when you heard him talking on the phone with

9 somebody?

10    A.    I just went to go get

11 something to drink in the kitchen.

12    Q.    Okay.  So, you were in your

13 room, then you went to get something to

14 drink?

15    A.    Yes, sir.

16    Q.    That was before you went to

17 Sara's room or was that --

18    A.    After.  I went into Sara's

19 room and then I went to go get something to

20 drink.

21    Q.    Okay.  And then when you went

22 to get something to drink, that's when you

23 overheard your Uncle Kenny talking to

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 22

1    somebody on the telephone?

2         A.      Yes, sir.

3         Q.      Do you recall what he was

4    saying?

5         A.      Not -- I didn't pay attention.

6         Q.      Okay.  Did he seem okay to you

7    or did he seem upset?

8         A.      Seems like he was mad and sad

9    at the same time.

10        Q.      He was mad and sad at the same

11   time?

12        A.      (Witness nods head in the

13   affirmative.)

14        Q.      Is that correct?

15        A.      Yes, sir.

16        Q.      Okay.  The court reporter

17   cannot take down nods of the head.  So if

18   the answer is yes, if you can just say yes,

19   that will really help out.

20        A.      Yes, sir.

21        Q.      I should have mentioned that

22   to you at the very beginning and I didn't.

23               So, let me just kind of get

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 23

1   this back together.  You got home sometime

2   around 10:30.  And after you made small talk

3   with your uncle, you took a Tums, you went

4   back to your room, laid down for about an

5   hour and a half.  Then you went to Sara's

6   room, and then while you were in Sara's

7   room, you got up to get something to drink;

8   correct?

9           A.      Yes, sir.

10          Q.      And while you were getting

11  something to drink, you overheard your Uncle

12  Kenny talking on the telephone; is that

13  correct?

14          A.      Yes, sir.

15          Q.      And he seemed both mad and sad

16  at the same time?

17          A.      Yes, sir.

18          Q.      And then you went back to

19  Sara's room?

20          A.      Yes, sir.

21          Q.      And then how long after that

22  did you hear the door open or close?

23          A.      About ten minutes.

# FREEDOM COURT REPORTING

Page 24

1    Q.    About ten minutes?

2    A.    Yes, sir.

3    Q.    Okay.  And then how long after

4    that did you hear the loud noise?

5    A.    About twenty.

6    Q.    Okay.  So, about ten minutes

7    after you got back to Sara's room, you heard

8    the door open and close?

9    A.    Yes, sir.

10    Q.    And you don't know what that

11    was; is that correct?  You don't know who

12    was leaving?

13    A.    Yes, sir.

14    Q.    And there wasn't a -- Did you

15    look out the window to see who was leaving?

16    A.    No, sir.

17    Q.    And then about twenty minutes

18    later, you heard a loud noise; is that it?

19    A.    Yes, sir.

20    Q.    Were you -- Did anything else

21    happen between the time that you got your

22    drink and the loud noise happened?  Do you

23    know -- Do you remember anything else

**FREEDOM COURT REPORTING**

1      Q.    Okay.  What did you do?

2      A.    I jumped out the window.

3      Q.    Okay.  Why did you do that?

4      A.    Because I was scared.

5      Q.    And did you see officers

6  outside the house when you tried jumping out

7  the window?

8      A.    Yes, sir.

9      Q.    And what did they do?

10     A.    They pointed a gun at me.

11     Q.    Now, were these officers in

12  uniforms?

13     A.    No, sir.  One had on, like,

14  some beige pants and a blue shirt.

15     Q.    I'm sorry?

16     A.    They had some beige pants and

17  a blue shirt.

18     Q.    Beige pants and a blue shirt?

19     A.    Yes, sir.

20     Q.    And how many officers were

21  outside the window -- outside the house?

22     A.    Just one.

23     Q.    I'm sorry?

**FREEDOM COURT REPORTING**

1      Q.      Okay.  And did you remain --

2  Did you obey the officer and remain on the

3  ground?

4      A.      I got scared and jumped back

5  in the window.

6      Q.      You got scared and jumped back

7  in the window?

8      A.      Yes, sir.

9      Q.      With an officer pointing a gun

10  at you?

11      A.      Yes, sir.

12      Q.      Did he tell you he was an

13  officer?

14      A.      No, sir.

15      Q.      Okay.  So, you jumped back in

16  the window?

17      A.      Yes, sir.

18      Q.      And the officer never shot

19  you; right?

20      A.      No, sir.

21      Q.      And then what happened when

22  you jumped back in the window?

23      A.      Sara was laying on the ground

## FREEDOM COURT REPORTING

Page 30

1      A.      No, sir.

2      Q.      Did anybody ever tell you why

3  they were there?

4      A.      No, sir.

5      Q.      Did your mother ever tell you

6  what they told you as to why they were

7  there?

8      A.      She was trying to find out.

9      Q.      Okay.  And so, no one told you

10  that they were there to get -- looking for

11  your Uncle Kenny?

12      A.      No, sir.

13      Q.      How long did it -- were you --

14  Now, when you went outside and they told you

15  to get on the ground and you got on the

16  ground, how long were you on the ground

17  before you jumped up and crawled back in the

18  window?

19      A.      About five seconds.

20      Q.      About five seconds?

21      A.      Yes, sir.

22      Q.      And then, when you got back

23  into your room, and you went to the ground,

# FREEDOM COURT REPORTING

Page 31

1   how long were you on the floor at that time?

2          A.      A minute.

3          Q.      A minute.  And then you were

4   allowed to get back up?

5          A.      Yes, sir.

6          Q.      Okay.  Did they tell you, "You

7   can get up now?"

8          A.      Yes, sir.

9          Q.      Did they tell you, "You can

10  relax now?"

11         A.      No, sir.  They just told us to

12  get up.

13         Q.      You can get up.  Okay.  Did

14  anybody ask you any questions?

15         A.      No, sir.

16         Q.      Did anybody talk to you?

17         A.      No, sir.

18         Q.      Okay.  Did you see or hear

19  anybody talking to Sara?

20         A.      No, sir.  She was in there

21  with me.

22         Q.      She was in there with you?

23         A.      Yes, sir.

# FREEDOM COURT REPORTING

Page 32

1      Q.      And you never saw anybody talk

2  to her?

3      A.      No, sir.

4      Q.      Did you see or hear anybody

5  talk to your mother?

6      A.      No, sir.  I was in Sara's

7  room.

8      Q.      Okay.  And after you got back

9  up, how long was it before they left?

10     A.      Five minutes.

11     Q.      Okay.  So, the -- Okay.  Did

12  you recognize any of the uniforms that

13  anybody might have had?

14     A.      No, sir.

15     Q.      Do you know whether any of

16  these law enforcement officers were from the

17  City of Phenix City?

18     A.      No, sir.

19     Q.      Do you know whether any of

20  these law enforcement officers were from the

21  Russell County Sheriff's Department?

22     A.      No, sir.

23     Q.      Okay.  What happened -- Did

# FREEDOM COURT REPORTING

Page 41

1          A.      Yes, sir.

2          Q.      Okay.  And which one is he?

3          A.      Right there (indicating).

4          Q.      Okay.  He was the only one

5   that talked to your mom in the dining room.

6   What did he talk to your mom about?

7          A.      He thought that the

8   four-wheelers was stolen.

9          Q.      Okay.  Can you tell me exactly

10  what he said?

11         A.      He said that he had to get the

12  four-wheelers.

13         Q.      Okay.  Is that all he said?

14         A.      That's all I heard.

15         Q.      Okay.  Did you hear him say

16  that there had been some four-wheelers

17  stolen in this area?

18         A.      No, sir.

19         Q.      Did you hear him say that he

20  thought the four-wheelers could be stolen?

21         A.      No, sir.

22         Q.      Did you -- So, in other words

23  -- How did you find out or know that he said

## FREEDOM COURT REPORTING

Page 42

1  he thought the four-wheelers had been

2  stolen?  Who told you that?

3       A.      What do you mean?

4       Q.      How did you hear that he had

5  said that he thought the four-wheelers had

6  been stolen?

7       A.      Oh, I was standing right there

8  beside my mom when we was in the dining

9  room.

10      Q.      Oh, okay.  Well, then, what

11 did he say?

12      A.      About what, the four-wheelers?

13      Q.      Yes.  About the four-wheelers.

14 Can you tell me everything you remember him

15 saying?

16      A.      He just said he thought the

17 four-wheelers were stolen and he had to run

18 a check on them and see if they were stolen.

19      Q.      Okay.  And what did your mom

20 say?

21      A.      She didn't say nothing.

22      Q.      She didn't say anything?

23      A.      Not that I remember.

# FREEDOM COURT REPORTING

Page 43

1    Q.    She did not say, "Okay?" She

2    didn't say anything?

3    A.    Not that I remember.

4    Q.    She did not respond at all to

5    Officer Taylor; is that correct?

6    A.    Not that I remember.

7    Q.    Now, did your mom ever go

8    outside to the back?

9    A.    No, sir.

10    Q.    Where were the ATVs located?

11    A.    In the shed.

12    Q.    Okay.  Were the sheds locked?

13    A.    Yes, sir.

14    Q.    How did they get in there?

15    A.    The key.

16    Q.    Who gave them the key?

17    A.    My mom.

18    Q.    When did your mom give them

19    the key?

20    A.    She called my dad.

21    Q.    Okay.  And your dad told her

22    where the key was?

23    A.    Yes, sir.

**FREEDOM COURT REPORTING**

Page 44

1       Q.      And did your mom go give the

2   key to the officers?

3       A.      Yes, sir.

4       Q.      Or did she go out there and

5   unlock it herself?

6       A.      She gave them the key.

7       Q.      She gave them the key?

8       A.      Yes, sir.

9       Q.      Did she call them up to the

10  back of the house to give them the key or

11  did she go outside and give them the key?

12      A.      She called them up to the

13  house -- Wait.  They were already inside.

14      Q.      They were already inside?

15      A.      Yes, sir.

16      Q.      Okay.  So, they hadn't gone

17  back outside at the time?

18      A.      No, sir.

19      Q.      Okay.  So, while they were

20  talking with your mom, and this would be

21  Officer Taylor and Officer Goodrich; is that

22  correct?

23      A.      Yes, sir.

# FREEDOM COURT REPORTING

Page 45

1      Q.      Your mother called your dad?

2      A.      Yes, sir.

3      Q.      And asked them -- What did she

4   ask your dad, where the key was, or what?

5      A.      Yes, sir.  Where the key was.

6      Q.      Okay.  And your dad told your

7   mom where it was.  Where was the key?

8      A.      On the key rack.

9      Q.      On the key rack?

10     A.      Yes, sir.

11     Q.      And then your mom got the key

12  and gave it to the officers; right?

13     A.      Yes, sir.

14     Q.      And then did your mom talk to

15  your dad about the trailer?

16     A.      I'm not sure.

17     Q.      You're not sure?

18     A.      No, sir.

19     Q.      You just don't remember?

20     A.      I'm not sure.

21     Q.      Do you remember everything

22  that was said in that conversation?

23     A.      No, sir.

# FREEDOM COURT REPORTING

Page 52

1    Q.    And he also took three

2    pictures of your legs; is that correct?

3    A.    Yes, sir.

4    Q.    And those showed three minor

5    scrapes on your legs; is that correct?

6    A.    Yes, sir.

7    Q.    And you received those scrapes

8    while trying to jump out the window; is that

9    correct?

10    A.    Yes, sir.

11    Q.    Or by actually jumping out the

12    window?

13    A.    Yes, sir.

14    Q.    And is there anything else

15    that -- any other way -- Did those hurt in

16    any way?

17    A.    No, sir.

18    Q.    Okay.  I assume playing

19    football, you get hit a lot harder than that

20    at practice; right?

21    A.    Yes, sir.

22    Q.    Okay.  Do you recall, you

23    know, anything else that happened that

# FREEDOM COURT REPORTING

Page 53

1    night, or that day?

2         A.     No, sir.

3         Q.     Okay.  Now, do you recall

4    someone from the sheriff's department coming

5    by that day to look at the door?

6         A.     Yes, sir.

7         Q.     Okay.  And he was accompanied

8    by, I believe, two other individuals, or did

9    he just come by himself?

10        A.     He came with two prisoners.

11        Q.     Okay.  They would be

12   individuals.  They would be people.  And

13   they came to look at the door; is that

14   right?

15        A.     Yes, sir.

16        Q.     Okay.  Do you know if they

17   looked at anything else?

18        A.     No, sir.

19        Q.     Okay.  Did you hear them say

20   anything?

21        A.     No, sir.

22        Q.     Did they talk with your mom?

23        A.     No, sir.

## FREEDOM COURT REPORTING

Page 54

1          Q.      Were they there when Officer

2     Taylor and Officer Goodrich came by?

3          A.      Yes, sir.

4          Q.      And were they there when -- in

5     the -- Were they in the living room when

6     your mom and Officer Taylor and Officer

7     Goodrich were talking?

8          A.      They were outside looking at

9     the door.

10         Q.      They were outside looking at

11    the door?

12         A.      Yes, sir.

13         Q.      So, you don't recall them

14    saying anything?

15         A.      No, sir.

16         Q.      And do you recall your mother

17    saying anything to them?

18         A.      Yes, sir.

19         Q.      What did she say to them?

20         A.      Oh, she didn't say nothing.

21         Q.      Oh, she did not say anything

22    to them?  Okay.  Do you recall -- So, you

23    don't recall either the officer from the

**FREEDOM COURT REPORTING**

Page 55

1   sheriff's office with the two prisoners that

2   came to look at the door or your mother

3   saying anything to each other?

4           A.      No, sir.

5           Q.      Do you know when the officer

6   that came by to look at the door and the two

7   prisoners that were with him, do you recall

8   when they left?

9           A.      In about thirty minutes.  They

10  stayed there for about thirty minutes.

11          Q.      About thirty minutes?

12          A.      Yes, sir.

13          Q.      And do you recall whether they

14  came back that day with a new door and a

15  door frame?

16          A.      Yes, sir.

17          Q.      They did?

18          A.      They did come back.

19          Q.      Okay.  And do you recall them

20  talking with your mom at that time?

21          A.      No, sir.

22          Q.      Do you know what time they

23  came back by?