IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. 3:05-cv-473-WKW |
| | * | |
| CITY OF PHENIX CITY, et al., | * | |
| | * | |
| Defendants. | * | |

**SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS CITY OF PHENIX CITY, ALABAMA, GREG LAHR, TERRANCE WALKER, MICHAEL BAILEY, STEVE NOLIN, CURTIN MITCHEL, LUIS COREANO, WARREN McLAUGHLIN AND JARROD BARR**

COME NOW the Defendants, City of Phenix City, Alabama; Greg Lahr; Terrance Walker; Michael Bailey; Steve Nolin; Curtin Mitchell; Luis Coreano; Warren McLaughlin and Jarrod Barr (hereinafter referred to collectively as "the Defendants") and hereby adopt and incorporate the Motion for Summary Judgment, Memorandum Brief in Support of Summary Judgment and Evidentiary Submissions of Defendants Heath Taylor and Grover Goodrich in their entirety.

Respectfully submitted this the 20th day of April, 2007.

s/ Ronald G. Davenport
s/ R. Brett Garrett
RONALD G. DAVENPORT (DAV044)
R. BRETT GARRETT (GAR085)
Attorneys for Defendants City of Phenix City,
Officer Lahr, Officer Walker, Officer Bailey,
Officer Nolin, Officer Mitchell, Officer
Coreano, Officer McLoughlin and

                        Officer Barr.

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0808 (fax)
bg@rsjg.com (email)

## CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
LAW OFFICES OF JAY LEWIS, LLC
P. O. Box 5059
Montgomery, AL 36103-5059

C. Richard Hill, Jr., Esq.
Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
WEBB & ELEY, P.C.
P. O. Box 240909
Montgomery, AL 36124

                        *s/ R. Brett Garrett*
                        OF COUNSEL