IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., | * |
| | * |
|   Plaintiffs, | * |
| | * |
|        v. | *   Civil Case No. 3:05-CV-473-WKW |
| | * |
| CITY OF PHENIX CITY, et al., | * |
| | * |
|   Defendants. | * |

## NOTICE OF APPEARANCE

COMES NOW Carol Gerard to enter her appearance as one of the attorneys for Plaintiffs herein and respectfully requests of the Court and all parties that she be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the __27th__ day of April, 2007.

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Richard Hill, Jr.
Kendrick Webb

1

James Paul Graham, Jr.
James Robert McKoon, Jr.

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G