IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. 3:05-CV-473-WKW |
| | * | |
| CITY OF PHENIX CITY, et al., | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR EXTENSION OF TIME TO FILE
## SUMMARY JUDGMENT RESPONSES

COMES NOW Plaintiffs, by and through counsel, and would pray that the Court will grant them an extension within which to file their response to the defendants' motions for summary judgment and would show unto the Court as follows:

1. As per this Court's Briefing Order (Doc. No. 54), the said response is due on or before May 14, 2007.

2. Given the fact that Plaintiffs must respond to two motions for summary judgments, the voluminous documents in this case, that undersigned counsel has oral argument before the Eleventh Circuit scheduled for May 15, 2007, trial scheduled in the Middle District of Alabama for the June 4, 2007 term (*McGaughy v. Kitchen Airfreight,* 06-CV-320), and that undersigned counsel has pre-standing personal commitments from May 17-May 26, 2007, the undersigned counsel asks for an extension of three weeks, making the responses due on June 5, 2007.

3. Plaintiffs' counsel has contacted Scott Gosnell, counsel for Defendants Goodrich and

Taylor, who has authorized Plaintiffs to represent they do not oppose this motion.  Plaintiffs' counsel has attempted to contact Brett Garrett, counsel for Defendants City of Phenix City, Officer Lahr, Officer Walker, Officer Bailey, Officer Nolin, Officer Mitchell, Officer Coreano, Officer McLoughlin and Officer Barr, but was unsuccessful in reaching him.

WHEREFORE, the premises considered, Plaintiffs pray that the Court will grant them an extension of time up to and including June 5, 2007, within which to file their responses to the defendants' motions.

RESPECTFULLY SUBMITTED on this the __27th__ day of April, 2007.

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Richard Hill, Jr.
Kendrick Webb
Scott Gosnell
Ronald G. Davenport
R. Brett Garrett

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059

Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G