IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-00473-WKW |
| ) | |
| CITY OF PHENIX CITY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the plaintiffs' Motion for Extension of Time to File (Doc. # 56), it is ORDERED that the motion is GRANTED. The plaintiffs shall file their responses to the summary judgment motions **on or before June 5, 2007.** The defendants shall file their reply briefs, if any, **on or before June 19, 2007.**

DONE the 30th day of April, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE