IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **LISA BARNETTE, et al.,** | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. 3:05-CV-473-WKW |
| | * | |
| **CITY OF PHENIX CITY, et al.,** | * | |
| Defendants. | * | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiffs has met and conferred with one or more of the counsel for the defendants regarding the possibility of settling this case. The parties continue to negotiate, but do not believe that settlement is possible prior to a ruling on the defendants' motion for summary judgment. The parties do not now believe that mediation will assist them in resolving this case short of trial.

RESPECTFULLY SUBMITTED on this the __10__ day of May, 2007.

/s/ JAY LEWIS
Jay Lewis
Attorney for Plaintiff
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

1

## CERTIFICATE OF SERVICE

    I hereby certify that on May 10, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Scott Gosnell
Kendrick Webb
Ronald G. Davenport
R. Brett Garrett

                                              /s/ JAY LEWIS
                                              Jay Lewis
                                              Attorney for Plaintiff
                                              LAW OFFICES OF JAY LEWIS, LLC
                                              P.O. Box 5059
                                              Montgomery, Alabama, 36104
                                              334-263-7733 (voice)
                                              334-263-7733 (fax)
                                              J-Lewis@JayLewisLaw.com
                                              ASB-2014-E66J