IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. 3:05-cv-473-WKW |
| | * | |
| CITY OF PHENIX CITY, et al., | * | |
| | * | |
| Defendants. | * | |

## MOTION TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS CITY OF PHENIX CITY, ALABAMA, GREG LAHR, TERRANCE WALKER, MICHAEL BAILEY, STEVE NOLIN, CURTIN MITCHEL, LUIS COREANO, WARREN McLAUGHLIN AND JARROD BARR WITH THE AFFIDAVIT OF MICHAEL BAILEY

COME NOW the Defendants, City of Phenix City, Alabama, Greg Lahr, Terrance Walker, Michael Bailey, Steve Nolin, Curtin Mitchell, Luis Coreano, Warren McLaughlin and Jarrod Barr, and supplement their pending Motion for Summary Judgment to include the Affidavit of Officer Michael Bailey, attached hereto as Exhibit "E" to the Motion.

Respectfully submitted this the 11th day of May, 2007.

> s/ Ronald G. Davenport
> s/ R. Brett Garrett
> RONALD G. DAVENPORT (DAV044)
> R. BRETT GARRETT (GAR085)
> Attorneys for Defendants City of Phenix City,
> Officer Lahr, Officer Walker, Officer Bailey,
> Officer Nolin, Officer Mitchell, Officer
> Coreano, Officer McLoughlin and
> Officer Barr

1

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0808 (fax)
bg@rsjg.com (email)


## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jay Lewis, Esq.
    Keith Anderson Nelms, Esq.
    LAW OFFICES OF JAY LEWIS, LLC
    P. O. Box 5059
    Montgomery, AL 36103-5059

    C. Richard Hill, Jr., Esq.
    Kendrick E. Webb, Esq.
    Scott W. Gosnell, Esq.
    WEBB & ELEY, P.C.
    P. O. Box 240909
    Montgomery, AL 36124

                                              *s/ R. Brett Garrett*
                                              OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO. 3:05-cv-473-WKW |
| CITY OF PHENIX CITY, et al., | * | |
| Defendants. | * | |

### AFFIDAVIT OF MICHAEL BAILEY

STATE OF ALABAMA    )
COUNTY OF RUSSELL   )

**BEFORE ME,** _Angela Harrison_, a notary public in and for said County and State, personally appeared **MICHAEL BAILEY**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Michael Bailey. I am over the age of twenty-one (21) and am personally familiar with all the facts set forth in this affidavit. I was employed by the Phenix City Police Department as a narcotics investigator from August 2003 through June 2006. I am currently employed by the Lee County, Alabama Sherriff's Department.

On February 10, 2005, I was acting as a member of the SWAT team that entered Plaintiffs' residence in search of David Thrower.

In order to gain entry, members of the SWAT team formed a column outside the front door of the Plaintiffs' residence. I assumed the lead position. After the column had fully assembled, a member of the column to my rear moved forward to the door,



DEFENDANT'S
EXHIBIT
E

announced the presence of the SWAT team, and knocked three times. I estimate that the announcement and subsequent knocking lasted four seconds. After knocking, the officer retreated to his place in the column to my rear.

I approximate that I waited an additional four seconds for a response from within the house. After receiving no response, I used a hand ram to gain access. The entry column proceeded past me into the house.

I estimate that eight seconds passed between the time of announcement and entry."

Further affiant sayeth not.

_____
MICHAEL BAILEY


STATE OF ALABAMA        )
COUNTY OF RUSSELL      )

I, __Angela Harrison__, a Notary Public in and for said State and County, hereby certify that MICHAEL BAILEY being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

SWORN TO and SUBSCRIBED BEFORE ME on this the __2__ day of __May__, 2007.

_____
NOTARY PUBLIC
My Commission Expires: 5/24/2009

(NOTARIAL SEAL)

2