IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-00473-WKW |
| ) | |
| CITY OF PHENIX CITY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the defendants' Motion to Supplement (Doc. # 59), it is ORDERED that the motion is GRANTED.

DONE this 16th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE