# FREEDOM COURT REPORTING

## Page 1

```
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE MIDDLE DISTRICT OF ALABAMA
 3        EASTERN DIVISION
 4
 5   CASE NUMBER: 3:05CV473-B
 6   LISA BARNETTE, et al.,
 7        Plaintiffs,
 8        vs.
 9   CITY OF PHENIX CITY, et al.,
10        Defendants.
11
12        S T I P U L A T I O N
13        IT IS STIPULATED AND AGREED by and
14   between the parties through their respective
15   counsel, that the deposition of C.B.
16   Barnette may be taken before Angela Smith,
17   RPR, CRR, at the offices of McKoon, Thomas &
18   McKoon, at 925 Broad Street, Phenix City,
19   Alabama 36867, on the 3rd day of October,
20   2006.
21
22        DEPOSITION OF C.B. BARNETTE
23
```

## Page 2

```
 1        IT IS FURTHER STIPULATED AND
 2   AGREED that the signature to and the reading
 3   of the deposition by the witness is waived,
 4   the deposition to have the same force and
 5   effect as if full compliance had been had
 6   with all laws and rules of Court relating to
 7   the taking of depositions.
 8        IT IS FURTHER STIPULATED AND
 9   AGREED that it shall not be necessary for
10   any objections to be made by counsel to any
11   questions except as to form or leading
12   questions, and that counsel for the parties
13   may make objections and assign grounds at
14   the time of the trial, or at the time said
15   deposition is offered in evidence, or prior
16   thereto.
17        IT IS FURTHER STIPULATED AND
18   AGREED that the notice of filing of the
19   deposition by the Commissioner is waived.
20
21        * * * * * * * * * * * *
22
23
```

PLAINTIFF'S EXHIBIT 3

## Page 3

```
 1        * * * * * * * * * * * *
 2             I N D E X
 3             EXAMINATION
 4                  PAGE
 5   By Mr. Webb ........................ 7
 6   By Mr. Nelms ....................... 72
 7        EXAMINATION CONTINUED
 8                  PAGE
 9   By Mr. Webb ........................ 90
10   By Mr. Nelms ....................... 94
11        * * * * * * * * * * * *
```

## Page 4

```
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE MIDDLE DISTRICT OF ALABAMA
 3        EASTERN DIVISION
 4
 5   CASE NUMBER: 3:05CV473-B
 6   LISA BARNETTE, et al.,
 7        Plaintiff,
 8        vs.
 9   CITY OF PHENIX CITY, et al.,
10        Defendant.
11
12   BEFORE:
13        ANGELA SMITH, Commissioner.
14
15   APPEARANCES:
16        K. ANDERSON NELMS, ESQUIRE, of JAY
17   LEWIS, L.L.C., 847 S. McDonough St., Ste:
18   100, Montgomery, Alabama 36104, appearing on
19   behalf of the Plaintiff.
20        KENDRICK E. WEBB, ESQUIRE, of WEBB
21   & ELEY, 7475 Halcyon Pointe Road,
22   Montgomery, Alabama 36124, appearing on
23   behalf of the Defendant.
```

1 (Pages 1 to 4)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 25

1  happening?
2      A.   No, sir.
3      Q.   Okay. Will you tell me about
4  hearing the loud noise?
5      A.   I thought somebody was
6  breaking in the house.
7      Q.   Okay. Will you just try and
8  describe for me what happened?
9      A.   I didn't know what was going
10 on.
11     Q.   Were you laying in bed?
12     A.   In Sara's room.
13     Q.   In Sara's room?
14     A.   Yes, sir.
15     Q.   Laying on her bed?
16     A.   Yes, sir.
17     Q.   And she was at the computer?
18     A.   Yes, sir.
19     Q.   And you basically heard
20 something like somebody was breaking in?
21     A.   Yes, sir.
22     Q.   And you heard a loud bang?
23     A.   Yes, sir.

Page 26

1      Q.   Okay. What did you do?
2      A.   I jumped out the window.
3      Q.   Okay. Why did you do that?
4      A.   Because I was scared.
5      Q.   And did you see officers
6  outside the house when you tried jumping out
7  the window?
8      A.   Yes, sir.
9      Q.   And what did they do?
10     A.   They pointed a gun at me.
11     Q.   Now, were these officers in
12 uniforms?
13     A.   No, sir. One had on, like,
14 some beige pants and a blue shirt.
15     Q.   I'm sorry?
16     A.   They had some beige pants and
17 a blue shirt.
18     Q.   Beige pants and a blue shirt?
19     A.   Yes, sir.
20     Q.   And how many officers were
21 outside the window -- outside the house?
22     A.   Just one.
23     Q.   I'm sorry?

Page 27

1      A.   One.
2      Q.   Just one. And he pointed a
3  gun at you; right?
4      A.   Yes, sir.
5      Q.   And what did he tell you?
6      A.   He told me to get down.
7      Q.   Get down?
8      A.   Yes, sir.
9      Q.   So, were you outside at this
10 time?
11     A.   Yes, sir.
12     Q.   So, you got down on the ground
13 when you were outside; right?
14     A.   Yes, sir.
15     Q.   Which way was your head
16 pointed?
17     A.   At the officer.
18     Q.   At the officer?
19     A.   Yes, sir.
20     Q.   Okay. And what did the
21 officer -- Did the officer say anything to
22 you?
23     A.   No, sir.

Page 28

1      Q.   Okay. And did you remain --
2  Did you obey the officer and remain on the
3  ground?
4      A.   I got scared and jumped back
5  in the window.
6      Q.   You got scared and jumped back
7  in the window?
8      A.   Yes, sir.
9      Q.   With an officer pointing a gun
10 at you?
11     A.   Yes, sir.
12     Q.   Did he tell you he was an
13 officer?
14     A.   No, sir.
15     Q.   Okay. So, you jumped back in
16 the window?
17     A.   Yes, sir.
18     Q.   And the officer never shot
19 you; right?
20     A.   No, sir.
21     Q.   And then what happened when
22 you jumped back in the window?
23     A.   Sara was laying on the ground

7 (Pages 25 to 28)

FREEDOM COURT REPORTING

Page 29

1  and I fell back on top of her.
2      Q.   So, you landed on top of her
3  or what? I'm sorry. Sara was on the ground
4  and you what?
5      A.   I fell on top of her.
6      Q.   You fell on top of her when
7  you were coming in the window?
8      A.   Yes, sir.
9      Q.   Okay. And then what happened?
10     A.   And then it was pretty much
11 over.
12     Q.   Okay. And then everything was
13 calm, people identified themselves as police
14 officers?
15         MR. NELMS: Object to the
16 form.
17     A.   Yes, sir.
18     Q.   Did you -- Did you ever hear
19 anybody tell you what it was about or why
20 they were there?
21     A.   No, sir.
22     Q.   Did you hear anybody tell
23 anybody else why they were there?

Page 30

1      A.   No, sir.
2      Q.   Did anybody ever tell you why
3  they were there?
4      A.   No, sir.
5      Q.   Did your mother ever tell you
6  what they told you as to why they were
7  there?
8      A.   She was trying to find out.
9      Q.   Okay. And so, no one told you
10 that they were there to get -- looking for
11 your Uncle Kenny?
12     A.   No, sir.
13     Q.   How long did it -- were you --
14 Now, when you went outside and they told you
15 to get on the ground and you got on the
16 ground, how long were you on the ground
17 before you jumped up and crawled back in the
18 window?
19     A.   About five seconds.
20     Q.   About five seconds?
21     A.   Yes, sir.
22     Q.   And then, when you got back
23 into your room, and you went to the ground,

Page 31

1  how long were you on the floor at that time?
2      A.   A minute.
3      Q.   A minute. And then you were
4  allowed to get back up?
5      A.   Yes, sir.
6      Q.   Okay. Did they tell you, "You
7  can get up now?"
8      A.   Yes, sir.
9      Q.   Did they tell you, "You can
10 relax now?"
11     A.   No, sir. They just told us to
12 get up.
13     Q.   You can get up. Okay. Did
14 anybody ask you any questions?
15     A.   No, sir.
16     Q.   Did anybody talk to you?
17     A.   No, sir.
18     Q.   Okay. Did you see or hear
19 anybody talking to Sara?
20     A.   No, sir. She was in there
21 with me.
22     Q.   She was in there with you?
23     A.   Yes, sir.

Page 32

1      Q.   And you never saw anybody talk
2  to her?
3      A.   No, sir.
4      Q.   Did you see or hear anybody
5  talk to your mother?
6      A.   No, sir. I was in Sara's
7  room.
8      Q.   Okay. And after you got back
9  up, how long was it before they left?
10     A.   Five minutes.
11     Q.   Okay. So, the -- Okay. Did
12 you recognize any of the uniforms that
13 anybody might have had?
14     A.   No, sir.
15     Q.   Do you know whether any of
16 these law enforcement officers were from the
17 City of Phenix City?
18     A.   No, sir.
19     Q.   Do you know whether any of
20 these law enforcement officers were from the
21 Russell County Sheriff's Department?
22     A.   No, sir.
23     Q.   Okay. What happened -- Did

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 49

1  your Aunt Tina and your grandmother came by?
2    A.   No, sir.
3    Q.   Do you know where your Aunt
4  Tina lives?
5    A.   Columbus, Georgia.
6    Q.   And your grandmother just
7  lives --
8    A.   Down the street.
9    Q.   -- just a stone's throw from
10 your house?
11   A.   Yes, sir.
12   Q.   I mean, could you pick up a
13 rock and throw it and hit her house?
14   A.   You'd probably have to have
15 like a Michael Vick arm.
16   Q.   But you could do it?
17   A.   Yeah.
18   Q.   How far away is it?
19   A.   Not even a mile, not even a
20 half a mile.
21   Q.   Is it fifty yards?
22   A.   About thirty.
23   Q.   About thirty yards.  You know

Page 50

1  what a football looks like; right?
2    A.   Yes, sir.
3    Q.   Okay.  About thirty yards to
4  your grandmother's house?
5    A.   Yes, sir.
6         (Off-the-Record discussion
7          was held.)
8    Q.   Now, what do you remember --
9  You don't remember what time your
10 grandmother and your Aunt Tina came by;
11 right?
12   A.   No, sir.
13   Q.   It's just sometime in the
14 afternoon; is that right?
15   A.   Yes.
16   Q.   And you remembered overhearing
17 them.  What do you remember overhearing of
18 their conversation?
19   A.   That Uncle Kenny was arrested.
20   Q.   Did you hear what he was
21 arrested for?
22   A.   Yes, sir.
23   Q.   What?

Page 51

1    A.   Child molestation.
2    Q.   Did you hear anything else
3  that they said?
4    A.   No, sir.
5    Q.   Did you say anything?
6    A.   No, sir.
7    Q.   Did you talk to anybody on the
8  telephone that day?
9    A.   No, sir.
10   Q.   What happened next?  What was
11 the next time you heard anybody talk about
12 this incident?
13   A.   I didn't.
14   Q.   Okay.  Now, did your dad come
15 home that night?
16   A.   Yes, sir.
17   Q.   Okay.  And he was -- Did you
18 hear that he was -- he had been in Atlanta,
19 working?
20   A.   Yes, sir.
21   Q.   And do you recall him taking
22 pictures in the house?
23   A.   Yes, sir.

Page 52

1    Q.   And he also took three
2  pictures of your legs; is that correct?
3    A.   Yes, sir.
4    Q.   And those showed three minor
5  scrapes on your legs; is that correct?
6    A.   Yes, sir.
7    Q.   And you received those scrapes
8  while trying to jump out the window; is that
9  correct?
10   A.   Yes, sir.
11   Q.   Or by actually jumping out the
12 window?
13   A.   Yes, sir.
14   Q.   And is there anything else
15 that -- any other way -- Did those hurt in
16 any way?
17   A.   No, sir.
18   Q.   Okay.  I assume playing
19 football, you get hit a lot harder than that
20 at practice; right?
21   A.   Yes, sir.
22   Q.   Okay.  Do you recall, you
23 know, anything else that happened that

13 (Pages 49 to 52)

**Page 61**

1  A.  Early evening.
2  Q.  Okay. Was there a little bit
3  of daylight or no daylight?
4  A.  Little bit of daylight.
5  Q.  Little bit of daylight. Now,
6  if you -- Besides any attorneys that
7  represent your family, have you talked with
8  anybody else about this incident?
9  A.  No, sir.
10  Q.  Do you recall ever going to
11  counseling about this?
12  A.  Yes, sir.
13  Q.  Okay. When did you go to
14  counseling about this?
15  A.  I went for a long time, but I
16  couldn't tell you when I started.
17  Q.  Okay. Do you know -- Can you
18  tell me when you stopped?
19  A.  I couldn't tell you the exact
20  date.
21  Q.  Okay. Do you know whether it
22  was a month or two months after this
23  incident when you started?

**Page 62**

1  A.  About a month after what
2  happened I started going.
3  Q.  Okay. Sometime in -- Would it
4  have been before or after spring break? All
5  kids know when spring break is. Or was it
6  during spring break?
7      MR. NELMS: If you remember.
8  A.  I'm not sure.
9  Q.  You're not sure?
10  A.  No, sir.
11  Q.  But you think about a month
12  after this happened, but you don't know
13  whether it was before or after spring break?
14  A.  I started going for a long
15  time. I just don't know --
16  Q.  But, I mean, when you started
17  going, you're not sure when you started
18  going, but you think it was about a month
19  after this incident; correct?
20  A.  Yes, sir.
21  Q.  Okay. And do you know how
22  many times you went?
23  A.  I started going, like, once

**Page 63**

1  every week and then I started going once
2  every two weeks.
3  Q.  And do you remember who you
4  saw?
5  A.  Moore.
6  Q.  I'm sorry?
7  A.  Ms. Moore.
8  Q.  And what did you talk to her
9  about?
10  A.  About what happened.
11  Q.  Okay. Was your mom with you
12  when you talked to Ms. Moore?
13  A.  Most of the time, she was.
14  Q.  Okay. Did you ever talk to
15  Ms. Moore by yourself?
16  A.  Yes, sir.
17  Q.  And why did you talk with her
18  about the incident?
19  A.  I just had to find a way to
20  get it off my mind.
21  Q.  And what do you mean by that?
22  A.  Just stop thinking about what
23  happened.

**Page 64**

1  Q.  Okay. So, you were thinking
2  about what happened?
3  A.  Yes, sir.
4  Q.  And that's why you went to see
5  Ms. Moore?
6  A.  Yes, sir.
7  Q.  And have you been able to now
8  deal with that?
9  A.  Sometimes when I, like, look
10  out the window, I wonder if, like, somebody
11  is going to break in the house.
12  Q.  Now, you now know that the law
13  enforcement officers were the ones that came
14  into the house; right? Do you know that?
15      MR. NELMS: Do you understand
16  the question?
17      THE WITNESS: No.
18  Q.  Do you know that officers were
19  the ones that came into the house on
20  February 10th?
21  A.  Yes, sir.
22  Q.  Okay. They were law
23  enforcement officers. Did you know they

16 (Pages 61 to 64)

Page 65

1  were looking for your uncle, Kenny Thrower?
2      A.   Yes, sir.
3      Q.   Okay. And you understand why
4  they were looking for him, don't you?
5      A.   Yes, sir.
6           MR. NELMS: Are you asking him
7  what he understands now or what he
8  understood at the time?
9           MR. WEBB: Yeah. What he
10 understands now. That's fine.
11     Q.   And you understand that your
12 Uncle Kenny has -- is now in prison; right?
13     A.   Yes, sir.
14     Q.   And it was -- He's in prison
15 for what the officers were looking for him
16 for; right?
17     A.   Yes, sir.
18     Q.   Now, you -- You don't recall
19 the last time you spoke with Ms. Moore;
20 right?
21     A.   No, sir.
22     Q.   It's been about a year since
23 you spoke to Ms. Moore?

Page 66

1      A.   Somewhere around there.
2      Q.   Okay. And you've been able to
3  now deal with this; right?
4           MR. NELMS: Object to the
5  form.
6      A.   What do you mean?
7      Q.   You've been able to now deal
8  with this to where you don't need to see
9  Ms. Moore anymore?
10     A.   Just at nighttime.
11     Q.   You're able to deal with it at
12 night?
13     A.   No, sir. I'm not.
14     Q.   You're not able to deal with
15 it at night?
16     A.   Yes.
17     Q.   Why aren't you able to deal
18 with it at night?
19          MR. NELMS: Object to the
20 form.
21     A.   Because that's, like, when
22 burglars like to come in, is at nighttime.
23     Q.   Okay. And you're concerned

Page 67

1  that burglars will come into your house?
2      A.   Yes, sir.
3      Q.   Now, when this all happened,
4  it was about 12:30 in the afternoon;
5  correct?
6      A.   Yes, sir.
7      Q.   But what your concern is, and
8  these were law enforcement officers that you
9  now know came in at 12:30 in the afternoon
10 to look for someone that's been convicted of
11 a crime; right?
12     A.   Yes, sir.
13     Q.   And what your concern is, is
14 that burglars will come into your home at
15 night; is that right?
16     A.   Yes, sir.
17     Q.   Okay. And do you think about
18 this every night or is this just something
19 that is just occasional?
20     A.   Every so often.
21     Q.   Ever so often?
22     A.   Yes, sir.
23     Q.   Okay. And have you told your

Page 68

1  mother that you need to go back to see
2  Ms. Moore?
3      A.   I don't think I need to go
4  back. It's just -- I just think about it.
5      Q.   You just think about --
6      A.   Going and having to deal with
7  that again.
8      Q.   Okay. You understand that law
9  enforcement officers have a duty to protect
10 the public, don't you? Do you understand
11 that?
12     A.   Repeat the question.
13     Q.   Do you understand that law
14 enforcement officers have a duty to protect
15 the public?
16     A.   Yes, sir.
17     Q.   And you understand that law
18 enforcement officers have a duty to
19 apprehend criminals; right?
20     A.   Yes, sir.
21     Q.   And you know that no law
22 enforcement officer would ever knowingly
23 harm you; right?

17 (Pages 65 to 68)

Page 73

1  A. Yes, sir.
2  Q. Okay. Let's go back to
3  February the 10th.
4  A. Yes, sir.
5  Q. And I believe you said that
6  you were in Sara's room and you were laying
7  on her bed.
8  A. Yes, sir.
9  Q. Okay. What was the weather
10 like out that day, do you remember?
11 A. Kind of sunny.
12 Q. Was it warmer or colder?
13 A. Warm.
14 Q. Okay. What were you wearing?
15 A. Boxers.
16 Q. Were you wearing anything
17 else?
18 A. No, sir.
19 Q. Okay. Was the window in
20 Sara's room open or closed?
21 A. Open.
22 Q. It was already open?
23 A. Yes, sir.

Page 74

1  Q. Okay. Did you see or hear
2  anything unusual, either inside the house or
3  outside the house, before you heard the
4  large bang?
5      MR. WEBB: Object to the form.
6  A. No, sir.
7  Q. Did you see or hear anyone
8  walking around outside the house?
9  A. No, sir.
10 Q. And I believe you've already
11 testified that you then heard a large bang
12 or boom; is that correct?
13     MR. WEBB: Object to the form.
14 A. Yes, sir.
15 Q. What do you characterize the
16 sound as?
17 A. Boom.
18 Q. Okay. And after you heard
19 that boom, you testified earlier to Mr. Webb
20 that you jumped out the window; is that
21 correct?
22     MR. WEBB: Object to the form.
23 A. Yes, sir.

Page 75

1  Q. Is that what you testified to
2  earlier, that you jumped straight out the
3  window after you heard the boom?
4      MR. WEBB: Object to the form.
5      MR. NELMS: What's the basis
6  for the objection?
7      MR. WEBB: The form of the
8  question. You're leading him. That's a
9  leading question.
10     MR. NELMS: Oh, okay. He's
11 twelve years old.
12     MR. WEBB: I understand, but
13 just -- Whenever I'm pointing to her,
14 saying, "Object to the form," that's usually
15 because you're leading.
16     MR. NELMS: All right. Let me
17 reform myself, then.
18 Q. Did you testify earlier -- Do
19 you recall testifying earlier for Mr. Webb?
20 A. Yes, sir.
21 Q. Okay. Do you recall
22 testifying earlier that you heard a sound?
23 A. Yes, sir.

Page 76

1  Q. Describe the sound.
2  A. Boom.
3  Q. Was that a -- Do you consider
4  that a loud sound or a soft sound?
5  A. Loud.
6  Q. Okay. What was your emotional
7  reaction, if any, when you heard the sound?
8  A. What do you mean?
9  Q. Did it -- How did it make you
10 feel?
11 A. Scared.
12 Q. How scared?
13 A. That I defecated and urinated
14 on myself.
15 Q. You defecated and urinated on
16 yourself?
17 A. Yes, sir.
18 Q. Was that right as you heard
19 the sound?
20 A. Yes, sir.
21 Q. Okay. Then you jumped out the
22 window?
23 A. Yes, sir.

19 (Pages 73 to 76)

Page 81

1  that you saw outside the window who told you
2  to get down, at the time that you were
3  outside, could you hear any other law
4  enforcement officers?
5      A.   No, sir.
6      Q.   Okay. When you jumped back
7  into the window, or into Sara's bedroom,
8  were there any law enforcement officers in
9  Sara's bedroom?
10     A.   Yes, sir.
11     Q.   Did they say anything to you?
12     A.   Just told me to get down.
13     Q.   Did you get down?
14     A.   Yes, sir.
15     Q.   All right. Describe how you
16 got down.
17     A.   Just fell on the ground.
18     Q.   Were you face down or face up?
19     A.   Face down.
20     Q.   Okay. I believe you testified
21 earlier that you were on top of Sara.
22     A.   Yes, sir.
23     Q.   Did any of the officers show

Page 82

1  you -- Excuse me. Check that.
2           Do you know what a warrant is?
3      A.   Yes, sir.
4      Q.   Tell me what you think a
5  warrant is.
6      A.   What kind of warrant? A
7  search warrant?
8      Q.   Okay. A search warrant.
9      A.   It gives the police officers
10 the right to search your house.
11     Q.   Okay. At any time that the
12 police officers were in your house, did they
13 show you a search warrant?
14     A.   No, sir.
15     Q.   Okay. Did you ask to see a
16 search warrant?
17     A.   No, sir.
18     Q.   Did any police officer offer
19 to show you a warrant?
20     A.   No, sir.
21     Q.   Okay. Regarding your visits
22 to the counselor, Ms. Moore, did she ever
23 explain to you what the purpose of your

Page 83

1  coming to see her was?
2      A.   No, sir.
3      Q.   Did you have an understanding
4  as to why you were going to see her?
5      A.   Yes, sir.
6      Q.   What was that?
7      A.   Because of what happened.
8      Q.   Okay. But what was the
9  purpose of seeing her about what happened?
10     A.   What do you mean?
11     Q.   You were going to go to see
12 her to talk to her about what happened on
13 February 10th; right?
14          MR. WEBB: Object to the form.
15     A.   Yes, sir.
16     Q.   Is that what you understand?
17     A.   Yes, sir.
18     Q.   Okay.
19     A.   To talk about my problems.
20     Q.   Okay. And what was your
21 problem that you wanted talked out?
22     A.   What?
23     Q.   I didn't hear you?

Page 84

1      A.   What did you say?
2      Q.   What was the problem? You
3  said you wanted to see her to talk out your
4  problems; is that right?
5      A.   Yes, sir.
6      Q.   Okay. What were the problems
7  that you wanted to talk out?
8      A.   About how police officers can,
9  like, come into your house and scare you
10 like that.
11     Q.   Okay. How do you feel about
12 the police today, as you sit here and talk
13 to us?
14     A.   I don't see how they can come
15 into your house and -- How do I feel about
16 them?
17     Q.   How do you feel about them?
18     A.   I always wanted to be a police
19 officer when I was little, but if that's how
20 they do to people, I don't want to have a
21 part of it.
22     Q.   Okay. When you see police
23 officers, whether they're sheriff deputies

Page 85

1  or officers with the City police department
2  out in public these days, how do you feel
3  when you see a police officer?
4      A.   I don't feel no way.
5      Q.   I'm sorry?
6      A.   I don't feel no way.
7      Q.   You don't feel that way?
8      A.   Huh-uh.
9      Q.   What way is that?
10     A.   I don't feel -- Repeat the
11 question.
12     Q.   Tell me how -- Imagine you're
13 out at the mall, and you see a law
14 enforcement officer in his uniform, with his
15 badge and his gun, what is your feeling or
16 reaction when you see such a law enforcement
17 officer today?
18          MR. WEBB: Object to the form.
19     A.   I don't feel no way.
20     Q.   You don't feel no way?
21     A.   No, sir.
22     Q.   Do you trust police today?
23     A.   Not after what happened.

Page 86

1      Q.   Did you trust the police
2  before February the 10th?
3      A.   Yes, sir.
4      Q.   All right. You said some
5  things while ago that were really
6  interesting, and I think we need to just
7  clarify a little bit. You've got two sheds
8  in your backyard?
9      A.   Yes, sir.
10     Q.   Okay. And are there -- Do you
11 store ATVs in both sheds? Or let's say your
12 daddy, does he store ATVs in both sheds?
13     A.   Yes, sir.
14     Q.   Okay. On February the 10th,
15 were there ATVs in both sheds?
16     A.   Yes, sir.
17     Q.   Okay. And there were three
18 ATVs; right?
19     A.   Yes, sir.
20     Q.   Okay. Can you tell me which
21 ATVs were in which sheds?
22     A.   The Honda was in the shed that
23 don't have a lock.

Page 87

1      Q.   Okay.
2      A.   And the two Polarises were in
3  the one -- the shed that had a lock on it.
4      Q.   Okay. And tell me about the
5  lock on the shed that had the Polarises in
6  it. Where is it?
7      A.   Where is what?
8      Q.   The lock.
9      A.   On the door.
10     Q.   Okay. Tell me about the door.
11     A.   It's a big, old, thick wooden
12 door.
13     Q.   Okay. Is that the door you
14 drive ATVs in and out through?
15     A.   Yes, sir.
16     Q.   Okay. Is there any way to get
17 inside that shed without going through that
18 door?
19     A.   Yes, sir. But you've got to
20 have a key.
21     Q.   But you've got to have a key?
22     A.   Yes, sir.
23     Q.   Is there another door, a side

Page 88

1  door?
2      A.   Yes, sir.
3      Q.   Okay. And does it stay
4  locked, generally?
5      A.   No, sir.
6      Q.   Okay. What about the big door
7  that you drive ATVs in and out through, does
8  it stay locked, generally?
9      A.   Yes, sir.
10     Q.   Okay. Now, if you know, back
11 on February the 10th, the big door on that
12 shed that you drive the ATVs through, was it
13 locked or unlocked?
14     A.   It was locked.
15     Q.   Okay. Now, there was another
16 door on the big shed; right?
17     A.   Yes.
18     Q.   Was it locked or unlocked, the
19 best you know?
20     A.   It was unlocked.
21     Q.   Okay. When you came back
22 through the window, as you were laying there
23 on top of Sara, were law enforcement

22 (Pages 85 to 88)

Page 89

1  officers in the room with you?
2  A.  Yes, sir.
3  Q.  How many?
4  A.  Two to three.
5  Q.  Okay. Were they pointing
6  their weapons at you?
7  A.  They were, until they told us
8  to get up.
9  Q.  Okay. Did you ever see any of
10 the officers look in closets?
11 A.  Yes, sir.
12 Q.  Did you see them look under
13 the bed?
14 A.  No, sir.
15 Q.  Did you see them look in any
16 drawers?
17 A.  No, sir.
18 Q.  Did they ask you any
19 questions?
20 A.  No, sir.
21     MR. NELMS: That's all I've
22 got.
23     MR. WEBB: I've got a few

Page 90

1  questions.
2     EXAMINATION CONTINUED
3  BY MR. WEBB:
4  Q.  Do you know what the word
5  "defecated" means?
6  A.  Defecate?
7  Q.  Yeah. What does that mean?
8  A.  To use the number two.
9  Q.  Okay. And that's what
10 happened, you messed in your pants?
11 A.  Yes, sir.
12 Q.  Is that what it was?
13 A.  Yes, sir.
14 Q.  And you were wearing boxers?
15 A.  Yes, sir.
16 Q.  And you also peed in your
17 pants?
18 A.  Yes, sir.
19 Q.  Okay. And that was as a
20 result of that noise?
21 A.  Yes, sir.
22 Q.  How did you know -- How do you
23 know what a search warrant is?

Page 91

1  A.  Dictionary.
2  Q.  Dictionary. Did you look it
3  up?
4  A.  Yes, sir.
5  Q.  Why did you look it up?
6  A.  I just did.
7  Q.  When did you look it up?
8  A.  In school.
9  Q.  When?
10 A.  I was in the Ss and I saw
11 search warrant and I just read it.
12 Q.  Okay. When was it? How long
13 ago was it? Recently or was it a long time
14 ago?
15 A.  About the fifth grade.
16 Q.  About the fifth grade. And
17 you just remembered it?
18 A.  Yes, sir.
19 Q.  Do you see your Uncle Dennis
20 very much, Dennis Green?
21 A.  Do I see him?
22 Q.  Yeah. Do you see him much?
23 A.  No, sir.

Page 92

1  Q.  You don't go by his house, he
2  doesn't come by your house much?
3  A.  No, sir.
4  Q.  When was the last time you saw
5  him?
6  A.  About 2001, 2002.
7  Q.  Okay. And you haven't spoken
8  to him on the phone since then?
9  A.  No, sir.
10 Q.  Do you know where he works?
11 A.  No, sir. Something -- He
12 works with the police or something. I'm not
13 real sure.
14 Q.  City of Phenix City Police
15 Department. Do you know if he works there?
16 A.  No, sir. I just know he's
17 with the police.
18 Q.  He's a police officer? And do
19 you trust your Uncle Dennis?
20 A.  I don't know him that well.
21 Q.  Okay. But have you ever heard
22 anything bad about him?
23 A.  No, sir.

23 (Pages 89 to 92)