IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 3:05-cv-473-T |
| | ) |
| CITY OF PHENIX CITY, et al., | ) |
| | ) |
| Defendants. | ) |

### MICHAEL BAILEY'S ANSWERS AND RESPONSES TO PLAINTIFFS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION

1. State the full name, age, address and present position of each person or persons answering this discovery providing this defendant's driver's license number and state, social security number and date of birth.

Answer: Michael Bailey, 30, 158 Lee Road 974, Phenix City, Alabama 36870, Police Officer, AL 7358978, 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, 1/3/75.

2. With the exception of legal counsel, identify all your agents, fellow employees, family members, friends, fellow law enforcement and representatives who are familiar with or have knowledge of any of the material facts given in answer to these interrogatories, referring to the interrogatory response to which such person has knowledge.

Answer: Just those present at the time of the incident in question.



RECEIVED
NOV 0 4 2005
BY:_____

3. Have you had any conversation with any person, other than your legal counsel, regarding any information, facts, subject matter or otherwise, related to this lawsuit. If so, please give the name of the person with whom you spoke, the substance of the conversation and the date of the conversation.

Answer: Not that I recall.

4. Please provide an accounting of all training you have received related to your job in law enforcement, giving the dates and places of said training including certificates of completion received.

Answer: Police academy and also see training certificate(s).

5. Provide copies of any warrants for the arrest of Kenneth Dean Thrower (d.o.b. 3/13/72) in your possession or available to you.

Answer: See information provided with case file.

6. All communications logs, incident reports, offense reports, radio communications, radio use logs, supplemental offense reports, affidavits, complaints, warrants, arrest reports, email messages, call slips, notes, internal memoranda, letters, internal reports, news releases, and any and all other writings or recording of whatever character or kind, on whatever media generated or maintained, relating in any way to the arrest of Plaintiffs,

detention of Plaintiffs, seizure of property and forced entry of Plaintiffs' home, or relating in any way to the subject matter of the Complaint.

Answer:   See case file for number SL0500784 from Russell County Sheriff's Office.

7. To the extent not provided in response to request # 6, all statements taken from witnesses in this case including fellow law enforcement officers.

Answer:   I did not take any statements.

8. To the extent not provided in response to request # 6, provide any documents, logs; files (whether electronic or otherwise), calendars, diary, records, radio logs, radio tapes or otherwise maintained by Defendant evidencing contact by this Defendant with Plaintiffs.

Answer:   See number 6 above.

10. Provide any statements, documents, diaries, radio communication, notices, memoranda or other documents or writings in your possession related to the arrest of Kenneth Dean Thrower sent to you or any other defendant in this case.

Answer:   None.

11. Provide the full names and current whereabouts of any law enforcement officers who where present at Plaintiffs' residence on February 10, 2005, at the time described in the complaint.

Answer: All of those named in the lawsuit except for Warren McLaughlin, Terrance Walker and Curtis Mitchell, who were not present.

12. Please relate any information you had as of February 10, 2005 relevant to any four-wheeler all-terrain recreational vehicles located at 3 Chapman Street, Phenix City, Alabama 36869.

Answer: I don't recall any information about this topic.

13. Provide your understanding of your department's policy regarding warrantless forced entry of homes owned and occupied by parties other than criminal suspects.

Answer: It is my understanding that we may enter a home without a warrant in hot pursuit of a felony suspect. Prior to entering, we would knock and announce if there was no one outside the dwelling such as in the yard or on a porch, etc.

14. Provide copies of any and all written policies, directives, or instructions of your department regarding warrantless forced entry of homes owned and occupied by parties other than criminal suspects.

Answer: This would have to be provided by the Phenix City Police Department.

15. Please describe in detail your recollection of the events of February 10, 2005 related to the forced entry at 3 Chapman Street, Phenix

City, Alabama, beginning with the first moment you realized that you would be visiting said address.

Answer: I was at the Russell County Sheriff's Office being debriefed on 3 previous search warrants from early that day. During the brief, members of the Phenix City SRT Team and the County SRT Team were informed that there was a subject at #3 Chapman Drive, with felony warrants and the warrants were in hand. We were informed that the subject was inside the house and he was armed. We were informed that the subject had stated that he would use the guns if Officers came to the house.

Team Commander briefed each person on their task. I was acting as the breach person. Once at the house, I breached the door, a flash bang was deployed and the team made entry into the house. I was the last in and helped clear the house. Once the house was cleared and the subject was not found, I gathered my breaching tool. The white female at the house was advised the team that the subject in question had come to the house to meet with his mother and went to eat at El Vaquero located on Highway 280. At that time, the team went there to find the subject. At the restaurant, I along with members of the team surrounded the place as the two Team Commanders went in to effect the arrest. The subject was arrested with out incident or injuries.

16. Please describe in detail all your actions and whereabouts while acting as a law enforcement officer on February 10, 2005, giving the time and place of each individual event. (For example, if dispatched calls were involved please state the time, address and persons involved in the event, if warrants and arrests were effected please list the names of the persons arrested, the place searched, the property seized giving the time, place and persons involved in the event.)

Answer:     See number 15 above.

17. Produce copies of all responses you or your attorneys have received — or will receive throughout the pendency of this case — in response to subpoenas issued to third parties. This is a continuing request.

Answer:     These will be produced if the same are received and are not otherwise objectionable.

18. To the extent the documents and things have not been provided in response to the above requests, produce any and all other documents and things relating in any way to the subject matter of this case.

Answer:     This request is objectionable and objected to on the grounds that it is overly broad, vague, indefinite and requires the Defendant to determine whether or not a particular item relates "in any way" to the subject matter of this case.

19. Please provide any tape recorded or otherwise recorded conversations or statements that you intend to use at any time throughout the course of this case.

Answer: This Defendant has no such items.

The signature of the individual Defendant below contains a verification only to the answers to Interrogatories. Defendant is not verifying or swearing to the responses to the Request for Production of Documents as the same is not required by Rule.

_____
MICHAEL BAILEY

| | |
|---|---|
| STATE OF ALABAMA ) | |
| ) | VERIFICATION |
| COUNTY OF RUSSELL ) | |

Personally appeared before me, the undersigned, Michael Bailey, who on oath states that the facts set forth in the foregoing Answers to Interrogatories, are true and correct to the best of his knowledge and belief.

_____
MICHAEL BAILEY

Sworn to and subscribed before me this 2ND day of November, 2005.

_____
NOTARY PUBLIC, STATE OF ALABAMA
AT LARGE
MY COMMISSION EXPIRES: 2-8-06

_____
JAMES R. McKOON, JR. (MCK020)
P. O. Box 3220
Phenix City, Alabama 36868-3220
(334) 297-2300

OF COUNSEL:
JAMES P. GRAHAM, JR.
P. O. Box 3380
Phenix City, Alabama 36868-3380
(334) 291-0315

## CERTIFICATE OF SERVICE

I hereby certify that on Nov. 3, 2005, I mailed the foregoing documents through the United States Postal Service, postage prepaid, and property addressed to the following individuals:

Jay Lewis, Esq.
K. Anderson Nelms, Esq.
P. O. Box 5059
Montgomery, Alabama 36103

Richard Hill, Jr., Esq.
Kendrick E. Webb, Esq.
P. O. Box 240909
Montgomery, Alabama 36124

_____
OF COUNSEL

# Training/Education

_____ Certificates of Attendance/Completion of Training

_____ Diplomas



AMIC/MWCF

Sponsored by the Alabama League of Municipalities

This is to certify that

Michael Maurice Bailey

has successfully completed the
8-hour Proactive Driver Training Program
SkidCar System

03/23/2005

AMIC President, Steve E. Wells

SkidCar Coordinator, Captain James S. Fant

MWCF Operations Manager, Stephen S. Martin



This Is To Certify That

# Michael Bailey

Has Completed A Special Course Of Instruction In

## Special Weapons And Tactics

Conducted By The Alabama State Troopers
At The Alabama Criminal Justice Training Center
In Selma, Alabama

"To Protect The Lives Of The Innocent"

_Commencing February 1, 2004_          _Graduating February 6, 2004_

Coordinator          Commander, Training Center

# Law Enforcement Bicycle Association

This is to certify that

**Michael M. Bailey**

Has completed a class __A__, __40__ hour Basic Mountain Bike Officer course

Held __05/10/04__ to __05/14/04__

at

**UAB POLICE DEPARTMENT**

and has obtained the National certification of the Law Enforcement Bicycle Association

*Never Give Up, Never Stop Trying*

_Wes Branham_
President, LEBA

_[signature]_
Chief of Police

_Randall K Agee_
LEBA Instructor

_[signature]_
LEBA Instructor



# Regional Counterdrug Training Academy

This is to certify that

**MICHAEL BAILEY**

has successfully completed 40 hours of training in

**T-CAP: CRIMINAL PATROL OF THE HIGHWAY**

from July 19, to July 23, 2004

Commandant

Director of Training



# G. W. Carver Comprehensive High School

Upon recommendation of the Faculty

Be it known that

## Michael Maurice Bailey

having completed all requirements prescribed by the Georgia Board of Education is entitled to receive this

### Diploma

By order of the Board of Education of the
City of Atlanta, Georgia

June 4, 1993.

*Joseph Martin*
President of Board of Education

*H. H. Bowman*
Principal of the High School

*Lester W. Butts*
Superintendent of Public Schools

| STUDENT NAME | | SEX | ISSUE DATE | STUDENT I.D. NO. | |
|---|---|---|---|---|---|
| ...LEY, MICHAEL MAURICE | | M | 11/07/02 | 254231919 | 254231919 |

| SECONDARY SCHOOL | | STUDENT ADDRESS |
|---|---|---|
| ...EORGIA HIGH SCHOOL | | BAILEY, MICHAEL MAURICE |
| COLLEGE MAJOR | | 5698 JUNEBERRY LANE |
| ...SSOCIATE IN GENERAL EDUCATION | | FAYETTEVILLE, NC  28304 |



P.O. BOX 35236
FAYETTEVILLE, N.C. 28303-0236

**PERMANENT STUDENT RECORD**

# FAYETTEVILLE TECHNICAL COMMUNITY COLLEGE

| DESCRIPTIVE TITLE OF COURSE | DEPT. | COURSE NO. | GRADE | HRS. ATTEMP. | HRS. EARNED | QUALITY POINTS | SEM. AVERAGE | CUM. AVERAGE |
|---|---|---|---|---|---|---|---|---|
| )*TR Transfer | | | | | | | | |
| Engine Fundamentals | AUT | 115 | T | 3.0 | 3.0 | 0.0 | | |
| Engine Repair | AUT | 116 | T | 2.0 | 2.0 | 0.0 | | |
| Brake Systems | AUT | 151 | T | 3.0 | 3.0 | 0.0 | | |
| Principles of Supervision | BUS | 135 | T | 3.0 | 3.0 | 0.0 | | |
| Intro to Maint Procedures | MNT | 110 | T | 2.0 | 2.0 | 0.0 | | |
| Maintenance Practices | OMT | 227 | T | 3.0 | 3.0 | 0.0 | | |
| Fit and Well for Life | PED* | 110 | T | 2.0 | 2.0 | 0.0 | | |
| Outdoor Living | PED* | 172 | T | 2.0 | 2.0 | 0.0 | | |
| TERM INDEX: | | | | 0.0 | 20.0 | 0.0 | 0.000 | |
| CUMULATIVE INDEX: | | | | 0.0 | 20.0 | 0.0 | | 0.00 |

In the summer of 1997 the North Carolina Community College
System moved from the Quarter System to the Semester System.
All GPAs on this Transcript are semester based.
Courses with a '*' after the department are approved for transfer
through the State Board of Community Colleges and The University
of North Carolina Board of Governors Comprehensive Articulation
Agreement.

99*01 Spring Semester, A10300 ASSOCIATE IN GENERAL EDUCATION

| Intro to Criminal Justice | CJC* | 111 | C | 3.0 | 3.0 | 6.0 | | |
|---|---|---|---|---|---|---|---|---|
| Expository Writing | ENG* | 111 | C | 3.0 | 3.0 | 6.0 | | |
| State & Local Government | POL* | 130 | C | 3.0 | 3.0 | 6.0 | | |
| Interpersonal Psychology | PSY | 118 | B | 3.0 | 3.0 | 9.0 | | |
| TERM INDEX: | | | | 12.0 | 12.0 | 27.0 | 2.250 | |
| CUMULATIVE INDEX: | | | | 12.0 | 32.0 | 27.0 | | 2.25 |

End of transcript

OFFICIAL TRANSCRIPTS MUST BEAR RAISED IMPRESSION OF THE COLLEGE
SEAL AND REGISTRAR'S SIGNATURE OR FACSIMILE.
"AS STATED IN P.L. 93-380, THIS INFORMATI... S BEING TRANSFERRED ON
THE CONDITION THAT IT NOT BE RELEASED TO ANY OTHER PARTY WITHOUT
APPROPRIATE WRITTEN CONSENT OF THE PERSON(S) INVOLVED."



REGISTRAR

Student Number: 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

| Name | Address: Street | City | State | Zip |
|---|---|---|---|---|
| Bailey, Michael Maurice | 443 Simpson Drive | | Alabama | 35808 |

| Date of Birth | Place of Birth | Parent or Guardian | Address |
|---|---|---|---|
| 1/3/76 | | | Redstone Arsenal (same as above) |

**ENTRANCE INFORMATION**

Undergraduate Date Entered:
Graduated from H.S.
City
State
Transferred from Coll. or Un.
Date
City
State
Credits Accepted by transfer
Graduate Date Entered:
Graduated from Coll. or Un.
Date
City
State

Quality Points
1-Incomplete
W-Withdrawn
WP-Withdrawn Passing
WF-Withdrawn Failing
X-Audit

BAILEY, MICHAEL M.   AMU   FALL 2001

| SEM. COURSE NO. | COURSE TITLE | SEM. HR. | GRADE | QUAL. PTS. | GROSS ATT. | QUAL. PTS. | QUAL. PTS. AVG. | ATT. OVERALL | QUAL. PTS. | QUAL. PTS. AVG. |
|---|---|---|---|---|---|---|---|---|---|---|
| ENG205 | GENERAL SPEECH | 3.0 | C | 6.0 | | | | | | |
| PED200 | OFFICIATING I | 2.0 | B | 6.0 | | | | | | |
| | | | | | 5.0 | 12.0 | 2.40 | 5.0 | 12.0 | 2.40 |

OCT 08 2002

OFFICIAL TRANSCRIPT ISSUED TO STUDENT

ALABAMA A&M UNIVERSITY-NORMAL, ALABAMA 35762

NAME: L.M. BATLEY

STUDENT NUMBER: 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
DATE OF BIRTH: 01/03/1975
TRANSCRIPT ISSUED: 10/23/2002

| COURSE TITLE | HRS ATT | GR | HRS ERN | QPTS | DEPT | CRS # |
|---|---|---|---|---|---|---|
| POLICE A 2002 | | | | | | |
| 10- INTRO CRIMINAL JUST | 3 | B | 3 | 9 | | |
| 20- INTL LAW ENFORCEMENT | 3 | B | 3 | 9 | | |
| 37- TRAFFIC CONTROL | 3 | B | 3 | 9 | | |
| 38- PATROL PROC & COMM | 3 | B | 3 | 9 | | |
| 47- INTERNSHIP IN LE | 3 | B | 3 | 9 | | |

UNDERGRADUATE TOTAL   15   15   45

DEGREE | DATE | MAJOR | MAJOR | CONCENTRATION | CONCENTRATION | MINOR | MINOR | GPA | HONORS

STUDENT ENTRANCE REQUIREMENTS NOT SATISFIED

THE NAME OF THE UNIVERSITY IS PRINTED IN BLUE ACROSS THE FACE OF THE TRANSCRIPT

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND. REJECT DOCUMENT IF SIGNATURE ABOVE IS NOT

Kathy R. Cambron
Acting Registrar

RAISED SEAL NOT REQUIRED
This official transcript is printed on security paper and does not require a raised seal