STATE OF GEORGIA, Muscogee County:
Personally appeared ___Det. Wills/Det. S. Ziegler___ who, on oath, said that to the best of ___thier___ Knowledge and belief ___Kenneth D. Thrower___ of said County, did commit the offense of Felony Aggravated Child Molestation, 16-6-4, Ga. Code, in the he/she commit an offense of child molestation with Miranda Geter w/f/15, which physically injured the child or involved an act of sodomy. *Reported by the victim.*

of Muscogee, on or about the _____ Day of *Between January and March*, 2004 and this deponent makes this affidavit that a warrant may issue for Kenneth D. Thrower *S.Z.* his arrest

*Sherry Ziegler*

Sworn to before me this ___10th___ day of ___February___, 2005

*S. Hudson*

~~Judge of Recorders Court~~ / Deputy Clerk of Municipal Court

---

STATE OF GEORGIA, Muscogee County:
To any Sheriff or His Deputy, Coroner, Constable, Marshal, Policeman or any Law Enforcement Officer of Said State,
  Greetings
  For sufficient cause made known to me, you are hereby commanded to arrest the body of ___Kenneth D. Thrower___ Charged by ___Det. Wills/Det. S. Ziegler___ with the offense of Felony Aggravated Child Molestation, 16-6-4, Ga. Code, in the he/she commit an offense of child molestation with Miranda Geter w/f/15, which physically injured the child or involved an act of sodomy.

**PLAINTIFF'S EXHIBIT 17**

committed by the said ___Kenneth D. Thrower___ in the County of Muscogee on or about the *Between* ~~day of~~ *Jan. and March*, 2004 against the laws of this state, and bring ___Kenneth D. Thrower___ Before me or some other judicial officer of this State to be dealt with as the law directs.
  Given under my official signature, the ___10th___ day of ___February___, 2005
$ _____ BOND TO _____ COURT *S. Hudson* (L.S)
~~Judge of Recorders Court~~ / Deputy Clerk of Municipal Court

---

STATE OF GEORGIA, Muscogee County:
To the Jailor of Said County:
___Kenneth D. Thrower___ having been arrested on a warrant for the offense of ___Aggravated Child Molestation, 16-6-4, Ga. Code___ and brought before me, after hearing evidence, it is ordered that he be committed for trial for the offense of ___Aggravated Child Molestation, 16-6-4, Ga. Code___ and the Jailor of said County is requested to receive and safely keep him until discharged by due process of law. Witness my hand and seal, this _____ day of _____, 19 ___
  BOND TO _____ COURT _____ (L.S)
  Judge of Recorders Court / Deputy Clerk of Municipal Court