# COLUMBUS POLICE DEPARTMENT
## ARREST REPORT

4070 revised 3/94

ARRESTING OFFICER COMPLETE UNSHADED AREAS

| # | Field | Value |
|---|---|---|
| 1 | Arrest No | |
| 2 | Defendant's Name (Last – First – Middle) | THROWER, KENNETH |
| 3 | Race | W |
| 4 | Sex | M |
| 5 | Age | 32 |
| 6 | DOB | 03-13-72 |
| 7 | POB | Ga |
| 8 | Hgt. | 5-10 |
| 9 | Wgt. | 170 |
| 10 | Hair | Brn |
|    | Eyes | Brn |
| 11 | Alias | |
| 12 | Nickname | |
| 13 | Complaint # | 05003675 |
| 14 | Street Address | 1802 51ST |
|    | City | COLUMBUS |
|    | State | GA |
| 15 | Social Security | 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 |
| 16 | Arrested at or near scene | [ ] Yes [X] No |
| 17 | Occupation | LABOR |
| 18 | Employer / School | HUDSON AUTOMOTIVE |
| 19 | Driver's License Type, Number, State | |
| 21 | Officer resisted / assaulted | [N/A] |
|    | Weapon used against officer | [N/A] |
| 22 | Defendant already injured | [N/A] |
|    | Injured during arrest | [N/A] |
| 23 | Taken To / Taken By / Treated By / Admitted / Condition | |
| 24 | If juvenile, parents notified by | |

### Charges

25. Charge Title (Not Code)

- **1CT AGG. CHILD MOLESTATION** — 16-6-4
- **1CT CHILD MOLESTATION** — 16-6-4

| # | Field | Value |
|---|---|---|
| 31 | Primary Arresting Officer | DET. J. WILLS 00451592 |
| 32 | Date Arrested | 2-10-05 |
| 33 | Day/Week | Thur |
| 34 | Time Arrested | 1530 |
| 35 | Prisoner transported by | POLICE |
| 36 | All other arresting officer | JP. WILSON |
| 37 | Type of Arrest | [ ] call [ ] view [X] warrant / arrest order |
| 38 | Fingerprinted By | |
| 39 | Witnesses Name | MIRANDA GETER |
|    | Address | 1802 51ST ST. |
|    | Phone | 326-1726 |
| 40 | Location of arrest | RUSSELL COUNTY JAIL [X] Inside [ ] Outside |
| 41 | Unit | 452 |
| 42 | Beat | City |
| 53 | Pending Court | Recorders Court |
| 54 | Court Date | 02-12-05 |
| 55 | Court Time | 0900 |

### Narrative

66. Narrative (describe events, circumstances, etc. leading to arrest) continued on back

SUBJECT HAS BEEN MOLESTING HIS STEP-DAUGHTER, MIRANDA GETER, FOR ABOUT 4 YEARS BY RUBBING HER VAGINA AND BREAST AND STICKING HIS FINGERS INSIDE HER VAGINA. THE SUBJECT ALSO LICKED THE VICTIM'S VAGINA. THESE INCIDENTS HAVE TAKEN PLACE OVER THE PAST FOUR YEARS.

68. Report made by (name & serial number): J. WILLS

PLAINTIFF'S EXHIBIT 8