IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **LISA BARNETTE, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. 3:05-CV-473-WKW |
| | * | |
| **CITY OF PHENIX CITY, et al.,** | * | |
| | * | |
| Defendants. | * | |

### MOTION TO STRIKE, IN PART, THE AFFIDAVIT OF LEN WILLS

COME NOW Plaintiffs in the above-styled action, by and through counsel, and moves this Court to strike certain portions of the affidavit of Len Wills from the defendants' evidentiary submission in support of its motions for summary judgment, and in support of which would show the Court as follows:

1. Len Wills, a detective for the City of Columbus Police Department in Columbus, Georgia, submitted an affidavit in support of Defendants' motion for summary judgment. (Defendants' Exhibit A).

2. Rule 56(e), F.R.Civ.P. provides that "supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein."

3. In paragraph 3 of Wills' affidavit he states, "[a] true and correct copy of that arrest warrant is attached hereto as Exhibit '1' and incorporated herein as if fully set forth." There is no Exhibit '1' attached to Wills' affidavit. Plaintiffs move to strike said Exhibit

'1' and all references to it.  References are made to Exhibit '1' or the alleged arrest warrant in paragraphs 3, 4, 5, 6, 7 and 9.

4. "An affidavit must be stricken if it is a conclusory argument rather than a statement of fact..." *Johnson v. Scotty's, Inc.*, 119 F.Supp. 2d 1276, 1281 (M.D. Fla. 2000), see *Fullman v. Graddick*, 739 F.2d 553 (11th Cir. 1984).

5. Paragraph 3 of Wills' affidavit should be stricken because it contains conclusions.  Wills simply states "[a]fter conducting an investigation, a felony warrant for the arrest of Kenneth D. Thrower was issued."  No subordinate or evidentiary facts are supplied regarding the "investigation."

WHEREFORE, the premises considered, Plaintiffs pray that the Court will strike said portions of Len Wills' affidavit.

RESPECTFULLY SUBMITTED on this the __5th__ day of June, 2007.

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
Ronald G. Davenport, Esq.

R. Brett Garrett, Esq.

                                              /s/ CAROL GERARD
                                              OF COUNSEL