IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:05-cv-473-DRB |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE, IN PART, AFFIDAVIT OF LEN WILLS, AND MOTION TO SUPPLEMENT**

COME NOW Defendants Lieutenant Heath Taylor (hereafter, "Lieutenant Taylor") and Investigator Grover Goodrich (hereafter, "Investigator Goodrich") (collectively, "Taylor and Goodrich"), and submit this Opposition to Plaintiffs' Motion to Strike, In Part, Affidavit of Len Wills, and in addition move to supplement their Motion for Summary Judgment, and in support thereof show to this Honorable Court as follows:

1. Plaintiffs point out that the Arrest Warrant noted as Exhibit 1 in Len Wills' Affidavit was not attached. Apparently that Exhibit was inadvertently excluded during the electronic filing process. That Exhibit is attached to this Motion, and Defendants Taylor and Goodrich move this Court to supplement their Motion for Summary Judgment therewith. No prejudice will inure to the Plaintiffs by such a supplementation, in view of the fact that the Plaintiffs attached that same arrest warrant to their own Response in Opposition to Defendants' Motion for Summary Judgment, as Exhibit 7.

2. Plaintiffs argue that Paragraph 3 of Wills' Affidavit, containing the statement "after conducting an investigation, a felony warrant for the arrest of Kenneth D. Thrower was issued," is conclusory. Apparently the Plaintiffs object to the fact that the details of the

investigation are not set forth in the Affidavit. However, such a statement is not conclusory: it is factual. Such an investigation was conducted, which Detective Wills has personal knowledge of because he conducted the investigation. The Warrant was issued, because Detective Wills personally procured it. The details of the investigation are not relevant, because Mr. Thrower is not a party to this case, and his conviction is not a material fact. What is important is that Defendants Heath Taylor and Grover Goodrich were presented with a valid Arrest Warrant, and their actions were prompted by and in conformity with that Warrant.

WHEREFORE, PREMISES CONSIDERED, Defendants Heath Taylor and Grover Goodrich move this Court to deny the Plaintiffs' Motion to Strike.

Respectfully submitted this the 5th day of June, 2007.

> s/Scott W. Gosnell
> KENDRICK E. WEBB, Bar Number: WEBB022
> SCOTT W. GOSNELL, Bar Number: GOS002
> Attorneys for Defendants Goodrich and Taylor
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Road (36117)
> P. O. Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the **5th day of June, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jay Lewis, Esq.; Keith Anderson Nelms, Esq.;** and **Ronald G. Davenport, Esq.**

> s/Scott W. Gosnell
> OF COUNSEL