EXHIBIT – ARREST WARRANT

**STATE OF GEORGIA, Muscogee County:**

Personally appeared __Det. Wills/Det. S. Ziegler__ who, on oath, said that to the best of __thier__ Knowledge and belief __Kenneth D. Thrower__ of said County, did commit the offense of Felony __Aggravated Child Molestation, 16-6-4, Ga. Code, in the he/she commit an offense of child molestation with Miranda Geter w/f/15, which physically injured the child or involved an act of sodomy. REPORTED BY THE VICTIM.__

of Muscogee, on or about the _____ Day of __Between January And March__ 2004 and this deponent makes this affidavit that a warrant may issue for __Kenneth D. Thrower__ his arrest

Sworn to before me this __10th__ day of __February__ __2005__

_____ Judge of Recorders Court /
Deputy Clerk of Municipal Court

---

**STATE OF GEORGIA, Muscogee County.**

To any Sheriff or His Deputy, Coroner, Constable, Marshal, Policeman or any Law Enforcement Officer of Said State,

Greetings

For sufficient cause made known to me, you are hereby commanded to arrest the body of __Kenneth D. Thrower__ Charged by __Det. Wills/Det. S. Ziegler__ with the offense of Felony __Aggravated Child Molestation, 16-6-4, Ga. Code, in the he/she commit an offense of child molestation with Miranda Geter w/f/15, which physically injured the child or involved an act of sodomy.__

committed by the said __Kenneth D. Thrower__ in the County of Muscogee on or about the __Between January and March__ __2004__ against the laws of this state, and bring __Kenneth D. Thrower__ Before me or some other judicial officer of this State to be dealt with as the law directs.

Given under my official signature, the __10th__ day of __February__ __2005__

$ _____ BOND TO _____ COURT _____ (L.S.)

Judge of Recorders Court / Deputy Clerk of Municipal Court

---

**STATE OF GEORGIA, Muscogee County:**

To the Jailor of Said County:

__Kenneth D. Thrower__ having been arrested on a warrant for the offense of __Aggravated Child Molestation, 16-6-4, Ga. Code__ and brought before me, after hearing evidence, it is ordered that he be committed for trial for the offense of __Aggravated Child Molestation, 16-6-4, Ga. Code__ and the Jailor of said County is requested to receive and safely keep him until discharged by due process of law.

Witness my hand and seal, this _____ day of _____ 19 ___

$ _____ BOND TO _____ COURT _____ (L.S.)

Judge of Recorders Court / Deputy Clerk of Municipal Court