IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-00473-WKW |
| | ) |
| CITY OF PHENIX CITY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the plaintiffs' Motion to Strike, In Part, the Affidavit of Len Willis (Doc. # 63) is DENIED and the defendants' motion to supplement (Doc. # 64) is GRANTED.

DONE this 6th day of June, 2007.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE