IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. 3:05-CV-473-WKW |
| | * | |
| CITY OF PHENIX CITY, et al., | * | |
| | * | |
| Defendants. | * | |

**MOTION TO SUPPLEMENT PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT**

COME NOW Plaintiffs in the above-styled action, by and through counsel, and moves this Court to allow them to supplement their responses to the defendants' motions for summary judgment and in support of which would show the Court as follows:

1. On June 5, 2007, Plaintiffs filed their Motion to Strike, In Part, Affidavit of Len Wills (Doc. 63).

2. On June 5, 2007, Defendants Heath Taylor and Grover Goodrich filed their Opposition to Plaintiff's [sic] Motion to Strike, In Part, Affidavit of Len Wills, and Motion to Supplement (Doc. 64).

3. Included in their supplementation was Exhibit "1" which was "inadvertently excluded [from Len Wills' affidavit] during the electronic filing process." (See Defendants' Opposition to Motion to Strike, Doc. 64).

4. Defendants go on to explain that "[n]o prejudice will inure to the Plaintiffs by such a supplementation, in view of the fact that the Plaintiffs attached *that same arrest warrant*

to their own Response in Opposition to Defendants' Motion for Summary Judgment, as Exhibit 7." (Doc. 64) (Italics added).  The Exhibit "1" attached to Defendants' filing was not, in fact, the same as Plaintiffs' Exhibit 7.  Defendants' Exhibit "1" has facsimile time-stamps at both the top and bottom of the document.  Plaintiffs' Exhibit 7 does not have these facsimile time-stamps on it.

5. This new evidence, that the arrest warrant was only first faxed to the defendants on February 10, 2005, at 12:39 p.m., conflicts with the testimony of Wills, Taylor and Goodrich.  Since this is a new evidentiary submission by the defendants, Plaintiffs will be greatly prejudiced unless they are allowed to respond to said exhibit in a supplement to their response to the defendants' motions for summary judgment (attached hereto).

WHEREFORE, the premises considered, Plaintiffs pray that the Court will grant their motion to supplement their response to the defendants motions for summary judgment.

RESPECTFULLY SUBMITTED on this the __6th__ day of June, 2007.

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to

the following individuals:

Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
Ronald G. Davenport, Esq.
R. Brett Garrett, Esq.

/s/ CAROL GERARD
OF COUNSEL