IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-00473-WKW |
| ) | |
| CITY OF PHENIX CITY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED that the plaintiffs' motion for leave to supplement (Doc. # 66) is GRANTED.

DONE this 7th day of June, 2007.

          /s/ W. Keith Watkins
          UNITED STATES DISTRICT JUDGE