IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. 3:05-cv-473-WKW |
| | * | |
| CITY OF PHENIX CITY, et al., | * | |
| | * | |
| Defendants. | * | |

**MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF OF DEFENDANTS CITY OF PHENIX CITY, ALABAMA, GREG LAHR, TERRANCE WALKER, MICHAEL BAILEY, STEVE NOLIN, CURTIN MITCHEL, LUIS COREANO, WARREN McLAUGHLIN AND JARROD BARR**

COME NOW the Defendants, City of Phenix City, Alabama, Greg Lahr, Terrance Walker, Michael Bailey, Steve Nolin, Curtin Mitchell, Luis Coreano, Warren McLaughlin and Jarrod Barr, and respectfully request an extension of ten (10) days to file their Reply to Plaintiff's Motion for Summary Judgment. Defendants set forth the following grounds in support of this motion:

1. Pursuant to this Court's order dated April 30, 2007 (Court Doc. 57), the Plaintiffs were required to file their Response to Defendants' Motion for Summary Judgment by June 5, 2007.

2. Defendants were required to file their Reply Brief by June 19, 2007.

3. Counsel for Defendants is required to appear in trial in the Circuit Court of Montgomery County, Alabama (Case No. CV-05-3246) beginning June 18, 2007. Said trial is expected to last one week.

1

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request an extension of ten (10) days in which to file their Reply to Plaintiffs' Response to Motion for Summary Judgment.

Respectfully submitted this the 15th day of June, 2007.

          *s/ Ronald G. Davenport*
          *s/ R. Brett Garrett*
          RONALD G. DAVENPORT (DAV044)
          R. BRETT GARRETT (GAR085)
          Attorneys for Defendants City of Phenix City, Officer Lahr, Officer Walker, Officer Bailey, Officer Nolin, Officer Mitchell, Officer Coreano, Officer McLoughlin and Officer Barr

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0808 (fax)
bg@rsjg.com (email)

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
LAW OFFICES OF JAY LEWIS, LLC
P. O. Box 5059
Montgomery, AL 36103-5059

C. Richard Hill, Jr., Esq.
Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
WEBB & ELEY, P.C.
P. O. Box 240909
Montgomery, AL 36124

                                                                                            *s/ R. Brett Garrett*
                                                                                            OF COUNSEL