IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, *et al.*,            ) | |
|          Plaintiffs,      ) | |
| v.            ) | CASE NO. 3:05-cv-473-WKW |
| CITY OF PHENIX CITY, *et al.*,    ) | |
|          Defendants.   ) | |

### ORDER

Upon consideration of defendants' motion to extend deadline to file reply brief (Doc. # 69) filed on June 15, 2007, it is ORDERED that the motion is **GRANTED.** The defendants shall file their reply brief **on or before June 29, 2007**.

DONE this 20th day of June, 2007.

                                                       /s/   W.  Keith Watkins
                                                   UNITED STATES DISTRICT JUDGE