IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., * | |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | Civil Case No. 3:05-CV-473-WKW |
| * | |
| CITY OF PHENIX CITY, et al., * | |
| * | |
| Defendants. * | |

CONFLICT DISCLOSURE STATEMENT

COME NOW Plaintiffs in the above-styled matter and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3027: All plaintiffs are individuals.

Respectfully submitted this the _26th___ day of June, 2007.

/s/ Jay Lewis
JAY LEWIS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
J-lewis@jaylewislaw.com
ASB-2014-E66J
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this__26th__ day of June, 2007.

Richard Hill, Jr.
Kendrick Webb
Scott Gosnell
Ronald G. Davenport
R. Brett Garrett

      /s/ Jay Lewis
      JAY LEWIS
      P.O. Box 5059
      Montgomery, AL 36103
      Phone: (334) 263-7733
      Fax: (334) 832-4390
      J-lewis@jaylewislaw.com
      ASB-2014-E66J