IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **LISA BARNETTE, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. 3:05-CV-473-WKW |
| | * | |
| **CITY OF PHENIX CITY, et al.,** | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFFS' EXHIBIT LIST

The following is the list of exhibits that Plaintiffs propose to introduce in the trial of this cause:

1. Quote from Rusty's Floor Covering.

2. Invoice and credit card receipt from Columbus Carpet Mill Store.

3. Quote and invoice from Farrar's.

4. Release receipts for ATVs and trailer.

5. Photographs showing Plaintiffs' home, propety and damage done on February 10, 2005.

6. Records from Columbus Police Department.

7. List from Plaintiff of damages done to home.

8. Plaintiffs reserve the right to use exhibits identified on the defendants' exhibit lists.

9. Plaintiffs reserve the right to use as rebuttal and/or impeachment evidence documents not listed herein.

RESPECTFULLY SUBMITTED on this the 11th day of July, 2007.

/s/ CAROL GERARD

1

>Carol Gerard
>Law Offices of Jay Lewis, LLC
>P.O. Box 5059
>Montgomery, AL 36103
>(334) 263-7733 (Voice)
>(334) 832-4390 (Fax)
>carolgerard@JayLewisLaw.com
>ASB-1075-L66G

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Kendrick Webb
Scott Gosnell
Ronald Davenport
R. Brett Garrett

>/s/ CAROL GERARD
>Carol Gerard
>Law Offices of Jay Lewis, LLC
>P.O. Box 5059
>Montgomery, AL 36103
>(334) 263-7733 (Voice)
>(334) 832-4390 (Fax)
>carolgerard@JayLewisLaw.com
>ASB-1075-L66G