# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Case No. 3:05-CV-473-WKW |
| | * |
| CITY OF PHENIX CITY, et al., | * |
| | * |
| Defendants. | * |

## PLAINTIFFS' WITNESS LIST

COME NOW Plaintiffs in the above-styled cause and submit the following as the list of witnesses to be called at the trial of this cause:

**WILL CALL**

1. Lisa Barnette, Plaintiff, address and telephone number known to the defendant.

2. Jerry Barnette, Plaintiff, address and telephone number known to the defendant.

3. C.B., Plaintiff, address and telephone number known to the defendant.

4. Sara Cruz, Plaintiff, address and telephone number known to the defendant.

5. Rusty Abernathy, 4319 Meritas Drive, Columbus, GA 31904.

6. Corporate Representative, Farrar's 2126 Buena Vista Road, Columbus, GA.

7. Corporate Representative, Columbus Carpet Mill Store, 4848 River Road, Columbus, GA.

8. Custodian of records for the defendants.

**MAY CALL**

1. Any witness whose identity is discovered between now and the date of trial.

2. Any witness on the defendants' witness lists.

3. Any witness needed for rebuttal or impeachment.

RESPECTFULLY SUBMITTED on this the 11th day of July, 2007.

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G

### CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Kendrick Webb
Scott Gosnell
Ronald Davenport
R. Brett Garrett

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G