**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **LISA BARNETTE, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )   Civil Action No. 3:05-cv-00473-DRB |
| | ) |
| **PHENIX CITY, ALABAMA, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**DEFENDANT'S WITNESS LIST**

COME NOW the Defendants Lieutenant Heath Taylor and Investigator Grover Goodrich and, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, provide the following information:

A.    Defendants *will* call the following witnesses to testify at trial:

    1.    Grover Goodrich
           Defendant
           c/o Webb & Eley, P.C.
           P.O. Box 240909 (36124)
           7475 Halcyon Pointe Drive
           Montgomery, AL 36117
           (334) 262-1850

    2.    Heath Taylor
           Defendant
           c/o Webb & Eley, P.C.
           P.O. Box 240909 (36124)
           7475 Halcyon Pointe Drive
           Montgomery, AL 36117
           (334) 262-1850

    3.    Detective Len Willis
           Columbus Police Department
           510 10th Street
           Columbus, GA
           (706) 653-3000

B.  Defendants *may* call the following witnesses to testify at trial, depending on which claims survive summary judgment:

    1.    Officer Greg Lahr
           Defendant
           c/o Rushton, Stakely, Johnston & Garrett, P.A.
           P.O. Box 270
           Montgomery, AL 36101-0270
           (334) 206-3278

    2.    Officer Terrance Walker
           Defendant
           c/o Rushton, Stakely, Johnston & Garrett, P.A.
           P.O. Box 270
           Montgomery, AL 36101-0270
           (334) 206-3278

    3.    Officer Michael Bailey
           Defendant
           c/o Rushton, Stakely, Johnston & Garrett, P.A.
           P.O. Box 270
           Montgomery, AL 36101-0270
           (334) 206-3278

    4.    Officer Steve Nolin
           Defendant
           c/o Rushton, Stakely, Johnston & Garrett, P.A.
           P.O. Box 270
           Montgomery, AL 36101-0270
           (334) 206-3278

    5.    Officer Curtis Mitchell
           Defendant
           c/o Rushton, Stakely, Johnston & Garrett, P.A.
           P.O. Box 270
           Montgomery, AL 36101-0270
           (334) 206-3278

    6.    Officer Louis Coreano
           Defendant
           c/o Rushton, Stakely, Johnston & Garrett, P.A.
           P.O. Box 270
           Montgomery, AL 36101-0270
           (334) 206-3278

7. Officer Warren McLaughlin
   Defendant
   c/o Rushton, Stakely, Johnston & Garrett, P.A.
   P.O. Box 270
   Montgomery, AL 36101-0270
   (334) 206-3278

8. Officer Barr
   Defendant
   c/o Rushton, Stakely, Johnston & Garrett, P.A.
   P.O. Box 270
   Montgomery, AL 36101-0270
   (334) 206-3278

9. David O. Darrah, III
   Phenix City Police Department
   1111 Broad Street
   Phenix City, AL
   (334) 298-0611

10. Detective S. Zeigler
    Columbus Police Department
    510 10th Street
    Columbus, GA
    (706) 653-3000

11. Lt. Steve Osteen
    Russell County, Alabama, Sheriff's Department
    Post Office Box 640
    Phenix City, AL 36868-0640
    (334) 298-6535

12. Steve Johnson
    Russell County, Alabama, Sheriff's Department
    Post Office Box 640
    Phenix City, AL 36868-0640
    (334) 298-6535

13. Lon Russell
    Russell County, Alabama, Sheriff's Department
    Post Office Box 640
    Phenix City, AL 36868-0640
    (334) 298-6535

14. Mitch Watts

                Russell County, Alabama, Sheriff's Department
                Post Office Box 640
                Phenix City, AL 36868-0640
                (334) 298-6535

15.    Richard McKinney
                Russell County, Alabama, Sheriff's Department
                Post Office Box 640
                Phenix City, AL 36868-0640
                (334) 298-6535

16.    Captain Robert Castille
                Phenix City Police Department
                1111 Broad Street
                Phenix City, AL
                (334) 298-0611

17.    Hon. Albert L. Johnson
                Russell County Circuit Judge
                Post Office Box 1126
                Phenix City, AL 36868-1126
                (334) 297-1366

18.    Amanda Jenkins
                Russell County Sheriff's Department
                Post Office Box 640
                Phenix City, AL 36868-0640
                (334) 298-6535; and

      19.    Any and all witnesses listed on the Plaintiffs' Pretrial Disclosures or other Rule 26 Disclosures.

Respectfully submitted this the 11th day of July, 2007.

                                          **s/Scott W. Gosnell**
                                          SCOTT W. GOSNELL, Bar Number GOS002
                                          Attorney for Defendant John Henry
                                          WEBB & ELEY, P.C.
                                          7475 Halcyon Pointe Road (39117)
                                          P. O. Box 240909
                                          Montgomery, Alabama 36124
                                          Telephone: (334) 262-1850
                                          Fax: (334) 262-1889
                                          E-mail: sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the **11th day of July, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jay Lewis, Esq.; Keith Anderson Nelms, Esq.; Carol Gerard, Esq.; Ronald G. Davenport, Esq.;** and **R. Brett Garrett, Esq.**

                                                   s/Scott W. Gosnell
                                                   OF COUNSEL