**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:05-cv-00473-DRB |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S TRIAL EXHIBIT LIST

COME NOW the Defendants Lieutenant Heath Taylor and Investigator Grover Goodrich and, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, provide the following information:

A. Defendants *expect to* introduce the following exhibits at trial:

1. State of Georgia Arrest Warrant dated February 10, 2005; and

2. State of Alabama Fugitive Arrest Warrant dated February 10, 2005.

B. Defendants *may* introduce the following exhibits at trial:

1. Interior diagram of Plaintiffs' residence;

2. Alabama Uniform Arrest Report, dated February 10, 2005;

3. Russell County Sheriff's Department Mug Shot of Kenneth Dean Thrower;

4. Russell County Sheriff's Department Incident and Offense Reports from 2004 and 2005 detailing ATV thefts; and

5. Any and all exhibits, in whole or in part, listed on the Plaintiffs' Pretrial Disclosures or other Rule 26 Disclosures.

Respectfully submitted this the 11th day of July, 2007.

s/Scott W. Gosnell
SCOTT W. GOSNELL, Bar Number GOS002
Attorney for Defendant John Henry
WEBB & ELEY, P.C.
7475 Halcyon Pointe Road (39117)
P. O. Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  sgosnell@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the **11th day of July, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay Lewis, Esq.; Keith Anderson Nelms, Esq.; Carol Gerard, Esq.; Ronald G. Davenport, Esq.;** and **R. Brett Garrett, Esq.**

s/Scott W. Gosnell
OF COUNSEL