IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LISA BARNETTE, et al.,              )
                                    )
    Plaintiffs,                    )
                                    )
v.                                  )   CASE NO. 3:05-cv-00473-WKW
                                    )
CITY OF PHENIX CITY, et al.,        )
                                    )
    Defendants.                    )

## ORDER

Upon consideration of the parties' Joint Motion to Stay Pre-Trial Deadlines and Trial (Doc. # 75), it is ORDERED that the motion is GRANTED. The trial is CONTINUED from August 20, 2007, to **November 26, 2007.** The pretrial conference is CONTINUED from July 18, 2007, to **October 26, 2007.** The deadline for filing the pretrial order is continued generally until further order of the court.

DONE this 13th day of July, 2007.

                                          /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE