**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **LISA BARNETTE, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | **Civil Case No. 3:05-CV-473-WKW** |
| | * | |
| **CITY OF PHENIX CITY, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

**MOTION TO WITHDRAW**

**COMES NOW** Carol Gerard, co-counsel for Plaintiffs, to respectfully request that the

Court allow her to withdraw from this case and would show unto the Court as follows:

1.      As of October 10, 2007, Carol Gerard will no longer be associated with the Law Offices

of Jay Lewis, L.L.C.

2.      Plaintiff will not be prejudiced or placed in a hardship upon the granting of said motion.

3.      Attorney Jay Lewis of the Law Offices of Jay Lewis, LLC, will continue as counsel for

Plaintiffs.

WHEREFORE THESE PREMISES CONSIDERED, the undersigned co-counsel for

Plaintiffs prays that this Court will grant her motion to withdraw from the case.

RESPECTFULLY SUBMITTED on this the __2nd__ day of October, 2007.

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com

ASB-1075-L66G

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
Ronald G. Davenport, Esq.
R. Brett Garrett, Esq.

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G