**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 4, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style: Lisa Barnette, et al. v. City of Phenix City, et al.**

**Case Number: 3:05-cv-473-WKW**

**Pleading : #81 - Motion to Withdraw as Attorney**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 10/2/2007 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**