IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LISA BARNETTE,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-473-WKW |
| ) | |
| **CITY OF PHENIX CITY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the Motion to Withdraw (Doc. # 81) filed by Carol Gerard as co-counsel for plaintiffs, it is ORDERED that the motion is GRANTED. Plaintiffs will continue to be represented by Jay Lewis of the Law Offices of Jay Lewis, LLC in this matter.

DONE this 9th day of October, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE