IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. 3:05-cv-473-WKW |
| | * | |
| CITY OF PHENIX CITY, et al., | * | |
| | * | |
| Defendants. | * | |

## WITNESS LIST OF DEFENDANTS CITY OF PHENIX CITY, ALABAMA; GREG LAHR; TERRANCE WALKER; MICHAEL BAILEY; STEVE NOLIN; CURTIS MITCHELL; LUIS COREANO; WARREN McLAUGHLIN; AND JARROD BARR

COME NOW the Defendants, City of Phenix City, Alabama; Greg Lahr; Terrance Walker; Michael Bailey; Steve Nolin; Curtis Mitchell; Luis Coreano; Warren McLaughlin and Jarrod Barr (hereinafter referred to collectively as "the Defendants") and, pursuant to Rule 26(a)(3) of the *Federal Rules of Civil Procedure*, provide the following information:

A.  Defendants *will likely* call the following witnesses to testify at trial:

    1.  Officer Greg Lahr
        Defendant
        c/o Rushton, Stakely, Johnston & Garrett, P.A.
        PO Box 270
        Montgomery, AL 36101-0270
        (334) 206-3278

    2.  Officer Terrance Walker
        Defendant
        c/o Rushton, Stakely, Johnston & Garrett, P.A.
        PO Box 270
        Montgomery, AL 36101-0270
        (334) 206-3278

3.  Officer Michael Bailey
    Defendant
    c/o Rushton, Stakely, Johnston & Garrett, P.A.
    PO Box 270
    Montgomery, AL 36101-0270
    (334) 206-3278

4.  Officer Steve Nolin
    Defendant
    c/o Rushton, Stakely, Johnston & Garrett, P.A.
    PO Box 270
    Montgomery, AL 36101-0270
    (334) 206-3278

5.  Officer Curtis Mitchell
    Defendant
    c/o Rushton, Stakely, Johnston & Garrett, P.A.
    PO Box 270
    Montgomery, AL 36101-0270
    (334) 206-3278

6.  Officer Luis Coreano
    Defendant
    c/o Rushton, Stakely, Johnston & Garrett, P.A.
    PO Box 270
    Montgomery, AL 36101-0270
    (334) 206-3278

7.  Officer Warren McLoughlin
    Defendant
    c/o Rushton, Stakely, Johnston & Garrett, P.A.
    PO Box 270
    Montgomery, AL 36101-0270
    (334) 206-3278

8.  Officer Jarrod Barr
    Defendant
    c/o Rushton, Stakely, Johnston & Garrett, P.A.
    PO Box 270
    Montgomery, AL 36101-0270
    (334) 206-3278

9.  Captain Robert Castille
    Phenix City Police Department
    1111 Broad Street
    Phenix City, AL

        (334) 298-0611

B.    Defendants *may* call the following witnesses to testify at trial:

   1.    Grover Goodrich
       Defendant
       c/o Webb & Eley, P.C.
       PO Box 240909 (36124)
       7475 Halcyon Pointe Drive
       Montgomery, AL 36117
       (334) 262-1850

   2.    Heath Taylor
       Defendant
       c/o Webb & Eley, P.C.
       PO Box 240909 (36124)
       7475 Halcyon Pointe Drive
       Montgomery, AL 36117
       (334) 262-1850

   3.    Detective Len Willis
       Columbus Police Department
       510 10th Street
       Columbus, GA
       (706) 653-3000

   4.    David O. Darrah, III
       Phenix City Police Department
       1111 Broad Street
       Phenix City, AL
       (334) 298-0611

   5.    Detective S. Zeigler
       Columbus Police Department
       510 10th Street
       Columbus, GA
       (706) 653-3000

   6.    Lt. Steve Osteen
       Russell County, Alabama, Sheriff's Department
       PO Box 640
       Phenix City, AL 36868-0640
       (334) 298-6535

   7.    Steve Johnson
       Russell County, Alabama, Sheriff's Department

        PO Box 640
        Phenix City, AL 36868-0640
        (334) 298-6535

8.     Lon Russell
        Russell County, Alabama, Sheriff's Department
        PO Box 640
        Phenix City, AL 36868-0640
        (334) 298-6535

9.     Mitch Watts
        Russell County, Alabama, Sheriff's Department
        PO Box 640
        Phenix City, AL 36868-0640
        (334) 298-6535

10.    Richard McKenzie
        Russell County, Alabama, Sheriff's Department
        PO Box 640
        Phenix City, AL 36868-0640
        (334) 298-6535

11.    Hon. Albert L. Johnson
        Russell County Circuit Judge
        PO Box 1126
        Phenix City, AL 36868-1126
        (334) 297-1366

12.    Amanda Jenkins
        Russell County, Alabama, Sheriff's Department
        PO Box 640
        Phenix City, AL 36868-0640
        (334) 298-6535

13.    Any witness needed for rebuttal or impeachment.

14.    Any and all witnesses listed on the Pretrial Disclosures of any party or other Rule 26 Disclosures.

These Defendants reserve the right to amend or supplement this Witness List.

Respectfully submitted this the 17<u>th</u> day of <u>October, 2007</u>.

                                              *s/ Ronald G. Davenport*
                                              *s/ R. Brett Garrett*
                                              RONALD G. DAVENPORT (DAV044)
                                              R. BRETT GARRETT (GAR085)
                                              Attorneys for Defendants City of Phenix City,
                                              Officer Lahr, Officer Walker, Officer Bailey,
                                              Officer Nolin, Officer Mitchell, Officer
                                              Coreano, Officer McLoughlin and
                                              Officer Barr.

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0808 (fax)
bg@rsjg.com (email)


## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
LAW OFFICES OF JAY LEWIS, LLC
P. O. Box 5059
Montgomery, AL 36103-5059

C. Richard Hill, Jr., Esq.
Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
WEBB & ELEY, P.C.
P. O. Box 240909
Montgomery, AL 36124

                                              *s/ R. Brett Garrett*
                                              Of Counsel