IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., | * |
| Plaintiffs, | * |
| v. | * CASE NO. 3:05-cv-473-WKW |
| CITY OF PHENIX CITY, et al., | * |
| Defendants. | * |

**EXHIBIT LIST OF DEFENDANTS CITY OF PHENIX CITY, ALABAMA; GREG LAHR; TERRANCE WALKER; MICHAEL BAILEY; STEVE NOLIN; CURTIS MITCHELL; LUIS COREANO; WARREN McLAUGHLIN; AND JARROD BARR**

COME NOW the Defendants, City of Phenix City, Alabama; Greg Lahr; Terrance Walker; Michael Bailey; Steve Nolin; Curtis Mitchell; Luis Coreano; Warren McLaughlin and Jarrod Barr (hereinafter referred to collectively as "the Defendants") and, pursuant to Rule 26(a)(3) of the *Federal Rules of Civil Procedure*, provide the following information:

A. Defendants *expect* to introduce the following exhibits at trial:

   1. State of Georgia Arrest Warrant dated February 10, 2005; and

   2. State of Alabama Fugitive Arrest Warrant dated February 10, 2005.

B. Defendants *may* introduce the following exhibits at trial:

   1. Interior diagram of Plaintiffs' residence;

   2. Exterior diagram of Plaintiff's residence and surrounding area;

   3. Information regarding those devices/equipment utilized during the entry in question;

   4. Alabama Uniform Arrest Report, dated February 10, 2005;

4. Russell County Sheriff's Department Mug Shot of Kenneth Dean Thrower;

5. Russell County Sheriff's Department Incident and Offense Reports from 2004 and 2005 detailing ATV thefts; and

6. Any and all exhibits, in whole or in part, listed on the Plaintiffs' Pretrial Disclosures or other Rule 26 Disclosures.

7. Any and all information and/or documents produced or represented through discovery (interrogatories and requests for production of documents) by any party to this action;

8. Any and all documents attached as Exhibits to motions filed by any party to this action.

These Defendants reserve the right to amend or supplement this Exhibit List.

Respectfully submitted this the 17th day of October, 2007.

                                  *s/ Ronald G. Davenport*
                                  *s/ R. Brett Garrett*
RONALD G. DAVENPORT (DAV044)
R. BRETT GARRETT (GAR085)
Attorneys for Defendants City of Phenix City, Officer Lahr, Officer Walker, Officer Bailey, Officer Nolin, Officer Mitchell, Officer Coreano, Officer McLoughlin and Officer Barr.

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0808 (fax)
bg@rsjg.com (email)

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>October 17, 2007</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
LAW OFFICES OF JAY LEWIS, LLC
P. O. Box 5059
Montgomery, AL 36103-5059

C. Richard Hill, Jr., Esq.
Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
WEBB & ELEY, P.C.
P. O. Box 240909
Montgomery, AL 36124

                                            <u>s/ R. Brett Garrett</u>
                                            Of Counsel