IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, *et al.*,  )  <br>    Plaintiffs,  )  <br>                     )  <br>v.                     )   No. 3:05-cv-00473-WKW  <br>                     )  <br>CITY OF PHENIX CITY, *et al.*,  )  <br>    Defendants.  )  | |

**NOTICE OF APPEARANCE**

COMES NOW Fred Clements to enter his appearance as one of the attorneys for Plaintiffs herein and respectfully requests of the Court and all parties that he be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the 8th day of November, 2007.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
fredclements@JayLewisLaw.com
ASB-5682-R39C

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kendrick E. Webb
Scott W. Gosnell
Webb & Eley, P.C.
7475 Halcyon Pointe Road
P.O. Box 240909
Montgomery, AL 36124

Ronald G. Davenport
R. Brett Garrett
Rushton Stakely Johnston & Garrett, P.C.
P.O. Box 270
Montgomery, AL 36101-0270

                                            /s/ FRED CLEMENTS
                                            Fred Clements
                                            Law Offices of Jay Lewis, LLC
                                            P.O. Box 5059
                                            Montgomery, AL 36103
                                            (334) 263-7733 (Voice)
                                            (334) 832-4390 (Fax)
                                            fredclements@JayLewisLaw.com
                                            ASB-5682-R39C