IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *  CASE NO. 3:05-cv-473-WKW |
| | * |
| CITY OF PHENIX CITY, et al., | * |
| | * |
| Defendants. | * |

### JOINT STIPULATION OF DISMISSAL AS TO DEFENDANTS TERRENCE M. WALKER, WARREN ROBERT McLOUGHLIN, JR. AND CURTIS E. MITCHELL

Come now the Plaintiffs and the City of Phenix City Defendants, by and through their respective attorneys, and stipulate that Terrence M. Walker, Warren Robert McLoughlin, Jr., and Curtis E. Mitchell are to be dismissed, without prejudice, as defendants because they were not present when members of the SWAT Team entered Plaintiffs' residence on February 10, 2005. Plaintiffs' action remains pending as to all other Defendants.

This ____ day of November, 2007.

/s/ Ronald G. Davenport
RONALD G. DAVENPORT (DAV044)
Attorney for Defendants City of Phenix City,
Officer Lahr, Officer Walker, Officer Bailey,
Officer Nolin, Officer Mitchell, Officer
Coreano, Officer McLoughlin and Officer
Barr

1

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

_____
JAY LEWIS (LEW031)
Attorney for Plaintiffs

OF COUNSEL:

Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL 36103-5059
(334) 263-7733
(334) 832-4390 (fax)
j-lewis@jaylewislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
Fred Clements, Esq.
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL 36103-5059

C. Richard Hill, Jr., Esq.
Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
Webb & Eley, P.C.
P. O. Box 240909
Montgomery, AL 36124

/s/ Ronald G. Davenport
OF COUNSEL