IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-00473-WKW |
| ) | |
| CITY OF PHENIX CITY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal as to Defendants Terrence M. Walker, Warren Robert McLoughlin, Jr., and Curtis E. Mitchell (Doc. # 90), it is ORDERED that the claims against them are DISMISSED without prejudice and that Terrence M. Walker, Warren Robert McLoughlin, Jr., and Curtis E. Mitchell are DISMISSED as parties to this action. Plaintiffs' claims against all other Defendants remain.

DONE this 9th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE