IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA BARNETTE, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. 3:05-cv-473-WKW |
| | * | |
| CITY OF PHENIX CITY, et al., | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF INTERLOCUTORY APPEAL**

Notice is hereby given that the City of Phenix City, Alabama, Greg Lahr, Michael Bailey, Steve Nolin, Luis Coreano, and Jarrod Barr, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Memorandum Opinion and Order denying the Defendants' Motion for Summary Judgment entered in this action on November 6, 2007.

These Defendants assert that the District Court's rejection of their assertion of qualified immunity constitutes a final order for purposes of involving the jurisdiction of the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1291. See Mitchell v. Forsyth, 472 U.S. 511, 105 S. Ct. 2806, 86 L.Ed.2d 411 (1985). These Defendants further assert that the United States Court of Appeals for the Eleventh Circuit has jurisdiction over Plaintiff's pending state law claims with regard to the application of discretionary function immunity. See Sheth v. Webster, 145 F.3d 1231, 1235-36 (11th Cir. 1998).

Respectfully submitted this the 13th day of November, 2007.

2

        *s/ R. Brett Garrett*
        RONALD G. DAVENPORT (DAV044)
        R. BRETT GARRETT (GAR085)
        Attorneys for Defendants City of Phenix City, Officer Lahr, Officer Bailey, Officer Nolin, Officer Coreano, and Officer Barr

Of Counsel:
Rushton, Stakely, Johnston & Garrett, P.A.
PO Box 270
Montgomery, AL 36101-0270
334-206-3260 (telephone)
334-481-0808 (fax)
bg@rsjg.com (email)

## CERTIFICATE OF SERVICE

    I hereby certify that on November 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
LAW OFFICES OF JAY LEWIS, LLC
P. O. Box 5059
Montgomery, AL 36103-5059

C. Richard Hill, Jr., Esq.
Kendrick E. Webb, Esq.
Scott W. Gosnell, Esq.
WEBB & ELEY, P.C.
P. O. Box 240909
Montgomery, AL 36124

        *s/ R. Brett Garrett*
        OF COUNSEL