**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LISA BARNETTE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:05-cv-473-DRB** |
| | ) | |
| **PHENIX CITY, ALABAMA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF INTERLOCUTORY APPEAL**

Notice is hereby given that Defendants Heath Taylor and Grover Goodrich appeal to the United States Court of Appeals for the Eleventh Circuit from the Order denying their Motion for Summary Judgment entered in this action on the 6th day of November, 2007. The Order denied qualified immunity to these Defendants. The basis of this appeal is the denial of qualified immunity. This appeal is therefore proper under 28 U.S.C. § 1291. See Mitchell v. Forsyth, 472 U.S. 511, 530 (1985) ("[W]e hold that a district court's denial of a claim of qualified immunity, to the extent that it turns on an issue of law, is an appealable 'final decision' within the meaning of 28 U.S.C. § 1291 notwithstanding the absence of a final judgment.").

Respectfully submitted, this 13th day of November, 2007.

> **s/Kendrick E. Webb**
> KENDRICK E. WEBB, Bar Number: WEBB022
> SCOTT W. GOSNELL, Bar Number: GOS002
> Attorneys for Defendants Goodrich and Taylor

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama 36124

2

Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  sgosnell@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the **13th day of November, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay Lewis, Esquire; Keith Anderson Nelms, Esquire; Frank Clements, Esquire; R. Brett Garrett, Esquire;** and **Ronald G. Davenport, Esquire.**


                                     **s/Kendrick E. Webb**
                                     OF COUNSEL