IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., )<br>  )<br>    Plaintiffs, )<br>  )<br>    v. )<br>  )<br>CITY OF PHENIX CITY, et al., )<br>  )<br>    Defendants. ) | CASE NO. 3:05-cv-00473-WKW |

## **ORDER**

Upon consideration of the defendants' Motion to Stay Trial and Trial-Related Deadlines (Docs. # 93 & # 96) pending interlocutory appeal, it is ORDERED that the motions are GRANTED. This matter is STAYED pending interlocutory appeal.

DONE this 14th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE