DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001168
Cashier ID: brobinso
Transaction Date: 11/14/2007
Payer Name: WEBB AND ELEY PC
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: WEBB AND ELEY PC
 Case/Party: D-ALM-3-05-CV-000473-001
 Amount:        $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 6725
 Amt Tendered:  $455.00
-----------------------------------
Total Due:       $455.00
Total Tendered: $455.00
Change Amt:      $0.00

APPEAL FEE FOR DOC 95, NOTICE OF
INTERLOCUTORY APPEAL