```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001175
Cashier ID: brobinso
Transaction Date: 11/14/2007
Payer Name: RUSHTON STAKELY JOHNSTON
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: RUSHTON STAKELY JOHNSTON
 Case/Party: D-ALM-3-05-CV-000473-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 103886
 Amt Tendered:   $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00
```