UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE

November 13, 2007

**07-15356D**

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA 30303

USDCA NO CV-05-W-473-E

USCA NO 07-15356D

LISA BARNETTE, ET AL. VS. CITY OF PHENIX CITY ET AL.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes,_ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are
_X_ No             Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
_IFP__; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid;_Yes,_X_ No:_____Date, Receipt#_____
___Appellant has been ___GRANTED;___
__DENIED IFP, Copy of Order enclosed.
__Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
__Appeal Bond, ___ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY a_____
___ Certified record on appeal consisting of:
    __Volume(s) of Pleadings,___ Volume(s) of Transcripts,
    __ SEALED ITEMS, ie. __ PSI(s)____; OTHER____; TAPE(s)____
    __ Exhibits:
    __Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By:  Yolanda Williams
     Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

November 14, 2007

**07-15356D**

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA 30303

USDCA NO CV-05-W-473-E
USCA NO 07-15356D

LISA BARNETTE, ET AL. VS. CITY OF PHENIX CITY ET AL.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal:_Yes,_X_ No   Date(s) of Other Notice 11/13/07
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are
_X_No                    Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
__IFP__; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid;_Yes,_X_No:_____Date, Receipt#_____
___Appellant has been ___GRANTED;___
__DENIED IFP, Copy of Order enclosed.
__Appellant has been __GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.
__Appeal Bond, ___ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: **WILLIAM KEITH WATKINS**
__This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
__This is a DEATH PENALTY a_____
__ Certified record on appeal consisting of:
          __Volume(s) of Pleadings,__ Volume(s) of Transcripts,
          __ SEALED ITEMS, ie. __ PSI(s)____; OTHER____; TAPE(s)____
          __ Exhibits:
          __Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By:   Yolanda Williams
      Deputy Clerk

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

November 19, 2007

**Appeal Number: 07-15356-D**
Case Style: Lisa Barnette v. City of Phenix City
District Court Number:  05-00473 CV-W-E

TO:   R. Brett Garrett

CC:   Debra P. Hackett

CC:   Ronald Gregg Davenport

CC:   Kendrick Emerson Webb

CC:   Scott Wayne Gosnell

CC:   Jay (Joseph) Brady Lewis

CC:   K. Anderson Nelms

CC:   Fred Lee Clements, Jr.

CC:   Charles Richard Hill, Jr.

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 19, 2007

R. Brett Garrett
Rushton, Stakely, Johnston & Garrett, P.A.
184 COMMERCE ST
MONTGOMERY AL 36104-2538

**Appeal Number: 07-15356-D**
Case Style: Lisa Barnette v. City of Phenix City
District Court Number: 05-00473 CV-W-E

The referenced case was docketed in this court on <u>November 16, 2007</u>.
Please use the appellate docket number noted above when making inquiries. Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court appointed-counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-1(e).

11th Cir. R. 33-1(a)(1) requires appellant to file "with the clerk of the court of appeals, with service on all other parties, an original and one copy of a completed Civil Appeal Statement within 10 days after filing the notice of appeal in the district court." Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a)(4).

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. <u>Only</u> the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by the clerk unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office, or request leave to proceed in forma pauperis <u>on appeal</u> in the district court [<u>See</u> Fed.R. App.P. 24(a)]. If the district court denies such leave, appellant may file in this court a motion for leave to appeal in forma pauperis and financial affidavit.

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE FILED WITHIN 40 DAYS OF THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. <u>See</u> 11th Cir. R. 12-1 and 31-1.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

This notice applies to appellants : City of Phenix City, et al.

DKT-2 (11-2007)

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

November 19, 2007

**Appeal Number: 07-15356-D**
Case Style: Lisa Barnette v. City of Phenix City
District Court Number: 05-00473 CV-W-E

TO:   Kendrick Emerson Webb

CC:   Debra P. Hackett

CC:   R. Brett Garrett

CC:   Ronald Gregg Davenport

CC:   Scott Wayne Gosnell

CC:   Jay (Joseph) Brady Lewis

CC:   K. Anderson Nelms

CC:   Fred Lee Clements, Jr.

CC:   Charles Richard Hill, Jr.

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 19, 2007

Kendrick Emerson Webb
7475 HALCYON POINTE RD
PO BOX 240909
MONTGOMERY AL 36124-0909

**Appeal Number: 07-15356-D**
Case Style: Lisa Barnette v. City of Phenix City
District Court Number: 05-00473 CV-W-E

The referenced case was docketed in this court on <u>November 16, 2007</u>.
Please use the appellate docket number noted above when making inquiries. Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court appointed-counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-1(e).

11th Cir. R. 33-1(a)(1) requires appellant to file "with the clerk of the court of appeals, with service on all other parties, an original and one copy of a completed Civil Appeal Statement within 10 days after filing the notice of appeal in the district court." Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a)(4).

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. <u>Only</u> the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by the clerk unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office, or request leave to proceed in forma pauperis <u>on appeal</u> in the district court [<u>See</u> Fed.R. App.P. 24(a)]. If the district court denies such leave, appellant may file in this court a motion for leave to appeal in forma pauperis and financial affidavit.

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE FILED WITHIN 40 DAYS OF THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. <u>See</u> 11th Cir. R. 12-1 and 31-1.

        Sincerely,

        THOMAS K. KAHN, Clerk

        Reply To: Nancy Holbrook (404) 335-6183

This notice applies to appellants Goodrich and Taylor.

DKT-2 (11-2007)