Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

November 21, 2007

**Appeal Number: 07-15356-D**
Case Style: Lisa Barnette v. City of Phenix City
District Court Number: 05-00473 CV-W-E

CC:  Debra P. Hackett

CC:  R. Brett Garrett

CC:  Ronald Gregg Davenport

CC:  Kendrick Emerson Webb

CC:  Scott Wayne Gosnell

CC:  Jay (Joseph) Brady Lewis

CC:  K. Anderson Nelms

CC:  Fred Lee Clements, Jr.

CC:  Charles Richard Hill, Jr.

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 21, 2007

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-15356-D**
Case Style: Lisa Barnette v. City of Phenix City
District Court Number: 05-00473 CV-W-E

NOTICE OF APPEAL FILED: 11-13-07 & 11-16-07

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal. If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. An original plus three copies of any response should be filed. The responses must include a Certificate of Interested Persons and Corporate Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules. Requests for extensions of time to file a response may not be entertained.

After fourteen (14) days, this court will consider any response(s) received and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

c: District Court Clerk

JUR-1 (08-2005)

No. 07-15356-D

# JURISDICTIONAL QUESTION

Whether the district court's November 6, 2007, order that denied, in part, the defendants' motion for summary judgment based on qualified immunity, is immediately appealable?  See Mitchell v. Forsyth, 472 U.S. 511, 530, 105 S.Ct. 2806, 2815-17, 86 L.Ed.2d 411 (1985); Koch v. Rugg, 221 F.3d 1283, 1295-96 (11th Cir. 2000); Cottrell v. Caldwell, 85 F.3d 1480, 1485 (11th Cir. 1996); McDaniel v. Woodard, 886 F.2d 311, 313 (11th Cir. 1989).