# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

**PART I.                TRANSCRIPT ORDER INFORMATION**

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __Barnette, et al.__ vs __City of Phenix City et al.__

District Court No.: __3:05-cv-473__   Date Notice of Appeal Filed: __11/13/07__   Court of Appeals No.: __07-15356-D__
(If Available)

CHOOSE ONE:   ☐ No hearing   ☒ No transcript is required for appeal purposes   ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

|  | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Other | | | |

**METHOD OF PAYMENT:**

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __KENDRICK E. WEBB__
Name of Firm: __WEBB & ELEY, P.C.__
Street Address/P.O. Box: __7475 Halcyon Pointe Drive/P.O. Box 240909__
City/State/Zip Code: __Montgomery, AL__   Phone No.: __(334) 262-1850__

*I certify that I have completed and filed PART I with the District Court Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, mailed a filed copy to the Court of Appeals Clerk, and served all parties.*

DATE: __11/26/07__   SIGNED: __[signature]__   Attorney for: __Grover Goodrich and Heath Taylor__

**PART II.                COURT REPORTER ACKNOWLEDGMENT**

*Court Reporter to complete and file with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: _____
☒ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date: _____

DATE: _____   SIGNED: _____   Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

**PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT**

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____   Signature of Court Reporter: _____

Rev. 2/06

## CERTIFICATE OF SERVICE

    I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

R. Brett Garrett
Ronald Gregg Davenport
Rushton, Stakely, Johnston & Garrett, P.A.
184 COMMERCE ST
MONTGOMERY, AL 36104-2538
(334) 206-3138
Fax: (334) 263-4157
bg@rsjg.com

Jay (Joseph) Brady Lewis
K. Anderson Nelms
Law Offices of Jay Lewis, LLC
PO BOX 5059
MONTGOMERY, AL 36103-5059
(334) 263-7733
Fax: (334) 832-4390
J-Lewis@jaylewislaw.com
andynelms@jaylewislaw.com

Fred Lee Clements, Jr.
PO BOX 5059
MONTGOMERY, AL 36103-5059
(334) 263-7733

                                                            s/Bart Harmon
                                                            OF COUNSEL