IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN _____ DIVISION

LISA BARNETTE, et al.,  )
 )
    Plaintiff,  )
 )
v.  )  CASE NO. 3:05-cv-473-DRB
 )
PHENIX CITY, ALABAMA, et al.,  )
 )
    Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Grover Goodrich , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____                     _____

_____                     _____

_____                     _____

11/29/2007                                  /s/ (Signature)
Date

Kendrick E. Webb
(Counsel's Name)

Heath Taylor and Grover Goodrich
Counsel for (print names of all parties)
P.O. Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Kendrick E. Webb_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 29th____ day of November_____ 20 07, to:

Jay Lewis, Esq.

Keith Anderson Nelms, Esq.

Ronald G. Davenport, Esq.

11/29/2007
Date                                                            Signature