IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN _____ DIVISION

LISA BARNETTE, et al.
_____,    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    CASE NO. 3:05-cv-473-WKW
                                     )            _____
CITY OF PHENIX CITY, ALABAMA, et al. )
_____,    )
                                     )
        Defendants,                  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Michael Bailey _____, a Defendant _____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party

_____              _____

_____              _____

_____              _____

11/29/2007
_____
Date

_____
(Signature)

R. Brett Garrett (GAR085)
_____
(Counsel's Name)

Defendant Michael Bailey
_____
Counsel for (print names of all parties)
PO Box 270
_____
Montgomery, AL 36101-0270
_____
Address, City, State Zip Code
334-206-3260
_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN                              DIVISION

**CERTIFICATE OF SERVICE**

I, R. Brett Garrett_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by electronic mail_____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 29th____day of November_____ 20 07, to:

Kendrick E. Webb, Esq.

Scott W. Gosnell, Esq.

Jay Lewis, Esq.

K. Anderson Nelms, Esq.

11/29/2007
Date

Signature