IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN _____ DIVISION

LISA BARNETTE, et al.
_____ ,     )
                                               )
        Plaintiff,                             )
                                               )
v.                                             )     CASE NO. 3:05-cv-473-WKW
                                               )               _____
CITY OF PHENIX CITY, ALABAMA, et al.           )
_____ ,     )
                                               )
        Defendants,                            )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Steve Nolin _____ , a Defendant     in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]   This party is an individual, or

[ ]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                    _____

_____                    _____

_____                    _____

11/29/2007                                 2~
_____                            _____
     Date                                  (Signature)

                                           R. Brett Garrett (GAR085)
                                           _____
                                           (Counsel's Name)

                                           Defendant Steve Nolin
                                           _____
                                           Counsel for (print names of all parties)
                                           PO Box 270
                                           _____
                                           Montgomery, AL 36101-0270
                                           _____
                                           Address, City, State Zip Code
                                           334-206-3260
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN                                    DIVISION

## CERTIFICATE OF SERVICE

I, R. Brett Garrett                                    , do hereby Certify that a true and correct copy
of the foregoing has been furnished by  electronic mail                              (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 29th       day of November          20 07, to:


Kendrick E. Webb, Esq.

Scott W. Gosnell, Esq.

Jay Lewis, Esq.

K. Anderson Nelms, Esq.


11/29/2007
_____
Date

_____
Signature