IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LISA BARNETTE, et al.,

    Plaintiff,

v().   CASE NO. 3:05-cv-473-WKW

CITY OF PHENIX CITY, ALABAMA, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW City of Phenix City, Alabama, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

11/29/2007
Date

(Signature)

R. Brett Garrett (GAR085)
(Counsel's Name)

Defendant City of Phenix City, Alabama
Counsel for (print names of all parties)

PO Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code

334-206-3260
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, R. Brett Garrett_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 29th_____day of November_____ 20 07, to:

Kendrick E. Webb, Esq.

Scott W. Gosnell, Esq.

Jay Lewis, Esq.

K. Anderson Nelms, Esq.

11/29/2007
Date

Signature