IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN _____ DIVISION

LISA BARNETTE, et al. )
_____, )
)
Plaintiff, )
)
v. )  CASE NO. 3:05-cv-473-WKW
)           _____
CITY OF PHENIX CITY, ALABAMA, et al. )
_____, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Luis Coreano_____, a Defendant    in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                                      Relationship to Party

_____                    _____

_____                    _____

_____                    _____

_11/29/2007_____                        _____
Date                                                          (Signature)

                                                              R. Brett Garrett (GAR085)
                                                              (Counsel's Name)

                                                              Defendant Luis Coreano
                                                              Counsel for (print names of all parties)
                                                              PO Box 270
                                                              Montgomery, AL 36101-0270
                                                              Address, City, State Zip Code
                                                              334-206-3260
                                                              Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, R. Brett Garrett _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by electronic mail _____ (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 29th____ day of November_____ 20 07, to:

Kendrick E. Webb, Esq. _____

Scott W. Gosnell, Esq. _____

Jay Lewis, Esq. _____

K. Anderson Nelms, Esq. _____

_____

_____

11/29/2007
_____
Date

_____
Signature