IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et. al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-473-WKW |
| | ) |
| CITY OF PHENIX CITY, et al., | ) |
| | ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

  COMES NOW Lisa Barnette, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  ☒ This party is an individual, or

  ☐ This party is a governmental entity, or

  ☐ There are no entities to be reported, or

  ☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity          Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

November 30, 1997         /s/ FRED L. CLEMENTS
   Date            Fred L. Clements (ASB-5682-R39C)

                Lisa Barnette, Jerry Barnette, C.B., Sara Cruz
                Counsel for (print names of all parties)

                P.O. Box 5059, Montgomery, AL 36103-5059
                Address, City, State Zip Code

                (334) 263-7733
                Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CERTIFICATE OF SERVICE**

I, Fred L. Clements, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30th day of November 2007, to:

Kendrick E. Webb

Scott W. Gosnell

Brett Garrett

Ronald G. Davenport

Charles R. Hill


November 30, 2007                           /s/ FRED L. CLEMENTS
        Date                                Fred L. Clements
                                            Law Offices of Jay Lewis, LLC
                                            P.O. Box 5059
                                            Montgomery, AL 36103-5059
                                            (334) 263-7733 (Voice)
                                            (334) 832-4390 (Fax)
                                            FredClements@jaylewislaw.com
                                            ASB-5682-R39C