IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LISA BARNETTE, et. al.,                    )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )        CASE NO. 3:05-cv-473-WKW
                                           )
CITY OF PHENIX CITY, et al.,               )
                                           )
        Defendants.                        )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW C.B., a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____           _____

_____           _____

_____           _____

_____           _____


November 30, 1997                          /s/ FRED L. CLEMENTS
        Date                               Fred L. Clements (ASB-5682-R39C)


                                            Lisa Barnette, Jerry Barnette, C.B., Sara Cruz
                                           Counsel for (print names of all parties)

                                            P.O. Box 5059, Montgomery, AL 36103-5059
                                           Address, City, State Zip Code

                                            (334) 263-7733
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, Fred L. Clements, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30th day of November 2007, to:

Kendrick E. Webb

Scott W. Gosnell

Brett Garrett

Ronald G. Davenport

Charles R. Hill

November 30, 2007                          /s/ FRED L. CLEMENTS
Date                                       Fred L. Clements
                                           Law Offices of Jay Lewis, LLC
                                           P.O. Box 5059
                                           Montgomery, AL 36103-5059
                                           (334) 263-7733 (Voice)
                                           (334) 832-4390 (Fax)
                                           FredClements@jaylewislaw.com
                                           ASB-5682-R39C