Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

August 20, 2008

**Appeal Number: 07-15356-DD**
Case Style: Lisa Barnette v. City of Phenix City
District Court Number:  05-00473 CV-W-E

TO:    Debra P. Hackett

CC:    R. Brett Garrett

CC:    Ronald Gregg Davenport

CC:    Kendrick Emerson Webb

CC:    Bart Gregory Harmon

CC:    Winthrop E. Johnson

CC:    Jay (Joseph) Brady Lewis

CC:    Fred Lee Clements, Jr.

CC:    Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 20, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-15356-DD**
Case Style: Lisa Barnette v. City of Phenix City
District Court Number:  05-00473 CV-W-E

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision,</u> is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)

# United States Court of Appeals

## For the Eleventh Circuit

No. 07-15356

District Court Docket No.
05-00473-CV-W-E

> FILED
> U.S. COURT OF APPEALS
> ELEVENTH CIRCUIT
>
> Jun 10, 2008
>
> THOMAS K. KAHN
> CLERK

LISA BARNETTE,
JERRY BARNETTE,
SARA CRUZ,
C. B., a minor, by and through
his mother and next friend, Lisa Barnette,

Plaintiffs-Appellees,

versus

CITY OF PHENIX CITY, AL,
OFFICER LAHR,
OFFICER BAILEY,
OFFICER NOLIN,
OFFICER CAREANO,
OFFICER BARR,
GROVER GOODRICH, Deputy,
HEATH TAYLOR, Deputy,

Defendants-Appellants,

OFFICER WALKER, et al.,

Defendants.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

-----------------------------------------------------------------
Appeal from the United States District Court
for the Middle District of Alabama
-----------------------------------------------------------------

## J U D G M E N T

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
AUG 2 0 2008
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:   June 10, 2008
For the Court:   Thomas K. Kahn, Clerk
By:   Harper, Toni

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 10, 2008
THOMAS K. KAHN
CLERK

No. 07-15356

D. C. Docket No. 05-00473-CV-W-E

LISA BARNETTE,
JERRY BARNETTE, et al.,

Plaintiffs-Appellees,

versus

CITY OF PHENIX CITY, AL.,
OFFICER LAHR, OFFICER BAILEY, OFFICER NOLIN,
OFFICER CAREANO, OFFICER BARR,
GROVER GOODRICH, DEPUTY,
HEATH TAYLOR, DEPUTY,

Defendants-Appellants.

Appeals from the United States District Court
for the Middle District of Alabama

**(June 10, 2008)**

Before DUBINA and BARKETT, Circuit Judges, and SCHLESINGER*, District Judge.

PER CURIAM:

Appellants bring this interlocutory appeal pursuant to 28 U.S.C. § 1291 and Mitchell v. Forsyth, 472 U.S. 511, 105 S.Ct. 2806, 86 L.Ed.2d 411 (1985), challenging the district court's ruling denying them summary judgment by finding that they were not entitled to qualified immunity with respect to Appellee's claims brought under 42 U.S.C. § 1983.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we conclude that the district court did not err in denying Appellants' motion for summary judgment. Accordingly, the district court's ruling is

**AFFIRMED.**

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

*Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.

2