IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 3:05-cv-00473-DRB |
| | ) |
| PHENIX CITY, ALABAMA, et al., | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Joseph L. Hubbard, Jr., of the law firm of Webb & Eley, P.C., and files his Notice of Appearance as additional counsel of record for Defendants Heath Taylor and Grover Goodrich in the above-captioned matter.

Respectfully submitted on this the 28th day of August, 2008.

                            **s/Joseph L. Hubbard, Jr.**
                            JOSEPH L.HUBBARD, Bar Number:  HUB015
                            Attorney for Defendants
                            WEBB & ELEY, P.C.
                            7475 Halcyon Pointe Road
                            P.O. Box 240909
                            Montgomery, Alabama  36124
                            Telephone:  (334) 262-1850
                            Fax:  (334) 262-1889
                            E-mail:  jhubbard@webbeley.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the **28th day of August, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jay Lewis, Esquire; Keith Anderson Nelms, Esquire; R. Brett Garrett, Esquire;** and **Ronald G. Davenport, Esquire.**

                                            s/Joseph L. Hubbard, Jr.
                                            OF COUNSEL