IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA BARNETTE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:05-CV-473-WKW |
| | ) |
| CITY OF PHENIX CITY, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 119), in which Fred Clements, Esq., moves to withdraw as co-counsel for Plaintiffs, and for good cause shown, it is ORDERED that the motion is GRANTED.

Done this 3rd day of September, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE